The Honorable John C. Coughenour

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRICK S. DRAGOS,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>MICHAEL G. CORNEA, ET AL.,<br><br>　　　　　Defendant(s). | No. 2:19−cv−01338−JCC−TLF<br><br>**DECLARATION OF ERIC S. CHAVEZ IN SUPPORT OF DEFENDANT CORNEA'S MOTION TO AMEND ANSWER**<br><br>NOTED FOR CONSIDERATION: APRIL 10, 2020 |

I, Eric S. Chavez, declare that the following is true and correct subject to penalty of perjury under the laws of Washington State:

1.　I am the attorney represented Defendant Cornea in this matter. I am over 18 years of age, have personal knowledge of the matters herein, and am otherwise competent to testify.

2.　Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff Dragos' responses to Defendant Cornea's First Set of Interrogatories and Requests for Production. These responses were received on January 7, 2020.

3.　Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff Dragos' responses to Defendant Cornea's Second Set of Interrogatories and Requests for Production. These responses were received on March 13, 2020.

DECLARATION OF ERIC S. CHAVEZ IN SUPPORT OF DEFENDANT CORNEA'S MOTION TO AMEND ANSWER– 1
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

4. Attached hereto as **Exhibit 3** is a true and correct copy of relevant portions of Plaintiff Dragos' deposition transcript.

5. Defendant Cornea did not become aware of Plaintiff's subsequent collision with non-party Coquese Renfroe until after the deadline for amendment pleadings had passed at plaintiff's deposition on December 4, 2019. Thereafter, defendant served a second set of discovery requests on plaintiff on or about January 8, 2020. These interrogatories and requests for production were drafted to discover the identity of the at-fault party for the November 2019 accident, as well as whether plaintiff was alleging injuries and treatment as a result of that accident. Plaintiff did not provide responses to these discovery requests until March 13, 2020.

6. Attached hereto as **Exhibit 4** is a proposed Amended Answer adding Coquese Renfroe as an additional non-party at fault.

SIGNED this 2nd day of April, 2020, in Davis, California.

/s/ Eric S. Chavez
Eric S. Chavez, WSBA #41676
Mix Sanders Thompson, PLLC
1420 Fifth Avenue, 22nd Floor
Seattle, WA 98101
Phone: (206) 521-5989
Fax: (888) 521-5980
Email: eric@mixsanders.com
*Attorney for Defendant*

DECLARATION OF ERIC S. CHAVEZ IN SUPPORT OF DEFENDANT CORNEA'S MOTION TO AMEND ANSWER– 2
No. 2:19–cv–01338–JCC–TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

## CERTIFICATE OF SERVICE

I, Kaci Clariza, certify that on April 2, 2020, I caused to be served a true and correct copy of the foregoing DECLARATION OF ERIC S. CHAVEZ IN SUPPORT OF DEFENDANT CORNEA'S MOTION TO AMEND ANSWER with the Clerk of the Court using the CM/ECF System and caused to be served a true and correct copy via the method indicated below and addressed to the following

Bryan Prince-Olsen
GLP Attorneys, P.S., Inc.
2601 4th Ave Fl 6
Seattle, WA 98121-1287
*Attorney for Plaintiff*
☐ Legal Messenger
☐ U.S. Mail
☐ Hand Delivered
☒ ECF

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

s/Kaci Clariza
Kaci Clariza
MIX SANDERS THOMPSON, PLLC
1420 Fifth Avenue, Ste. 2200
Seattle, WA 98101
Tel:   206-521-5989
Fax:   888-521-5980
Email: kaci@mixsanders.com
Legal Assistant for Eric S. Chavez

DECLARATION OF ERIC S. CHAVEZ IN SUPPORT OF
DEFENDANT CORNEA'S MOTION TO AMEND ANSWER– 3
No. 2:19–cv–01338–JCC–TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980