UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK S DRAGOS,<br><br>                Plaintiff,<br>   v.<br><br>MICHAEL G CORNEA,<br><br>                Defendants. | Case No. C19-1338 JCC-TLF<br><br>ORDER AMENDING PRETRIAL SCHEDULING ORDER AND CONTINUING TRIAL DATE |

Based on the parties' stipulations, and in accordance with Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16(b)(6), the Court ORDERS that the pretrial scheduling order be amended and the trial date be continued as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Motions related to discovery | April 23, 2020 | September 17, 2020 |
| Completion of discovery<br>    Includes service of responses to interrogatories and requests for production, the taking of depositions, and meet-and-confer meetings. | May 22, 2020 | October 12, 2020 |
| Last date to file and serve dispositive motions<br>    Under LCR 7, noting date is **fourth** Friday thereafter. Replies will be accepted. | May 28, 2020 | November 6, 2020 |
| Last date to file motions in limine<br>    Under LCR 7, noting date is **third** Friday. Replies will be accepted. | May 28, 2020 | December 3, 2020 |
| Agreed pretrial order due | June 26, 2020 | December 23, 2020 |
| Trial briefs, trial exhibits, and jury instructions due | June 26, 2020 | January 4, 2021 |
| JURY Trial to be held over 4 days, at 9:30 AM | July 6, 2020 | January 11, 2021 |

ORDER AMENDING PRETRIAL SCHEDULING ORDER
AND CONTINUING TRIAL DATE - 1

The Clerk of Court is directed to send a copy of this Order to counsel for the parties.

Dated this 15th day of April, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge