THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

PATRICK S. DRAGOS,

    Plaintiff,

        v.

MICHAEL G. CORNEA, ET AL.,

    Defendants.

No.  2:19−cv−01338−JCC−TLF

ORDER GRANTING STIPULATED
MOTION TO CONTINUE EXPERT
DISCLOSURE DEADLINE

## **<u>ORDER</u>**

THIS MATTER having come before the court on stipulation of the undersigned parties, NOW, THEREFORE,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the disclosure of expert testimony is reset for August 17, 2020.

**IT IS SO ORDERED THIS** 24th day of   April   , 2020.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING STIPULATION TO
CONTINUE EXPERT DISCLOSURE DEADLINE - 1

**GLP ATTORNEYS, P.S., INC.**
**ATTORNEYS AT LAW**
**2601 FOURTH AVENUE, FLOOR 6**
**SEATTLE, WA  98121**
**(206) 448-1992**
**FACSIMILE (206) 448-4640**