UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK S DRAGOS,

        Plaintiff,

v.

MICHAEL G CORNEA,

        Defendants.

Case No. C19-1338 JCC-TLF

ORDER AMENDING SCHEDULING ORDER

Defendant moves to modify the pretrial trial scheduling order, and plaintiff does not object (Dkt. 37, 40). The Court ORDERS:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Expert witness disclosure | August 19, 2020 | October 19, 2020 |
| Motions related to discovery | September 17, 2020 | November 6, 2020 |
| Close of discovery | October 12, 2020 | November 24, 2020 |
| Dispositive motions | November 6, 2020 | No change |
| Mediation cut-off date | November 30, 2020 | No change |
| Motions in limine | December 3, 2020 | No change |
| Agreed pretrial order | December 23, 2020 | No change |
| Trial briefs, trial exhibits, and jury instructions | January 4, 2021 | No change |
| JURY Trial | January 11, 2021 | No change |

Dated this 17th day of September, 2020.

ORDER AMENDING SCHEDULING ORDER - 1

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER AMENDING SCHEDULING ORDER - 2