RESEARCH INPUT FOR COMPUTER SIMULATION
OF AUTOMOBILE COLLISIONS
VOLUME II
STAGED COLLISION TESTS NO. 1 THRU 5


EDC Library Ref. No. 1004

DISCLAIMER

These materials are available in the public domain and are not copyrighted.  Engineering Dynamics Corporation (EDC) copies and distributes these materials to provide a source of information to the accident investigation community.  EDC makes no claims as to their accuracy and assumes no liability for the contents or use thereof.

43799

| 1. Report No. DOT HS-805 038 | 2. Government Accession No. | 3. Recipient's Catalog No. |
|---|---|---|
| 4. Title and Subtitle<br>Research Input for Computer Simulation of Automobile Collisions, Vol. II.  Staged Collisions Tests No. 1 through No. 5. | | 5. Report Date<br>DECEMBER 1978 |
| | | 6. Performing Organization Code |
| 7. Author(s)<br>Norris E. Shoemaker | | 8. Performing Organization Report No.<br>ZQ-6057-V-4 |
| 9. Performing Organization Name and Address<br>Calspan Corporation<br>Advanced Technology Center<br>P. O. Box 400<br>Buffalo, New York 14225 | | 10. Work Unit No. |
| | | 11. Contract or Grant No.<br>DOT-HS-7-01511 |
| 12. Sponsoring Agency Name and Address<br>U. S. Department of Transportation<br>National Highway Traffic Safety Administration<br>Washington, D. C. 20590 | | 13. Type of Report and Period Covered<br>Final Report<br>June 1977 - December 1978 |
| | | 14. Sponsoring Agency Code |

15. Supplementary Notes

16. Abstract

Volumes II and III of this document summarize the Phase II research results of the measured experimental data generated to document twelve full-scale staged collisions.  Volume II presents results for staged collisions No. 1 through No. 5 and outlines test plans and procedures used to document the events.  The objective of the staged collisions was to develop a library of experimental data which could be used to validate accident reconstruction techniques such as SMAC and CRASH.  The test matrix focused on data gaps identified in Phase I (Volume I) involving intermediate and subcompact size vehicles.  Collision configurations include frontal, side and rear impacts with both cars moving at velocities up to 40 mph.  The vehicle measured parameters including vehicle compartment accelerations (X,Y,Z components) angular yaw velocity, compartment pitch, roll and yaw angle, wheel angular velocities, steer angle and vehicle trajectory.  Each collision was photographically covered with ten high speed 16 mm data cameras.  Occupant injury criteria data were obtained on the driver and front seat passenger in the target vehicle (V2), according to FMVSS 208 requirements.

| 17. Key Words<br>Accident Reconstruction   Crash Testing<br>Computer Simulation<br>Automobile Collisions<br>Crashworthiness<br>Occupant Protection | 18. Distribution Statement | | |
|---|---|---|---|
| 19. Security Classif. (of this report)<br>None | 20. Security Classif. (of this page)<br>None | 21. No. of Pages<br>442 | 22. Price |

Form DOT F 1700.7 (8-69)

ZQ-6057-V-4

# METRIC CONVERSION FACTORS

## Approximate Conversions to Metric Measures

| Symbol | When You Know | Multiply by | To Find | Symbol |
|---|---|---|---|---|
| | **LENGTH** | | | |
| in | inches | *2.5 | centimeters | cm |
| ft | feet | 30 | centimeters | cm |
| yd | yards | 0.9 | meters | m |
| mi | miles | 1.6 | kilometers | km |
| | **AREA** | | | |
| in² | square inches | 6.5 | square centimeters | cm² |
| ft² | square feet | 0.09 | square meters | m² |
| yd² | square yards | 0.8 | square meters | m² |
| mi² | square miles | 2.6 | square kilometers | km² |
| | acres | 0.4 | hectares | ha |
| | **MASS (weight)** | | | |
| oz | ounces | 28 | grams | g |
| lb | pounds | 0.45 | kilograms | kg |
| | short tons (2000 lb) | 0.9 | tonnes | t |
| | **VOLUME** | | | |
| tsp | teaspoons | 5 | milliliters | ml |
| tbsp | tablespoons | 15 | milliliters | ml |
| fl oz | fluid ounces | 30 | milliliters | ml |
| c | cups | 0.24 | liters | l |
| pt | pints | 0.47 | liters | l |
| qt | quarts | 0.95 | liters | l |
| gal | gallons | 3.8 | liters | l |
| ft³ | cubic feet | 0.03 | cubic meters | m³ |
| yd³ | cubic yards | 0.76 | cubic meters | m³ |
| | **TEMPERATURE (exact)** | | | |
| °F | Fahrenheit temperature | 5/9 (after subtracting 32) | Celsius temperature | °C |

## Approximate Conversions from Metric Measures

| Symbol | When You Know | Multiply by | To Find | Symbol |
|---|---|---|---|---|
| | **LENGTH** | | | |
| mm | millimeters | 0.04 | inches | in |
| cm | centimeters | 0.4 | inches | in |
| m | meters | 3.3 | feet | ft |
| m | meters | 1.1 | yards | yd |
| km | kilometers | 0.6 | miles | mi |
| | **AREA** | | | |
| cm² | square centimeters | 0.16 | square inches | in² |
| m² | square meters | 1.2 | square yards | yd² |
| km² | square kilometers | 0.4 | square miles | mi² |
| ha | hectares (10,000 m²) | 2.5 | acres | |
| | **MASS (weight)** | | | |
| g | grams | 0.035 | ounces | oz |
| kg | kilograms | 2.2 | pounds | lb |
| t | tonnes (1000 kg) | 1.1 | short tons | |
| | **VOLUME** | | | |
| ml | milliliters | 0.03 | fluid ounces | fl oz |
| l | liters | 2.1 | pints | pt |
| l | liters | 1.06 | quarts | qt |
| l | liters | 0.26 | gallons | gal |
| m³ | cubic meters | 35 | cubic feet | ft³ |
| m³ | cubic meters | 1.3 | cubic yards | yd³ |
| | **TEMPERATURE (exact)** | | | |
| °C | Celsius temperature | 9/5 (then add 32) | Fahrenheit temperature | °F |

ii

FOREWORD

This document summarizes the research achieved under Contract No. DOT-HS-7-01511, "Research Input for Computer Simulation of Automobile Collisions", with National Highway Traffic Safety Administration, U. S. Department of Transportation.  Volume I summarizes previous existing experimental data from staged collisions and presents plans for future data needs.  The experimental data generated in twelve staged collisions are reported in Volumes II and III of this document.  Volume II contains the experimental test data for Test No. 1 through No. 5.  Volume III contains the test data for Test No. 6 through No. 12. The reconstruction of these collisions, using the CRASH and SMAC simulation programs, is reported in Volume IV of this document.

The Contract Technical Manager for Phase II was Mr. Thomas Noga of the National Highway Traffic Safety Administration.

The opinions and findings expressed in this publication are those of the authors. and not necessarily those of the National Highway Traffic Safety Administration.

This report has been reviewed and approved by:

K. C. Hendershot, Head
Transportation Research Department

iii

ZQ-6057-V-4

BEST COPY AVAILABLE



43149

TABLE OF CONTENTS

| | | Page No. |
|---|---|---|
| | FOREWORD | iii |
| | LIST OF FIGURES | vi |
| | LIST OF TABLES | vii |
| 1. | INTRODUCTION | 1 |
| 2. | TEST PLAN | 1 |
| | 2.1   Selection of Vehicle Speeds | 2 |
| | 2.2   Configuration Selections | 5 |
| 3. | VEHICLE INSTRUMENTATION AND PHOTOGRAPHIC COVERAGE | 5 |
| | 3.1   Vehicle Instrumentation | 5 |
| | 3.2   Photographic Coverage | 12 |
| | 3.3   Dummies - Part 572 | 14 |
| 4. | VEHICLE AND TEST SITE PREPARATION | 15 |
| | 4.1   Vehicle Inspection | 16 |
| | 4.2   Photographic Markings, Dimensions | 17 |
| | 4.3   Vehicle Test Weight | 17 |
| | 4.4   Vehicle Test Preparation | 17 |
| | 4.5   Test Site Preparation | 19 |
| | 4.6   Recording The Scene Data | 20 |
| 5. | STAGED COLLISIONS TEST DATA | 21 |
| 6. | REFERENCES | 24 |
| 7. | RICSAC STAGED COLLISION - TEST NO. 1 | 7-1 |
| 8. | RICSAC STAGED COLLISION - TEST NO. 2 | 8-1 |
| 9. | RICSAC STAGED COLLISION - TEST NO. 3 | 9-1 |
| 10. | RICSAC STAGED COLLISION - TEST NO. 4 | 10-1 |
| 11. | RICSAC STAGED COLLISION - TEST NO. 5 | 11-1 |

ZQ-6057-V-4

LIST OF FIGURES

Figure No.

2-1          CAR-TO-CAR COLLISION CONFIGURATIONS
4-1          VEHICLE MARKINGS FOR PHOTOGRAPHY

7-1          RICSAC ACCIDENT SCHEMATIC
7-2          VEHICLE CRUSH SCHEMATIC
7-3          OCCUPANT CONTACT DATA
7-4          VEHICLE CRUSH SCHEMATIC
7-5          OCCUPANT CONTACT DATA
7-6          PRE AND POST COLLISION SCENE
7-7          PRE AND POST EXTERIOR VIEWS, CAR NO. 1 - CHEVELLE
7-8          PRE AND POST EXTERIOR VIEWS, CAR NO. 2 - PINTO
7-9          PRE AND POST INTERIOR VIEWS, CAR NO. 1 - CHEVELLE
7-10         PRE AND POST INTERIOR VIEWS, CAR NO. 2 - PINTO
7-11         VEHICLE INSTRUMENTATION LOCATIONS - CHEVELLE
7-12         VEHICLE INSTRUMENTATION LOCATIONS - FORD PINTO
7-13         CAMERA STATIONS - FRONT-SIDE OBLIQUE TESTS
7-14         CAR NO. 1 - WHEEL RESPONSES
7-15         CAR NO. 1 - VEHICLE ATTITUDE
7-16         CAR NO. 2 - WHEEL RESPONSES
7-17         CAR NO. 2 - VEHICLE ATTITUDE

SUPPORTING DATA PLOTS AND SUMMARY TABLES

CRASH TEST SUMMARY
VEHICLE RESPONSES - CAR NO. 1 - CHEVELLE - DATA PLOTS
VEHICLE RESPONSES - CAR NO. 2 - PINTO - DATA PLOTS
DUMMY INJURY CRITERIA VALUES
DUMMY DATA - CAR NO. 2 - PINTO

THE ABOVE LIST OF FIGURES IS TYPICAL OF THE TEST DATA REPORTED
IN THIS VOLUME - (TESTS NOS. 1 THROUGH 5.)

ZQ-6057-V-4

vi

LIST OF TABLES

Table No.

| 2-1 | RICSAC-STAGED COLLISION - TEST MATRIX |
| 3-1 | STANDARD VEHICLE INSTRUMENTATION PACKAGE |
| 3-2 | NHTSA ON-BOARD CRASH RECORDERS |
| 7-1 | VEHICLE DATA - CAR NO. 1 |
| 7-2 | VEHICLE DATA - CAR NO. 2 |
| 7-3 | ELECTRONIC INSTRUMENTATION TEST - CHEVELLE |
| 7-4 | ELECTRONIC INSTRUMENTATION TEST - PINTO |
| 7-5 | VEHICLE TEST WEIGHTS |
| 7-6 | DATA CAMERA LOG |

THE ABOVE TABLES ARE TYPICAL OF THE TEST
DATA REPORTED IN THIS VOLUME - (TESTS NOS. 1
THROUGH 5.)

ZQ-6057-V-4

1.0     INTRODUCTION

       .Volumes II, III and IV contain the Phase II research effort conducted by Calspan Corporation entitled "Research Input for Computer Simulation of Automobile Collisions" (RICSAC) for the National Highway Traffic Administration (NHTSA) under Contract No. DOT-HS-7-01511.  The objective of this research is to further evaluate the validity and accuracy of both the Simulation Model of Automobile Collision (SMAC) and the Calspan Reconstruction of Accident Speeds on the Highway (CRASH) computer programs.  These two computer programs have been developed for the purpose of achieving uniformity in the method of reconstruction and interpretation of the physical evidence in automobile accidents.

       The Phase I of this research program, which is reported in Volume I of this document, summarizes the results of a detailed review of existing experimental data from staged collisions which had been previously documented and presents plans to meet future data needs in relation to computer simulations for reconstructing highway accidents.

       The Phase II part of this program involved the staging and documentation of twelve car-to-car collisions at Calspan's Vehicle Experimental Research Facility (VERF).  The staged collisions were performed on a 400 foot diameter level asphalt surface with an average dry skid resistance value of 87.

       The objective of the staged collisions in Phase II was to generate a body of fully documented collisions which can be used to test reconstruction techniques such as SMAC and CRASH and serve as training aids for accident investigators.  The test plan for Phase II was focused on data gaps identified in Phase I and on accident types that have high occurrence rates.

2.0     TEST PLAN

       In view of the program limitation to twelve staged collisions, it was necessary to choose a test matrix between (1) achieving single severity test

ZQ-6057-V-4

results for a variety of vehicle size combinations or (2) obtaining response data in similar impact configurations for more than one value of speed-change, $\Delta V$. The latter choice was selected as being more productive for achieving meaningful measures of the accuracy of reconstructions. In recognition of the current trend toward smaller vehicle sizes, the test program contained intermediate and subcompact categories.

The twelve collision matrix contained two categories of vehicle sizes, five impact configurations and two values of $\Delta V$ for each impact configuration. Each staged collision involved an intermediate and a subcompact size vehicle except for one test in which two intermediate vehicles were selected.

To insure the staged collisions are representative of real life accidents both vehicles were in motion at impact except for the rear impact configuration in which the struck vehicle was stationary.

The test matrix for the 12 staged collisions is presented in Table 2-1 and the five impact configurations are shown in Figure 2-1.

Based on the findings of the Phase I Final Report, presented in Volume I, "Research Input for Computer Simulation of Automobile Collisions," a test matrix was selected for the twelve Phase II staged collisions. The test matrix in Table 2-1 contains two of the most representative models of the categories of vehicle sizes, subcompact and intermediate. The impact conditions are defined by impact velocity, heading angle and vehicle contact point. All vehicles were 1974 models or newer.

2.1   Selection of Vehicle Speeds

The detailed selection of vehicle speeds was based on SMAC runs that were performed prior to each staged collision with the goal of achieving $\Delta V$ values for the struck vehicle of approximately 15 mph and 30 mph for the two exposures in each collision configuration. The objective of the two severity

TABLE 2-1

RICSAC-STAGED COLLISION

TEST MATRIX

| TEST NO. | DATE 1977-78 | VEHICLE MODEL | | IMPACT VELOCITY MPH | IMPACT CONFIGURATION (1) | CONTACT AREA (1) |
|---|---|---|---|---|---|---|
| | | V1 (BULLET) | V2 (TARGET) | | | |
| 1 | 11/3 | Chevelle | Pinto | 19.8 | D-Front/Side | Forward c.g. |
| 2 | 11/18 | Chevelle | Pinto | 31.5 | Oblique-Offset | |
| 3 | 4/18 | Torino | Pinto | 21.2 | B-Front-Rear | 50% Offset |
| 4 | 4/25 | Torino | Pinto | 38.7 | Oblique-Offset | |
| 5 | 5/10 | Torino | Honda | 39.7 | | |
| 6 | 5/22 | Chevelle | Rabbit | 21.5 | E-Front/Side | Aft of c.g. |
| 7 | 5/31 | Chevelle | Rabbit | 29.1 | Oblique-Offset | |
| 8 | 6/15 | Chevelle | Chevelle | 20.7 | C-Front/Side | Forward c.g. |
| 9 | 6/20 | Honda | Torino | 21.2 | Perpendicular | |
| 10 | 6/23 | Honda | Torino | 33.3 | | |
| 11 | 7/7 | Vega | Torino | 20.4 | A-Front/Front | 50% Offset |
| 12 | 7/12 | Vega | Torino | 31.5 | Oblique-Offset | |

Note:  (1)  For Impact Configuration and Contact Area see following Figure.

ZQ-6057-V-4



CONFIGURATION A

FRONTAL
OBLIQUE-OFFSET

CONFIGURATION B

REAR
OBLIQUE-OFFSET

CONFIGURATION C

SIDE
PERPENDICULAR-OFFSET

CONFIGURATION D

SIDE
OBLIQUE-OFFSET

CONFIGURATION E

Figure 2-1  CAR-TO-CAR COLLISION CONFIGURATIONS

4

ZQ-6057-V-4

levels is to provide a basis for evaluating reconstruction accuracies over the $\Delta V$ range likely to be encountered in applications. For example, in side impact cases, data presented in Reference 2 indicate that approximately 90% of the struck vehicles in the MDAI files experience speed change of 30 mph or less and, further, that approximately 13% of the struck vehicles experience speed changes of 10 mph or less. Obviously, a realistic evaluation of application accuracies for such cases must include consideration of the indicated severity range.

## 2.2 Configuration Selections

A number of accident studies have included investigations of the distribution of collision configurations (e.g., Reference 3). In all such studies, frontal exposures have been found to rank first and side exposures second.

In view of the substantial representation of frontal collisions in the staged-collision data assembled in Reference 1, and of the fact that most collision configurations produce at least one frontal exposure, the selections include seven side impacts, two frontal and three rear enders. The two frontals were offset and oblique with the objective of producing both partial frontal contacts and yaw rotations during the spinout trajectories to permit testing of the corresponding aspects of reconstruction calculations.

Before conducting the scheduled staged collision, Calspan conducted a demonstrational test with two older vehicles to check out our recently improved towing and release system for oblique collisions with both vehicles in motion. Two cameras documented the performance of the towing and release mechanism of the towed vehicles.

## 3.0   VEHICLE INSTRUMENTATION AND PHOTOGRAPHIC COVERAGE

### 3.1  Vehicle Instrumentation

The selection and location of the vehicle instrumentation was based on the objective of generating experimental data in support of continued updating

5

and verification of the SMAC and CRASH computer programs. The instrumentation outlined for this program was selected with the objective of defining a minimum instrumentation package for use in future staged collisions related to accident reconstruction.

The vehicle parameters selected for documentation included the following items for each vehicle:

1.    Acceleration - Three Components (XYZ)

2.    Linear Velocity

3.    Angular Velocity (Yaw)

4.    Sprung Mass Pitch, Roll and Yaw Angle

5.    Wheel Angular Velocities (RPM)

6.    Wheel Steer Angle

7.    Vehicle Trajectory During Contact and Spinout

8.    NHTSA Crash Recorder

The selected standard vehicle instrumentation package is outlined in Table   3-1.

A minimum of 13 accelerometers were mounted on-board each vehicle to record acceleration components at six to seven stations on each vehicle as outlined in Table 3-1. At three locations triaxial (XYZ) packages were installed in each vehicle.   These locations provide acceleration data at several locations between the front and the rear of the  vehicle.   All accelerometers were "hard mounted" to the vehicle structure.

The front wheel steer angle time history was measured on each vehicle by using a linear stroke potentiometer attached to the vehicle steering linkage. The output was calibrated in terms of wheel steer angle.   The steer angle data

ZQ-6057-V-4

TABLE 3-1

STANDARD VEHICLE INSTRUMENTATION PACKAGE

| VEHICLE ACCELERATION | | DATA CHANNELS | |
|---|---|---|---|
| | | BULLET VEHICLE 1 | BULLET VEHICLE 2 |
| Compartment | | | |
|    Left Front Corner | (xyz) | 3 | 3 |
|    Left Rear Corner | (xyz) | | 3 |
|    Right Rear Corner | (xyz) | 3 | |
|    Rear Deck | (xyz) | 3 | 3 |
| Fire Wall | (xyz) | 3 | 3 |
| Front Bumper | (x) | 1 | |
| Door | | | |
|    Left Front | (y) | | 1 |
|    Right Front - upper | (y) | | 1 |
|    Right Front - lower | (y) | | 1 |
| Vehicle Attitude Package | | | |
|    Pitch angle | | 1 | 1 |
|    Roll angle | | 1 | 1 |
|    Yaw angle | | 1 | 1 |
|    Yaw angle rate | | 1 | 1 |
| Steer Angle | | 1 | 1 |
| Wheel Angular Velocity | | 3 | 3 |
| Trajectory Marker | | | |
|    Front and Rear Axle | | 2 | 2 |
| NHTSA Crash Recorder | | 1 | 1 |
| TOTAL | | 24 | 26 |
| On-Board Brake Package | | Yes | Yes |
| Two Spherical Roof Targets | | Yes | Yes |
| On-Board Cameras | | None | Min. 2 |

7

ZQ-6057-V-4

provide information needed to analyze vehicle trajectories during and after spinout.

Three or four wheel angular velocities were measured on each vehicle. No attempt was made to measure the wheel in direct contact with the striking vehicle because of the high probability of the transducer's destruction during the impact. The individual wheel rotation (rpm) time history was measured with an electrical tachometer driven by the angular rotation of the wheel. A flexible speedometer cable attached to the wheel hub was used to drive the tachometer mounted inside the vehicle. The flexible drive accommodates wheel steer angle and suspension deflection. Each tachometer was calibrated using a synchronous motor drive unit. This data provides direct measurements of the extent of individual wheel lock-up and braking action which occurs before and during the spinout phase of the collision.

The time history of the change in vehicle yaw, pitch and roll angles and yaw rate were recorded in both the bullet and target vehicles. A pair of two-degree-of-freedom, free gyroscopes and a rate gyro were mounted to measure the sprung mass attitude change of the vehicle axes with respect to a space-fixed reference axis system. The gyros, together with the solid state operational amplifiers were contained in a compact package capable of operating under an impact environment of over 40 g's.

Special attention was given to their orientation so as to minimize "contamination" of the signals due to cross-coupling effects of combined motions. One gyro was used in a vertical mode (spin axis parallel to vehicle vertical or Z axis) with the inner gimbal (axis athwartwise)measuring pitching and the outer gimbal measuring roll motions. The other gyro has its spin axis aligned parallel to the longitudinal axis of the vehicle for measuring heading angle. With the gyros so oriented, the gimbal pickoff signals are direct measurements of the angular coordinates of the sprung mass relative to the space-fixed axis system, except for yaw. The "contamination" of the yaw signal is considered minor because of the small magnitudes of the pitching and

ZQ-6057-V-4

rolling motions.

Vehicle Trajectory Marker

One of the more important data items requiring special attention was the documentation of the vehicle trajectories during vehicle interaction and spinout. The more traditional method to record the vehicle trajectory has been the use of several high-speed motion picture cameras located overhead on towers with supporting ground cameras at eye level height. To cover the complete event where major spinout occurs (in different directions) requires a rather large battery of cameras with overlapping field of views. Using several cameras to record the vehicle trajectory requires major effort in film analysis to establish a true trajectory. Parralax corrections within the field of view are a major concern requiring special procedures to minimize this error before an X-Y plot of trajectories can be obtained.

Based on the limitations and problems associated with the camera method for obtaining trajectories, Calspan designed and fabricated a special vehicle trajectory marker which proved to be a more direct method requiring considerably less effort in data analysis to obtain the desired X-Y plots. This method sprayed a liquid from the vehicle on to the surface leaving a trail to identify the path of the vehicle at two locations on the vehicle. To achieve this we used the airless paint gun principle, where high pressure air drives the fluid at high velocity from the nozzle without mixing with the fluid. We positioned the spray nozzle near the in-board side of the tire approximately 1 inch from the roadway. The two nozzles were attached to the unsprung structure of the vehicle so that suspension deflections would not change the elevation or location of the nozzle end. The liquid (colored water) under high pressure contacted the roadway surface in milliseconds after leaving the nozzle end.

The location and small quantity of water paint on the roadway did not affect the roadway coefficient of friction. We installed two nozzles on each vehicle, one at the front and rear wheels to define the complete vehicle trajectory. The operation of the trajectory marker was controlled by a solenoid

9                                               ZQ-6057-V-4

valve actuated by a contact switch before impact.

### Crash Recorder - NHTSA

All vehicles except in Test 1 were equipped with a Teledyne Geotech Crash Recorder furnished by NHTSA. Table 3-2 lists the serial numbers of the crash recorder used in the vehicles on the respective tests. The recorders were installed under the front seat. Data from the on-board recorder can be correlated with the experimental test and the simulation results.

All recorders have been forwarded to NHTSA for their analysis.

### Vehicle Data Reduction

The outputs from the transducers mounted on the vehicles are fed to signal conditioning and amplification equipment also mounted on-board. The amplified signals are then carried from the vehicles to remote recording station via a multi-channel umbilical cable and recorded on 14 channel FM tape recorders All the data recorded on this analogue tape is then converted to a digital output using a digital data reduction system. This system also has a number of software options which may be selected to obtain velocity and displacement by integration of the accelerations and to provide plots of all three parameters as a function of time. The measured accelerations (X,Y,Z) of each location were integrated to obtain velocity and displacement data. For the application of these data, See Section 1.0 in Volume IV of this document.

In addition to the time-history data from each transducer, the following crash test performance data was computer processed on selected channels and included in this report.

1.    Vehicle Acceleration Time Histories

2.    Vehicle Velocity Time Histories

3.    Vehicle Displacement Time Histories

4.    Triaxial Acceleration Resultant Time Histories

5.    Vehicle Acceleration VS Displacements

10                          ZQ-6057-V-4

TABLE  3-2

NHTSA ON-BOARD CRASH RECORDERS - Teledyne Geotech Model 35500

|  |  | Serial No. |
|---|---|---|
| Test No. 1<br>11/3/77 | Car 1 Chevelle<br>Car 2 Pinto | N.A.<br>N.A. |
| Test No. 2<br>11/18/77 | Car 1 Chevelle<br>Car 2 Pinto | 1312<br>1326 |
| Test No. 3<br>4/18/78 | Car 1 Torino<br>Car 2 Pinto | 1304<br>1349 |
| Test No. 4<br>4/25/78 | Car 1 Torino<br>Car 2 Pinto | 1268<br>1273 |
| Test No. 5<br>4/10/78 | Car 1 Torino<br>Car 2 Honda | 1628<br>1640 |
| Test No. 6<br>5/22/78 | Car 1 Chevelle<br>Car 2 Rabbit | 1310<br>1222 |
| Test No. 7<br>5/31/78 | Car 1 Chevelle<br>Car 2 Rabbit | 1674<br>1225 |
| Test No. 8<br>6/15/78 | Car 1 Honda<br>Car 2 Chevelle | 1264<br>1643 |
| Test No. 9<br>6/20/78 | Car 1 Honda<br>Car 2 Torino | 1210<br>1223 |
| Test No. 10<br>6/23/78 | Car 1 Honda<br>Car 2 Torino | 1233<br>1348 |
| Test No. 11<br>7/7/78 | Car 1 Torino<br>Car 2 Vega | 1280<br>1219 |
| Test No. 12<br>7/12/78 | Car 1 Torino<br>Car 2 Vega | 1229<br>1206 |
| Spare |  | 1224 |
| Spare |  | 1632 |

ZQ-6057-V-4

3.2  Photographic Coverage

Still Photographs

The following are typical pre-test photographs obtained using a standard press camera (4" x 5" negative) with black and white film.

1.  Side view - both sides, both cars.
2.  Front view - both cars.
3.  Rear view - both cars.
4.  Interior view to show dummy positioning (both sides).
5.  On-board instrumentation packages.
6.  Selected views of transducers.
7.  Underside - both cars.
8.  Overall test site viewed from camera tower.

Likewise, the following post-test photographs were obtained using a standard press camera (4" x 5" negative) with black and white film.

1.  Side view - both sides, both cars.
2.  Front view - both cars.
3.  Rear view - both cars.
4.  Right front three-quarter view - both cars.
5.  Left front three-quarter view - both cars.
6.  Right rear three-quarter view - both cars.
7.  Left rear three-quarter view - both cars.
8   Interior view showing post-test dummy positions (both sides).
9.  Underside - both cars.
10. Selected views showing details of vehicle damage
11. Overall test site viewed from camera tower showing vehicle positions.
12. Overall test site viewed perpendicular to test track showing vehicle positions.
13. Overall test site viewed parallel to test track showing vehicle positions.

12

ZQ-6057-V-4

High Speed Photography

A minimum of 10 high speed data cameras (16 mm) were used to photograph the event for each test.  Cameras were stationed on the ground at eye level elevation and cameras were located on portable towers.  All 16 mm data cameras used color film.

All high speed cameras were controlled by timing equipment in Calspan's photo-instrumentation control van.  This control unit provides over-all control of camera-event sychronization and time coding of film.

Vehicle impact time (time = 0) was established by a common photo-flash which was recorded by all data cameras.  The time zero event was actuated by a pressure contact switch positioned on the contact surface of one of the vehicles.  This same event mark was coded electronically on all data recording equipment.

Since the spinout phase of the collision does not require the detailed analysis that the actual collision phase requires, i.e., the 1000 fps coverage is needed to adequately define the transient collision interface, the cameras filming the spinout ran at approximately 400 fps.  Note that this is consistent with the usual practice in running the SMAC simulation program where a 5 ms time interval specified for the pre-collision and spinout phases is reduced to a 1 ms interval for the collision phase.

Documentary Photography

Two 16 mm motion picture cameras (24 fps) provided the following minimum coverage of the test.

13                          ZQ-6057-V-4

- Pre-test vehicle conditions including instrumentation, dummy positions and vehicle details.

- Planning scenes, tracking vehicles before, during and after impact (one camera on each vehicle).

- Post-test vehicle conditions including damaged areas, dummy positions and special details of interest.

3.3   Dummies - Part 572

Two anthropomorphic Part 572 test dummies (50 percentile male) furnished by NHTSA were positioned in the front seat of both vehicles.  For indications of dummy contact areas within the compartment, colored chalk was applied to the dummies using a different color for each dummy.  The two dummies in the bullet car (V-1) were restrained with the vehicle-equipped seat belt systems and they were uninstrumented in this program except for Tests Nos. 11 and 12.

The establishment of occupant injury criteria data was not considered a major objective of this research program; therefore, fully instrumented Part 572 test dummies were only provided in the target vehicle (V-2). Except for the two front-to-front collisions (Test 11 & 12), all the dummies in the target vehicle (V-2) were unrestrained.  All the occupant injury data measurements and on-board camera coverage were sponsored by the Occupant Packaging Branch of NHTSA, on a piggyback arrangement with the present program.

Dummy instrumentation included the following channels of data:

| | | | |
|---|---|---|---|
| 1. | Head Acceleration | - | XYZ |
| 2. | Chest Acceleration | - | XYZ |
| 3. | Pelvic Acceleration | - | Y |
| 4. | Femur Loads | - | L & R |

14                                        ZQ-6057-V-4

The direction of the dummy velocity vector within the vehicle during the collision is important in accident reconstruction.  The basic dummy trajectories were documented with a minimum of two on-board data cameras in each target vehicle.  The on-board cameras were mounted on the outside door panels with a special lightweight bracket, the rear deck behind the rear seat and on the roof.  This on-board camera coverage recorded dummy kinematics, general seat belt and seat performance, and compartment interior areas associated with dummy contacts.  The on-board cameras operate at a nominal 1,000 frames per second.

The vehicle interior (excluding glazing) was sprayed with a coat of white latex paint as a means to improve photographic coverage of the dummies. A coating of dyed chalk solution was applied to interior surfaces which are likely to be contacted by occupant head and chest segments.  Such surfaces included the instrument panel, windshield header, lower dash panel (knee bar), and steering control.  Some compartment interior lighting using long duration flash bulbs was provided to improve on-board photographic coverage.  The dummies were thoroughly inspected after each crash and refurbished as necessary in accordance with standard procedures.

4.0     VEHICLE AND TEST SITE PREPARATION

The following vehicle and site preparations were completed before the vehicles were transported to the test site:

## 4.1   Vehicle Inspection

A receiving inspection of all test vehicles was performed to determine the status and condition of the following items.

- Exterior panels
- Frame and suspension structure
- Door hinges and latches
- Steering column and dash panel
- Glazing
- Steering control and linkages
- Brake system
- Fuel system components
- Seats and seat anchorages
- Restraint systems
- Fuel tanks were drained and half-filled with stoddard solvent to simulate on-board fuel.

The vehicle towing and guide rollers assembly were attached to a suitable structure under the front of the vehicle.

Each test vehicle was checked before conducting the test to demonstrate proper tracking (wheel alignment) of the vehicle when under tow.

16                                         ZQ-6057-V-4

4.2    Photographic Markings, Dimensions

Two spherical targets were mounted on the roof of each vehicle to aid analysis of the overhead film coverage; this technique has proven very successful where x, y and angular displacements are to be measured from a film analysis. Each vehicle had contrasting colors for ease of analysis and grids were placed on the vehicles using checkered tape of 1 inch gradations positioned to help delineate the collision interface between the two vehicles.  Typical vehicle markings and targets for photographic analysis are shown in Figure 4-1.

4.3    Vehicle Test Weight

The test weight of each vehicle was obtained by placing vehicle scales under each wheel.  The vehicle longitudinal center of gravity was calculated from these weights.  All tires were inflated to manufacturer's specifications.   Ride height and weight of each wheel was measured with all equipment and dummies on-board.

4.4    Vehicle Test Preparation

The following vehicle preparation items were performed on all test vehicles:

1.    Drain fuel tank and add approximately one-half tank of water colored with red dye.

2.    Drain radiator and battery and fill with water.

3.    Drain all oil base liquids except power steering fluid.

4.    Assure all original equipment and accessories remain in vehicle.

5.    Install specified instrumentation.

6.    Install specified on-board camera system including interior photographic lights.



Figure 4-1   VEHICLE MARKINGS FOR PHOTOGRAPHY

ZQ-6057-V-4

7.  Install on-board vehicle braking package.

8.  Paint vehicle interior flat white for improved on-board photographic coverage.

9.  Paint rotational marker on all four wheels.

10. Stencil test number and project identification number on both sides and roof of vehicle.

11. Secure vehicle photographic targets and checkered tape.

12. Install zero time impact flash system.

13. Position two dummies (Part 572, 50%) in the front seat and secure seat belt system per FMVSS No. 208 specifications when applicable.

14. Coat the steering wheel assembly, instrument panel, knee contact panel, windshield and door frame header with contrasting dyed chalk solution.

15. Inflate all tires to manufacturer's specified air pressure.

16. Install instrumentation and camera umbilical cable fixture.

17. Install towing and guidance hardware.

18. Weigh and ballast vehicle to the required weight after all equipment and dummies are on board.

19. Calculate vehicle center of gravity and c.g. targets.

20. Install spherical roof target fixture with the forward sphere on the vehicle c.g. station.

4.5  Test Site Preparation

The following test site preparation items were performed:

1.  Layout and secure guidance rail system for specified collision configuration.

2.  Locate and check pull cable pulleys required for specified collision.

3.  Clean roadway surface at impact and spinout area.

4.  Lay out Cable Tow System.

5.  Position overhead camera towers and record location.

6.  Locate ground camera stations and record location.

7.  Locate stadium poles and ground markers and record location.

8.  Secure pull cable release block for both vehicles.

9.  Locate two timing clocks (50 msec/rev.) for maximum camera coverage.

10.  Locate additional ground based zero time flash units for field of view by all data cameras.

11.  Position speed trap for recording striking vehicle impact velocity.

## 4.6   Recording The Scene Data

To insure that each staged collision is documented thoroughly, the scene was investigated by Calspan's professional accident investigators. The following items were measured and the standard Collision Performance and Injury Report Form were completed by Calspan investigators.

1.  Pre-impact skid marks or scuff marks for each wheel position - both vehicles.

2.  At-impact position of each wheel - both vehicles.

3.  Point of impact.

4.  Final rest position of each wheel - both vehicles.

5.  Gouges and scratches in the pavement surfaces.

6.  Liquid spills and run-offs.

7.  Debris, including directional dispersal.

ZQ-6057-V-4

8.   Skid marks, scuff marks, etc.

9.   Vehicle trajectory (paint trail).

The following scene data are presented in this final report for
each test:

1.   Accident schematic

2.   Vehicle crush schematics L, C and D dimensions
     plus vehicle damage rating (CDC).

3.   Scene and vehicle photographs (35 mm colored
     slides).
     (Slides available under separate document.)

4.   Occupant contact data.

5.0    Staged Collisions Test Data

All the experimental test data and supporting information for the
twelve staged collisions is published in two volumes in this document.   In
addition, two copies of the edited 16 mm colored motion picture film coverage
and 35 mm colored slides for each staged collision were transmitted to NHTSA
to support the documentation of these experimental tests.

The following information and data for each staged collision is pre-
ented in this document:

•   Test Description
•   Accident Scene Schematic
•   Test Data Summary
•   Car No. 1 - Vehicle Data
•   Car No. 1 - Vehicle Crush Data
•   Car No. 1 - Occupant Contact Data

21                    ZQ-6057-V-4

- Car No. 2 - Vehicle Data
- Car No. 2 - Vehicle Crush Data
- Car No. 2 - Occupant Contact Data
- Photographs - Pre- and Post Vehicle Exterior
- Photographs - Pre- and Post Vehicle Interior
- Car No. 1 - Vehicle Instrumentation Layout
- Car No. 2 - Vehicle Instrumentation Layout
- Vehicle Test Weights - Car No. 1 and Car No. 2
- Camera Site Location
- Camera Data Log
- Vehicle Wheel Response Data - Car No. 1 and Car No. 2
- Vehicle Attitude Data - Car No. 1 and Car No. 2
- Car No. 1 - Response Time Histories

  Left Front Corner

  Right Rear Corner

  Firewall

  Rear Deck

  Front Bumper (X)

  Acceleration XYZ Components

  Velocity    XYZ Components

  Displacement XYZ Components

  Acceleration Resultant

- Car No. 2 - Response Time Histories

  Left Front Corner

  Left Rear Corner

  Firewall

  Rear Deck

ZQ-6057-V-4

Right Front
    Right Front Door (Side Impact Only)
    Left Front Door (Side Impact Only)
    Acceleration XYZ Components
    Velocity     XYZ Components
    Displacement XYZ Components
    Acceleration Resultant

- Dummy Injury Criteria Values - Driver and
  Front Passenger

- Dummy Response Time Histories - Driver and
  Front Passenger

                    Head Acceleration XYZ Components
                    Head Resultant
                    Head Severity Index
                    Chest Acceleration XYZ Components
                    Chest Resultant
                    Chest Velocity XYZ Components
                    Chest Displacement XYZ Components
                    Chest Severity Index
                    Femur Loads Left and Right
                    Pelvic Acceleration Y Component
                    (Side Impact Only)
                    Pelvic Velocity
                    Pelvic Displacement

23                          ZQ-6057-V-4

## 6.0   REFERENCES

1.   McHenry, R. R., Lynch, J. P. and Segal, D. J., "Research Input for Computer Simulation of Automobile Collisions", Calspan Report No. ZQ-6057-V-3, June 1977.

2.   McHenry, R. R., Baum, A. S., and Neff, D. O., "Yielding-Barrier Test Data Base - A Study of Side Impact Cases in the Multi-Disciplinary Accident Investigation (MDAI) File", Calspan Report No. ZR-5954-V-2, January 1977.

3.   McHenry, R. R., and Miller, P. M., "Automobile Structural Crashwothiness", SAE Paper No. 700412, 1970 International Automobile Safety Conference Compendium, Detroit, Michigan, May 13-15, 1970.

24

ZQ-6057-V-4

TEST NO. 1

RICSAC STAGED COLLISION

FRONT-TO-SIDE
OBLIQUE - OFFSET

CHEVELLE/PINTO

VELOCITY 19.8 MPH

ZQ-6057-V-4

7.0      RICSAC STAGED COLLISION - TEST NO. 1

EXPERIMENTAL RESULTS

Test Description

        This staged collision involved a 1974 Chevrolet Chevelle Malibu (V-1)
striking a 1974 Ford Pinto (V-2) on the right side (front section) at an oblique
angle of 60 degrees as shown in Figure 7-1. The impact velocity of both vehicles
was 19.8 mph.  The vehicle test weights were 4460 and 3110 pounds for the
Chevelle and Pinto, respectively.  Each vehicle had two Part 572 test dummies
(50 percentile) seated in the front seat.  The dummies in the Pinto were
instrumented according to FMVSS 208 and were unrestrained.  In the Chevelle
the dummies were uninstrumented and were restrained with seat belts.

        The Chevelle was equipped with automatic transmission, power steering
and power brakes.  The Pinto had manual transmission, steering and standard
brakes.  The accident was staged with both transmissions in drive position,
brakes off and the engines not running.  During the collision no steering
control inputs or vehicle braking was applied.  The roadway was dry with skid
resistance value of 87.

        Approximately one car length before impact the vehicle tow cable was
released and the vehicle guide rail was terminated.  At this point in time and
during the collision both vehicles are free bodies with no constraints except
the normal collision forces and reactions encountered in this type of car-to-
car collision.  During the collision event no observed tow cable or instrumentation
cable interference with the moving vehicles was noted.

ACCIDENT SCHEMATIC

VEHICLES:

   No. 1 - 1974 CHEVROLET CHEVELLE MALIBU
   No. 2 - 1974 FORD PINTO



Figure 7-1. TEST NO. 1 - RICSAC ACCIDENT SCHEMATIC

7-3

ZQ-6057-V-4

# CRASH TEST SUMMARY

TEST NO. _____ 1 _____                PROJECT _____ RICSAC _____

DATE _____ 11-3-77 _____        TIME _____ 15:32 _____   TEMP. _____ 71° F

TEST CONDITION _____ Car to Car, Side Oblique Offset _____

VEHICLE NO. 1 _____ 1974 Chevrolet Chevelle _____

VEHICLE NO. 2 _____ 1974 Ford Pinto _____

|                          | VEH. NO. 1 | VEH. NO. 2 |
|--------------------------|------------|------------|
| TEST WEIGHT (lbs)        | 4650       | 3110       |
| IMPACT ANGLE (deg)*      | 120        | 0          |
| IMPACT VELOCITY (mph)**  | 19.85      | 19.85      |
| MAX. CRUSH (in)          | 14.8       | 12         |
| MAX. INTRUSION (in)      | -          | -          |

| DUMMIES   | VEH. NO. 1                     | VEH. NO. 2                     |
|-----------|--------------------------------|--------------------------------|
| TYPE      | Part 572, Hybrid II            | Part 572, Hybrid II            |
| LOCATION  | Driver (LF), Passenger (RF)    | Driver (LF), Passenger (RF)    |
| RESTRAINT | 3-Point System                 | Unrestrained Dummies           |

NUMBER OF DATA CHANNELS _____ 60 _____
NUMBER OF HIGH SPEED CAMERAS _____ 9 _____

---

*WITH RESPECT TO TOW TRACK CENTERLINE

**SPEED TRAP MEASUREMENT (±0.5% ACCURACY)

7-4                                      ZQ-6057-V-4

TABLE 7-1

TEST NO. 1 - CAR NO. 1

VEHICLE DATA

| TEAM | YEAR | MONTH | DAY | SEQUENCE |
|------|------|-------|-----|----------|
| _ | 7 | 1 1 | 0 3 | _ _ _ _ |

---

Vehicle data not collected.  Reason? _____

|  | | |
|---|---|---|
| | Vehicle No. __1__ | 14-15  No. of VIN Characters  __1__  __3__ |
| 16-22 | VIN (Left Justify, Omit Production Numbers) | 1  C  2  9  H  4  1 |
| 3-27 | Make/Model (CPIR Code) CHEVROLET CHEVELLE MALIBU | _ _ _ _ _ |
| 3-32 | Mileage (Odometer Reading) 99998 = 99998  mi. or more | _ _ _ _ _ . |
| | 99999 = Unknown | |
| 33-34 | Model Year | 7  4 |

7-36  BODY STYLE

| Automobiles | | Trucks | | Other | |
|---|---|---|---|---|---|
| Passenger Car | (01) 4 DR | Van - Passenger | 05 | School Bus | 11 |
| Stationwagon | 02 | - Cargo | 06 | Other Bus | 12 |
| Convertible | 03 | Multi-Purpose | 07 | Motorcycle | 13 |
| Car, pickup body | 04 | Pickup | 08 | Other Body Style | 98 |
| (e.g., El Camino, | | Straight Truck | 09 | Unknown | 99 |
| Ranchero, etc.) | | Tractor-Trailer | 10 | | |

| | VEHICLE WEIGHT | | 43 | TOWING ANOTHER VEHICLE | |
|---|---|---|---|---|---|
| 37-39 | Curb | 0  3,  8  0  5 | | Yes | 1 |
| 1-42 | Occupant and Cargo Only | _ _ , _  0  0 | | No | 2 |
| | | | | Unknown | 9 |

VEHICLE DAMAGE

| | Object Contacted | CDC | Veh. No. | Impact No. | |
|---|---|---|---|---|---|
| 44-54  (1) | 0  1 | 1  1 F  Z  E  W  2 | 2 | 1 | (1) = Highest |
| 55-65  (2) | _ _ | _ _ _ _ _ _ _ | _ | _ | Severity |
| (3) | _ _ | _ _ _ _ _ _ _ | _ | _ | (Estimated ΔV) |
| (4) | _ _ | _ _ _ _ _ _ _ | _ | _ | |

| 66 | VEHICLE TOWED FROM SCENE | Yes | 1 |
|---|---|---|---|
| | | No | 2 |
| | | Unknown | 9 |

| 67 | SOURCE OF VEHICLE DATA | | 68 | VEHICLE INSPECTION | |
|---|---|---|---|---|---|
| | Inspection at Repair or Tow Facility | 1 | | Not Inspected | 0 |
| | Inspection at Person's Home | 2 | | Inspected on First Visit | 1 |
| | Inspection at Scene | 3 | | Actual Number of Locations Visited | 2 |
| | Not Inspected (Photos or Repair Data) | 4 | | (Including Follow-Ups to Same Location) | 3 |
| | Not Inspected. Reason. _____ | | | | 4 |
| | | 5 | | | 5 |
| | | | | | 6 |
| | Unknown | 9 | | | 7 |
| | | | | 8 or More | 8 |
| | | | | Unknown | 9 |
| | | | 69 | APPLICABLE VEHICLE   Yes | 1 |
| | | | | No | 2 |

---

NOTE:  COLUMN NUMBERS FROM THE SUMMARY VEHICLE DATA FORM ARE LISTED
ON THE LEFT IN THIS FORM TO SIMPLIFY TRANSFER OF DATA.

The image covers nearly the whole page. This is a vehicle crush schematic diagram with various labels and a table.

# Figure 7-2
## VEHICLE CRUSH SCHEMATIC
### TEST NO. 1 - CAR NO. 1



DAMAGE DESCRIPTION

WHEELS LOCKED BY DAMAGE

RF  2

LF  2

RR  2

LR  2

1 Yes, 2 No, 8 NA, 9 Unk.



WHEEL STEER ANGLES*
(For locked front wheels or dis placed rear axles only)

RF  +

LF  +

RR  +

LR  +

Within ± 5°



8"

40"(L)

MAX CRUSH @ CORNER 14.8" (C6)



ORIGINAL DIMENSIONS

| Impact Number | L | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ | D± |
|---|---|---|---|---|---|---|---|---|
| 1 | 46" | 4' | 5.5" | 7° | 10.2" | 12.1' | 14.8" | +14.3° |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

NOTE:  MEASURE $C_1$ TO $C_6$ FROM:  DRIVER TO PASSENGER SIDE IN FRONT OR REAR IMPACTS: REAR TO FRONT IN SIDE IMPACTS

2/77

7-6

6057-V-4

2

Figure 7-3
OCCUPANT CONTACT DATA
TEST NO. 1 - CAR NO. 1

VEHICLE INTERIOR

Occupant Contacts                                                    CHEVELLE



Sketch controls in appropriate positions, if contacted.  Sketch all
occupant contact points and code on next two pages.  Dash lines indi-
cate center of instrument panel-windshield area and top of panel for
measurement purposes.

7-7

ZQ-6057-V-4

TABLE 7-2

TEST NO. 1 - CAR NO. 2

VEHICLE DATA

| TEAM | YEAR | MONTH | DAY | SEQUENCE |
|------|------|-------|-----|----------|
| __ | 7 | 11 | 03 | __ __ |

---

Vehicle data not collected.  Reason? _____

Vehicle No.  __2__.                    14-15  No. of VIN Characters  1 1

16-22  VIN (Left Justify, Omit Production Numbers)       4 T 1 0 X 2 2

23-27  Make/Model (CPIR Code)  FORD PINTO _____

28-32  Mileage (Odometer Reading) 99998 = 99998  mi. or more
                                   99999 = Unknown          __ __ __ __ __

33-34  Model Year                                              7 4

35-36  BODY STYLE

| Automobiles | | Trucks | | Other | |
|-------------|-----|--------|-----|-------|-----|
| Passenger Car | (01) | Van - Passenger | 05 | School Bus | 11 |
| Stationwagon | 02 | - Cargo | 06 | Other Bus | 12 |
| Convertible | 03 | Multi-Purpose | 07 | Motorcycle | 13 |
| Car, pickup body | 04 | Pickup | 08 | Other Body Style | 98 |
| (e.g., El Camino, | | Straight Truck | 09 | Unknown | 99 |
| Ranchero, etc.) | | Tractor-Trailer | 10 | | |

VEHICLE WEIGHT

37-39  Curb              0 2, 4 4 3      43  TOWING ANOTHER VEHICLE
                                             Yes                    1
40-42  Occupant and Cargo Only  __,  0 0     No                     2
                                             Unknown                9

VEHICLE DAMAGE

|  | Object Contacted | CDC | Veh. No. | Impact No. | |
|--|------------------|-----|----------|------------|--|
| 44-54 (1) | 0 3 | 0 1 R D E W 3 | 1 | 1 | (1) = Highest |
| 55-65 (2) | __ | __ __ __ __ __ | __ | __ | Severity |
| (3) | __ | __ __ __ __ __ | __ | __ | (Estimated ΔV |
| (4) | __ | __ __ __ __ __ | __ | __ | |

66  VEHICLE TOWED FROM SCENE                     Yes        1
                                                 No         2
                                                 Unknown    9

67  SOURCE OF VEHICLE DATA
    Inspection at Repair or Tow
      Facility                            1
    Inspection at Person's Home           2
    Inspection at Scene                   3
    Not Inspected (Photos or
      Repair Data)                        4
    Not Inspected. Reason. _____
                                          5
    Unknown                               9

68  VEHICLE INSPECTION
    Not Inspected                         0
    Inspected on First Visit              1
    Actual Number of Locations
      Visited                             2
      (Including Follow-Ups to            3
      Same Location)                      4
                                          5
                                          6
                                          7
    8 or More                             8
    Unknown                               9

69  APPLICABLE VEHICLE          Yes       1
                                No        2

---

NOTE:  COLUMN NUMBERS FROM THE SUMMARY VEHICLE DATA FORM ARE LISTED
       ON THE LEFT IN THIS FORM TO SIMPLIFY TRANSFER OF DATA.

2/77                          7-8                    ZQ-6057-V-4

VEHICLE CRUSH SCHEMATIC

TEST NO. 1 - CAR NO. 2



DAMAGE DESCRIPTION

WHEELS LOCKED BY DAMAGE

RF   2

LF   2

RR   2

LR   2

1 Yes, 2 No, 8 NA, 9 Unk.





WHEEL STEER ANGLES*
(For locked front wheels or dis
placed rear axles only)

RF   +

LF   +

RR   +

LR   +

Within ± 5°







| Impact Number | L | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ | D± |
|---|---|---|---|---|---|---|---|---|
| 1 | 113.3 | 0.5 | 12 | 10.6 | 11.8 | 9 | 4.1 | +21.8 |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

NOTE:   MEASURE $C_1$ TO $C_6$ FROM:   DRIVER TO PASSENGER SIDE IN FRONT OR REAR
IMPACTS; REAR TO FRONT IN SIDE IMPACTS

ZQ-6057-V-4

2

OCCUPANT CONTACT DATA
TEST NO. 1 - CAR NO. 2

VEHICLE INTERIOR                                              PINTO

Occupant Contacts



Sketch controls in appropriate positions, if contacted.  Sketch all occupant
contact points and code on next two pages.  Dash lines indicate center of
instrument panel-windshield area and top of panel for measurement purposes.






Figure 7-6  TEST NO. 1 — PRE AND POST COLLISION SCENE






Figure 7-7. TEST NO. 1 – PRE AND POST EXTERIOR VIEWS, CAR NO. 1 - CHEVELLE






Figure 7-8  TEST NO. 1 — PRE AND POST EXTERIOR VIEWS, CAR NO. 2 - PINTO






Figure 7-9  TEST NO. 1 — PRE AND POST INTERIOR VIEWS, CAR NO. 1 - CHEVELLE



Figure 7-10 TEST NO. 1 — PRE AND POST INTERIOR VIEWS, CAR NO. 2 - PINTO

TABLE 7-3

ELECTRONIC INSTRUMENTATION TEST ___No. 1___

CAR NO. 1 - CHEVELLE

| TRANSDUCER DESCRIPTION OR ACCELEROMETER LOCATION * | DIRECTION OF PARAMETER BEING MEASURED | LOCATION ON VEHICLE | DESCRIPTION LISTED ON DATA PLOTS |
|---|---|---|---|
| VEHICLE ACCELEROMETER | | | |
| 1 | X,Y,Z | Left Sill Next to Front Seat | L.F. Corner |
| 2 | X,Y,Z | Right Sill Next to Rear Seat | R.R. Corner |
| 3 | X,Y,Z | Deck Over Rear Axle | Rear Deck |
| 4 | X,Y,Z | Firewall | Firewall |
| 5 | X | Front Bumper | Bumper |
| VEHICLE GYROS | | | |
| Pitch Angle - θ | Q | On Centerline of Trunk Comp. | Pitch Angle |
| Roll Angle - θ | P | On Centerline of Trunk Comp. | Roll Angle |
| Yaw Angle - θ | R | On Centerline of Trunk Comp. | Yaw Angle |
| Yaw Rate - θ | •R | On Centerline of Trunk Comp. | Yaw Rate |
| MISCELLANEOUS | | | |
| L.F. Wheel Velocity | •X | L.F. Wheel | L.F. Wheel Velocity |
| R.R. Wheel Velocity | •X | R.R. Wheel | R.R. Wheel Velocity |
| L.R. Wheel Velocity | •X | L.R. Wheel | L.R. Wheel Velocity |
| Steer Angle | θ | Front Wheel Steering Linkage | Steer Angle |

* See Accelerometer Layout Diagram Figure 7-11

7-16                ZQ-6057-V-4





Figure 7-11  VEHICLE INSTRUMENTATION LOCATIONS

CAR NO. 1 - 1974 CHEVELLE - TEST NO. 1

Table TABLE 7-4

ELECTRONIC INSTRUMENTATION TEST ___ No. 1 ___

CAR NO. 2 - PINTO

| TRANSDUCER DESCRIPTION OR ACCELEROMETER LOCATION * | DIRECTION OF PARAMETER BEING MEASURED | LOCATION ON VEHICLE | DESCRIPTION LISTED ON DATA PLOTS |
|---|---|---|---|
| VEHICLE ACCELEROMETER | | | |
| 1 | X,Y,Z | Left Sill Next to Front Seat | L.F. Corner |
| 2 | X,Y,Z | Left Sill Next to Rear Seat | L.R. Corner |
| 3 | Y | Left Front Door | L.F. Door |
| 4 | Y | Right Front Door (Upper) | Upper Right Front Door |
| 5 | Y | Right Front Door (Lower) | Lower Right Front Door |
| 6 | X,Y,Z | Firewall | Firewall |
| 7 | X,Y,Z | Rear Deck Over Rear Axle | Rear Deck |
| VEHICLE GYRO | | | |
| Pitch Angle – 8 | Q | On Centerline of Trunk Comp. | Pitch Angle |
| Roll Angle – 8 | P | On Centerline of Trunk Comp. | Roll Angle |
| Yaw Angle – 8 | R | On Centerline of Trunk Comp. | Yaw Angle |
| Yaw Rate – 8 | R | On Centerline of Trunk Comp. | Yaw Rate |
| MISCELLANEOUS | | | |
| L.F. Wheel Velocity | X | L. F. Wheel | L.F. Wheel Velocity |
| R.L. Wheel Velocity | X | R. R. Wheel | R.R. Wheel Velocity |
| L.R. Wheel Velocity | X | L. R. Wheel | L.R. Wheel Velocity |
| Steer Angle | θ | Front Wheel Steering Linkage | Steer Angle |
| DUMMY | | | |
| L.F. Head | X,Y,Z | L.F. Seat | Dummy (LF) Head |
| L.F. Chest | X,Y,Z | L.F. Seat | Dummy (LF) Chest |
| L.F. Pelvic | Y | L.F. Seat | Dummy (LF) Pelvic |
| L.F. Femurs | R,L** | L.F. Seat | Dummy (LF) Femurs |
| R.F. Head | X,Y,Z | R.F. Seat | Dummy (RF) Head |
| R.F. Chest | X,Y,Z | R.F. Seat | Dummy (RF) Chest |
| R.F. Pelvic | Y** | R.F. Seat | Dummy (R.F.) Pelvic |
| R.F. Femurs | R,L | R.F. Seat | Dummy (``) Femurs |

*SEE ACCELEROMETER LAYOUT DIAGRAM FIGURE 7-12

**RIGHT & LEFT FEMUR FORCES





Figure 7-12 VEHICLE INSTRUMENTATION LOCATIONS

CAR NO. 2 - 1974 FORD PINTO - TEST NO. 2

7-19                    ZQ-6057-V-4

TABLE 7-5

VEHICLE TEST WEIGHTS - TEST NO. <u>1</u>

### BULLET VEHICLE

CAR 1 - <u>1974 CHEVROLET CHEVELLE</u>

| | | |
|---|---|---|
| Left Front | <u>1290</u> lbs. | Left Rear    <u>1040</u> lbs. |
| Right Front | <u>1320</u> lbs. | Right Rear    <u>1000</u> lbs. |
| Total Front | <u>2610</u> lbs. | Total Rear    <u>2040</u> lbs. |

Total Weight = <u>2610</u> lbs.     +     <u>2040</u> lbs. = <u>4650</u> lbs.

Wheel Base    <u>116</u> in.

$$Cg_{FW} = \frac{2040 \text{ lbs.}}{4650 \text{ lbs.}} \quad \underline{116} \text{ in.} \qquad = \underline{50.89} \text{ in.}$$

### TARGET VEHICLE

CAR 2 - <u>1974 FORD PINTO</u>

| | | |
|---|---|---|
| Left Front | <u>810</u> lbs. | Left Rear    <u>790</u> lbs. |
| Right Front | <u>780</u> lbs. | Right Rear    <u>730</u> lbs. |
| Total Front | <u>1590</u> lbs. | Total Rear    <u>1520</u> lbs. |

Total Weight = <u>1590</u> lbs.     +     <u>1520</u> lbs. = <u>3110</u> lbs.

Wheel Base    <u>93.5</u> in.

$$Cg_{FW} = \frac{1520 \text{ lbs.}}{3110 \text{ lbs.}} \quad \underline{93.5} \text{ in.} \qquad = \underline{45.69} \text{ in.}$$

ZQ-6057-V-4



FIGURE 7-13
CAMERA STATIONS
PRINT-SIZE ONLOCK TESTS
TEST NO. 1 & TEST NO. 2

7-21

ZQ-0057-V-4

TABLE 7-6

DATA CAMERA LOG

PROJECT - RICSAC

TEST NO. 1

DATE:   November 3, 1977

| CAMERA NO. | LOCATION | TYPE | LENS (mm) | SPEED (fps) |
|---|---|---|---|---|
| 3 | NORTH | PHOTOSONIC | 50 MM | 550 |
| 2 | NORTHWEST | PHOTOSONIC | 35 MM | 500 |
| 1 | WEST | PHOTOSONIC | 50 MM | 400 |
| 4 | NORTHEAST | PHOTOSONIC | 25 MM | 500 |
| 5 | TOWER 45 | PHOTOSONIC | 13 MM | 400 |
| 6 | TOWER CLOSE | PHOTOSONIC | 13 MM | 300 |
| 7 | TOWER WIDE | PHOTOSONIC | 8 MM | 500 |
| 8 | O. B. ROOF PASS. | STALEX | 8 MM | 1000 |
| 9 | O. B. ROOF DRIVER | STALEX | 8 MM | 800 |

NOTE:   1.   CAMERAS ARE LISTED ACCORDING TO SPLICING SEQUENCE OF FILM.

2.   REAL TIME MOVIE FILM COVERAGE OF PRE- AND POST-CRASH AND
CRASH EVENT ARE SPLICED AT START AND END OF FILM (24 fps).

3.   FOR CAMERA LOCATIONS AND DISTANCE TO SUBJECT SEE FIGURE



LEFT FRONT WHEEL VELOCITY

RIGHT REAR WHEEL VELOCITY

LEFT REAR WHEEL VELOCITY

STEER ANGLE

40 M.P.H.

40 M.P.H.

40 M.P.H.

20 DEG.

1 SECOND

TURN

TURN

TIME ZERO
1.5EC.

CHEVELLE    11-3-77

Figure 7-14  TEST NO. 1
CAR NO. 1 WHEEL RESPONSES

7-23                ZQ-6057-V-4



Figure 7-15    TEST NO. 1
CAR NO. 1 VEHICLE ATTITUDE
7-24

ZQ-6057-V-4



Figure 7-16    TEST NO. 1
CAR NO. 2 WHEEL RESPONSES
7-15

ZQ6057-V-4



Figure 7-17      TEST NO. 1
CAR NO. 2 VEHICLE ATTITUDE

ZQ-6057-V-1

RICSAC TEST NO. 1

VEHICLE RESPONSES

CAR NO. 1 CHEVELLE

DATA PLOTS

ACCELERATION TIME HISTORIES

VELOCITY TIME HISTORIES

DISPLACEMENT TIME HISTORIES

ACCELERATION VS DISPLACEMENT

FILTER CLASS 60

7-27                    ZQ-6057-V-4



ZQ-6057-V-4





ZQ-6057-V-4



CAR 1                          STAGED SMAC CRASH #1

ACCEL., - G'S

LEFT FRONT CORNER-RESULTANT              EVENT TIME (SECS.)

7-31                          ZQ-6057-V-4



2Q-6057-V-4





CAR 1                                    STAGED SMAC CRASH #1

ACCEL. - G'S

0

-0.05      0.00       0.05       0.10      0.15      0.20      0.25      0.30
RIGHT REAR CORNER - Z COMP.              EVENT TIME (SECS.)

CAR 1

VELOCITY - MPH

0

-0.05      0.00       0.05       0.10      0.15      0.20      0.25      0.30
RIGHT REAR CORNER - Z COMP.              EVENT TIME (SECS.)

CAR 1

DISPLACE. - IN.

0

-0.05      0.00       0.05       0.10      0.15      0.20      0.25      0.30
RIGHT REAR CORNER - Z COMP.              EVENT TIME (SECS.)

CAR 1

ACCEL. - G'S

0

-0.40      0.00       0.40       0.80      1.20
RIGHT REAR CORNER - Z COMP.              DISP. - IN.

7-34                      ZQ-6057-V-4





7-36

ZQ-6057-V-4



CAR 1                                    STAGED SMAC CRASH #1

FIREWALL - Y COMPONENT

CAR 1

FIREWALL - Y COMPONENT

CAR 1

FIREWALL - Y COMPONENT

CAR 1

FIREWALL - Y COMPONENT

7-37                                              ZQ-6057-V-4







7-40                                    ZQ-6057-V-4



7-4    ZQ-6057-V-4





CAR 1                                              STAGED SMAC CRASH #1

REAR DECK - RESULTANT                    EVENT TIME (SECS.)

7-43                              ZQ-6057-V-5



ZQ-6057-V-4

RICSAC TEST NO. 1

VEHICLE RESPONSES

CAR NO. 2 PINTO

DATA PLOTS

ACCELERATION TIME HISTORIES

VELOCITY TIME HISTORIES

DISPLACEMENT TIME HISTORIES

ACCELERATION VS DISPLACEMENT

FILTER CLASS 60

ZQ-6057-V-4





ZQ-6057-V-4



ZQ-6057-V-4



CAR 2                                    STAGED SMAC CRASH #1

LEFT FRONT CORNER-RESULTANT              EVENT TIME (SECS.)

7-49                          ZQ-6057-V-4





IQ-6057.V-4



70-6057-V-4



CAR 2                    STAGED SMAC CRASH #1

ACCEL. - G'S

LEFT REAR CORNER-RESULTANT                    EVENT TIME (SECS.)

7-53                              DQ-6057-V-4



7-54                    30-6057-V-4









2Q-6057-V-4









ZQ-6057-V-4





ZQ-6057-V-4

TABLE 7-7

## DUMMY INJURY CRITERIA VALUES

### CAR 2 · STRUCK VEHICLE – TEST NO. 1
#### 1974 FORD PINTO

| | MAXIMUM ACCELERATION ("G") * | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HEAD | | | | CHEST | | | | PELVIS | | | |
| | X | Y | Z | R | X | Y | Z | R | X | Y | Z | R |
| DUMMY (1) | -26 | - 4.3 | 25 | 55 | - 6.5 | -20 | 71 | | | - 8.8 | | |
| DUMMY (2) | -24.8 | 20 | 20 | 60 | - 5.5 | -16 | 18.4 | | | -20.8 | | |
| DUMMY (3) | | | | | | | | | | | | |
| DUMMY (4) | | | | | | | | | | | | |

| | MAXIMUM FORCE-FEMUR LOAD (LBS) | | DUMMY LOCATION |
|---|---|---|---|
| | RIGHT FEMUR | LEFT FEMUR | |
| DUMMY (1) | 475 | 90 | Left Front Passenger Dr. |
| DUMMY (2) | 9 | 24 | Right Front Passenger |
| DUMMY (3) | | | |
| DUMMY (4) | | | |

| | MAXIMUM FORCE-SEAT BELTS LOADS (LBS) | | |
|---|---|---|---|
| | SHOULDER STRAP UPPER BELT LOAD | LAP STRAP RIGHT BELT LOAD | LAP STRAP LEFT BELT LOAD |
| DUMMY (1) | | | |
| DUMMY (2) | | | |
| DUMMY (3) | | | |
| DUMMY (4) | | | |

| | HEAD INJURY CRITERIA** | | | | SEVERITY INDEX | |
|---|---|---|---|---|---|---|
| | HIC | $t_1$ (SEC) | $t_2$ (SEC) | AVE. ACC. (g) $t_1$ TO $t_2$ | HEAD | CHEST |
| DUMMY (1) | 143 | .148 | .225 | 20.4 | 320 | 1700 |
| DUMMY (2) | 89.2 | .107 | .182 | 17.0 | 280 | 63 |
| DUMMY (3) | | | | | | |
| DUMMY (4) | | | | | | |

*DEFINED AS EXCEEDING 0.003 SEC. DURATION
**AS DEFINED IN FMVSS NO. 208

RICSAC TEST NO. 1

DUMMY DATA

CAR NO. 2 PINTO

| DATA PLOTS | | FILTER CLASS |
|---|---|---|
| HEAD ACCELERATION | X,Y,X | 1000 |
| HEAD RESULTANT | | |
| HEAD SEVERITY INDEX | | |
| CHEST ACCELERATION | X,Y,Z | 180 |
| CHEST RESULTANT | | |
| CHEST VELOCITY | X,Y,Z | |
| CHEST DISPLACEMENT | X,Y,Z | |
| CHEST SEVERITY INDEX | | |
| PELVIC ACCELERATION | Y | 180 |
| PELVIC VELOCITY | Y | |
| PELVIC DISPLACEMENT | Y | |
| FEMUR LOADS | L & R | 600 |

7-66

ZQ-6057-V-4



CAR 2

STAGED SMAC CRASH #1

ACCEL. - G'S

DUMMY (LF) - HEAD RESULTANT          EVENT TIME (SECS.)

CAR 2

SEVERITY INDEX (X10⁴)

DUMMY (LF) - HEAD          EVENT TIME (SECS.)

7-68          ZQ-605-V-4







ZQ-6057-V-4



CAR 2                          STAGED SMAC CRASH #1

DUMMY (LF) - RIGHT FEMUR                EVENT TIME (SECS.)

CAR 2

DUMMY (LF) - LEFT FEMUR                 EVENT TIME (SECS.)

7-72                    20-6057 V. 1





ZQ-6057-V-4



ZQ-6057-V-4



7-76                ZQ-6057-V-4



7-77                    2Q-6057-V-4



7-78                    ZQ-6057-V-4





CAR 2                                            STAGED SMAC CRASH #1

DUMMY (RF) - RIGHT FEMUR              EVENT TIME (SECS.)

CAR 2

DUMMY (RF) - LEFT FEMUR              EVENT TIME (SECS.)

7-80                          2Q-6057-V-4

TEST NO. 2

RICSAC STAGED COLLISION

FRONT-TO-SIDE
OBLIQUE - OFFSET

CHEVELLE/PINTO

VELOCITY 31.5 MPH

8-1                    ZQ-6057-V-4

8.0     RICSAC STAGED COLLISION - TEST NO. 2

EXPERIMENTAL RESULTS

Test Description

        This staged collision involved a 1974 Chevrolet Chevelle Malibu (V-1) striking a 1974 Ford Pinto (V-2) on the right side (front section) at an oblique angle of 60 degrees as shown in Figure 8-1. The impact velocity of both vehicles was 31.5 mph.  The vehicle test weights were 4710 and 3260 pounds for the Chevelle and Pinto, respectively.  Each vehicle had two Part 572 test dummies (50 percentile) seated in the front seat.  The dummies in the Pinto were instrumented according to FMVSS 208 and were unrestrained.  In the Chevelle the dummies were uninstrumented and were restrained with seat belts.

        The Chevelle was equipped with automatic transmission, power steering and power brakes.  The Pinto had manual transmission, steering and standard brakes.  The accident was staged with both transmissions in drive position, brakes off and the engine not running.  During the collision no steering control inputs or vehicle braking was applied.  The roadway was dry with skid resistance value of 87.

        Approximately one car length before impact the vehicle tow cable was released and the vehicle guide rail was terminated.  At this point in time and during the collision both vehicles are free bodies with no constraints except the normal collision forces and reactions encountered in this type of car-to-car collision.  During the collision event no observed tow cable or instrumentation cable interference with the moving vehicles was noted.

        Because the extensive compartment intrusion by the Chevelle major roof deformation occurred on the Pinto caused the roof mounted cameras to change orientation, thereby reducing onboard camera coverage of the dummy kinematics.

ACCIDENT SCHEMATIC

VEHICLES:

No. 1 - 1974 CHEVROLET CHEVELLE MALIBU
No. 2 - 1974 FORD PINTO



Figure 8-1   TEST NO. 2 - RICSAC ACCIDENT SCHEMATIC

# CRASH TEST SUMMARY

TEST NO. _____2_____          PROJECT _____RICSAC_____

DATE __11/18/77__          TIME _____12:50_____ TEMP. __38°F__

TEST CONDITION ____Side Oblique Offset____ Frontal/Side ___60°F___

VEHICLE NO. 1 _____1974 Chevrolet Chevelle_____

VEHICLE NO. 2 _____1974 Ford Pinto_____

|                        | VEH. NO. 1      | VEH. NO. 2      |
|------------------------|-----------------|-----------------|
| TEST WEIGHT (lbs)      | 4710            | 3260            |
| IMPACT ANGLE (deg)*    | 0               | 60°             |
| IMPACT VELOCITY (mph)** | 31.53          | 31.53           |
| MAX. CRUSH (in)        | 16.5"           | 23.5"           |
| MAX. INTRUSION (in)    | --              | --              |

| DUMMIES   | VEH. NO. 1                    | VEH. NO. 2                    |
|-----------|-------------------------------|-------------------------------|
| TYPE      | Part 572                      | Part 572                      |
| LOCATION  | Driver (LF), Passenger (RF)   | Driver (LF), Passenger (RF)   |
| RESTRAINT | 3-Point Restraint             | Unrestrained*                 |

NUMBER OF DATA CHANNELS ___60___
NUMBER OF HIGH SPEED CAMERAS ___10___

---

*WITH RESPECT TO TOW TRACK CENTERLINE
**SPEED TRAP MEASUREMENT (±0.5% ACCURACY)

TABLE 8-1

| TEAM | YEAR | MONTH | DAY | SEQUENCE |
|------|------|-------|-----|----------|
| 1 | 7 | 1 1 | 1 2 | 0 0 2 |

TEST NO. 2 - CAR NO. 1

VEHICLE DATA

| | |
|---|---|
| Vehicle data not collected. Reason? _____ | |

Vehicle No. __1__                14-15  No. of VIN Characters  1  3

VIN (Left Justify, Omit Production Numbers)      1  0  2  9  H  4  8

7 | Make/Model (CPIR Code) Chevrolet Chevelle Malibu Classic  1  1  2  0  1

Mileage (Odometer Reading) 99998 = 99998  mi. or more       6  9  4  3  6 .
99999 = Unknown                                                      7  4

Model Year

16| BODY STYLE

| Automobiles | | Trucks | | Other | |
|---|---|---|---|---|---|
| Passenger Car | (01) | Van - Passenger | 05 | School Bus | 11 |
| Stationwagon | 02 | - Cargo | 06 | Other Bus | 12 |
| Convertible | 03 | Multi-Purpose | 07 | Motorcycle | 13 |
| Car, pickup body | 04 | Pickup | 08 | Other Body Style | 98 |
| (e.g., El Camino, | | Straight Truck | 09 | Unknown | 99 |
| Ranchero, etc.) | | Tractor-Trailer | 10 | | |

| VEHICLE WEIGHT | | 43 | TOWING ANOTHER VEHICLE | |
|---|---|---|---|---|
| Curb | 0  3 , 9  0  0 | | Yes | 1 |
| | | | No | (2) |
| 42 | Occupant and Cargo Only  __ __ , __ 0  0 | | Unknown | 9 |

VEHICLE DAMAGE

| | Object Contacted | | CDC | | | | | | Veh. No. | Impact No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | 0  1 | | 1  1  F  D  E  W  2 | | | | | | 2 | 1 | (1) = Highest Severity (Estimated ΔV) |
| (2) | __ __ | | __ __ __ __ __ __ __ | | | | | | __ | __ | |
| (3) | __ __ | | __ __ __ __ __ __ __ | | | | | | __ | __ | |
| (4) | __ __ | | __ __ __ __ __ __ __ | | | | | | __ | __ | |

| 66 | VEHICLE TOWED FROM SCENE | Yes | (1) |
|---|---|---|---|
| | | No | 2 |
| | | Unknown | 9 |

| 5* | SOURCE OF VEHICLE DATA | | 68 | VEHICLE INSPECTION | |
|---|---|---|---|---|---|
| | Inspection at Repair or Tow Facility | (1) | | Not Inspected | 0 |
| | Inspection at Person's Home | 2 | | Inspected on First Visit | 1 |
| | Inspection at Scene | 3 | | Actual Number of Locations Visited (Including Follow-Ups to Same Location) | 2 |
| | Not Inspected (Photos or Repair Data) | 4 | | | 3 |
| | | | | | 4 |
| | | | | | 5 |
| | | | | | 6 |
| | | | | | 7 |
| | Not Inspected. Reason. _____ | 5 | | 8 or More | 8 |
| | Unknown | 9 | | Unknown | 9 |
| | | | 69 | APPLICABLE VEHICLE    Yes | (1) |
| | | | | No | 2 |

| NOTE: | COLUMN NUMBERS FROM THE SUMMARY VEHICLE DATA FORM ARE LISTED ON THE LEFT IN THIS FORM TO SIMPLIFY TRANSFER OF DATA. |
|---|---|

Figure 8-2
VEHICLE CRUSH SCHEMATIC
TEST NO. 2 - CAR NO. 1



| DAMAGE DESCRIPTION |
| --- |
| WHEELS LOCKED BY DAMAGE |
| RF   1 |
| LF   2 |
| RR   2 |
| LR   2 |
| 1 Yes, 2 No, 3 NA, 9 Unk. |

| WHEEL STEER ANGLES: |
| --- |
| (For locked front wheels or displaced rear axles only) |
| RF   0   0 |
| LF   N   0 |
| RR   ↓   ↓   Within ± 5° |
| LR   ↓   ↓ |

| Impact Number | L | 1 | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ | D± |
|---|---|---|---|---|---|---|---|---|
| 1 | 75.5 | .5" | 2.4" | 3.7" | 6.9" | 12" | 16.5" | ± 0 |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

NOTE:  MEASURE $C_1$ TO $C_6$ FROM:  DRIVER TO PASSENGER SIDE IN FRONT OR REAR
IMPACTS: REAR TO FRONT IN SIDE IMPACTS

2/77

Above bumper
L and D are
the same as
"Impact 1"

$C_1 = 4$
$C_2 = 7.5$
$C_3 = 9$

$C_4 = 13.2$
$C_5 = 18$
$C_6 = 24 + \text{max crush}$

8-6

ZQ-6057-V-4

Figure 8-3
OCCUPANT CONTACT DATA
TEST NO. 2 - CAR NO. 1

VEHICLE INTERIOR

Occupant Contacts                                                    CHEVELLE



Sketch controls in appropriate positions, if contacted.  Sketch all occupant
contact points and code on next two pages.  Dash lines indicate center of
instrument panel-windshield area and top of panel for measurement purposes.

2/77

8-7                              ZQ-6057-V-4

TABLE 8-2

TEST NO. 2 - CAR NO. 2

VEHICLE DATA

| TEAM | YEAR | MONTH | DAY | SEQUENCE |
|------|------|-------|-----|----------|
| 1 | 7 | 1 1 | 8 | 0 0 2 |

---

Vehicle data not collected.  Reason? _____

Vehicle No. ___2___               14-15  No. of VIN Characters  1 1

16-22 | VIN (Left Justify, Omit Production Numbers)    4 1 1 0 X 2 7

23-27 | Make/Model (CPIR Code) __Ford Pinto__          1 2 1 1 8

28-32 | Mileage (Odometer Reading) 99998 = 99998  mi. or more    9 9 9 9 9
                                   99999 = Unknown

33-34 | Model Year                                              7 4

35-36 | BODY STYLE

| Automobiles | | Trucks | | Other | |
|-------------|---|--------|---|-------|---|
| Passenger Car | (01) | Van - Passenger | 05 | School Bus | 11 |
| Stationwagon | 02 | - Cargo | 06 | Other Bus | 12 |
| Convertible | 03 | Multi-Purpose | 07 | Motorcycle | 13 |
| Car, pickup body | 04 | Pickup | 08 | Other Body Style | 98 |
| (e.g., El Camino, | | Straight Truck | 09 | Unknown | 99 |
| Ranchero, etc.) | | Tractor-Trailer | 10 | | |

VEHICLE WEIGHT                                    43  TOWING ANOTHER VEHICLE

37-39 | Curb              0 2, 4 0 0                      Yes              1
                                                        No              (2)
40-42 | Occupant and Cargo Only  __ __,__ 0 0            Unknown          9

VEHICLE DAMAGE

|  | Object Contacted | | CDC | | | | | | Veh. No. | Impact No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44-54 | (1) | 0 3 | 0 2 R D F W 4 | | | | | | 1 | 1 | (1) = Highest |
| 55-65 | (2) | __ __ | __ __ _ _ _ _ _ | | | | | | __ | __ | Severity |
| | (3) | __ __ | __ __ _ _ _ _ _ | | | | | | __ | __ | (Estimated ΔV) |
| | (4) | __ __ | __ __ _ _ _ _ _ | | | | | | __ | __ | |

66 | VEHICLE TOWED FROM SCENE                        Yes        (1)
                                                    No          2
                                                    Unknown     9

67 | SOURCE OF VEHICLE DATA                    68  VEHICLE INSPECTION
      Inspection at Repair or Tow                   Not Inspected          0
        Facility                    (1)             Inspected on First Visit (1)
      Inspection at Person's Home     2             Actual Number of Locations
      Inspection at Scene            3                Visited                2
      Not Inspected (Photos or                       (Including Follow-Ups to  3
        Repair Data)                 4                Same Location)           4
      Not Inspected. Reason. _____                                           5
                                                                              6
                                     5                                        7
      Unknown                        9              8 or More                 8
                                                    Unknown                   9

                                           69  APPLICABLE VEHICLE    Yes   (1)
                                                                     No     2

---

NOTE:  COLUMN NUMBERS FROM THE SUMMARY VEHICLE DATA FORM ARE LISTED
       ON THE LEFT IN THIS FORM TO SIMPLIFY TRANSFER OF DATA.

2/77

EQ-6057-V-4

Figure 8-4
VEHICLE CRUSH SCHEMATIC
TEST NO. 2 - CAR NO. 2



| DAMAGE DESCRIPTION |
|---|
| WHEELS LOCKED BY DAMAGE |
| RF $\quad$ 1 |
| LF $\quad$ 2 |
| RR $\quad$ 2 |
| LR $\quad$ 2 |
| 1 Yes, 2 No, 8 NA, 9 Unk. |

WHEEL STEER ANGLES*
(for locked front wheels or dis-
placed rear axles only)
RF $\pm$ 3 36
LF $\pm$ N/A
RR $\pm$ N/A $\qquad$ Within $\pm$ 5°
LR $\pm$ N/A

| Impact Number | L | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ | D± |
|---|---|---|---|---|---|---|---|---|
| 1 | 118.5 | 6.75 | 22.25" | 23.5" | 21.3 | 10" | 0 | +13.7° |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

NOTE:  MEASURE $C_1$ TO $C_6$ FROM:  DRIVER TO PASSENGER SIDE IN FRONT OR REAR
IMPACTS; REAR TO FRONT IN SIDE IMPACTS

2/77

ZQ-6057-V-4

Figure 8-5

OCCUPANT CONTACT DATA
TEST NO. 2 - CAR NO. 2

VEHICLE INTERIOR

Occupant Contacts                                                    PINTO



Sketch controls in appropriate positions, if contacted.  Sketch all occupant
contact points and code on next two pages.  Dash lines indicate center of
instrument panel-windshield area and top of panel for measurement purposes.

2/77

8-10                                                  ZQ-6057-V-4






Figure 8-6  TEST NO. 2 – PRE TEST COLLISION CONFIGURATION



Figure 8-7. TEST NO. 2 — POST TEST COLLISION SCENE






Figure 8-8 TEST NO. 2 — PRE AND POST EXTERIOR VIEWS, CAR NO. 1 - CHEVELLE







Figure 8-9  TEST NO. 2 — PRE AND POST EXTERIOR VIEWS, CAR NO. 2 - PINTO






Figure 8-10 TEST NO. 2 — PRE AND POST INTERIOR VIEWS, CAR NO. 1 - CHEVELLE

Figure 8-11 TEST NO. 2 – POST INTERIOR VIEW, CAR NO. 2 - PINTO

ELECTRONIC INSTRUMENTATION TEST ___ No. 2 ___

CAR NO. 1 - CHEVELLE

| TRANSDUCER DESCRIPTION OR ACCELEROMETER LOCATION * | DIRECTION OF PARAMETER BEING MEASURED | LOCATION ON VEHICLE | DESCRIPTION LISTED ON DATA PLOTS |
|---|---|---|---|
| VEHICLE ACCELEROMETER | | | |
| 1 | X,Y,Z | Left Sill Next to Front Seat | L.F. Corner |
| 2 | X,Y,Z | Right Sill Next to Rear Seat | R.R. Corner |
| 3 | X,Y,Z | Deck Over Rear Axle | Rear Deck |
| 4 | X,Y,Z | Firewall | Firewall |
| 5 | X | Front Bumper | Bumper |
| VEHICLE GYROS | | | |
| Pitch Angle - 6 | Q | On Centerline of Trunk Comp. | Pitch Angle |
| Roll Angle - 6 | P | On Centerline of Trunk Comp. | Roll Angle |
| Yaw Angle - 6 | R | On Centerline of Trunk Comp. | Yaw Angle |
| Yaw Rate - 6 | $\dot{R}$ | On Centerline of Trunk Comp. | Yaw Rate |
| MISCELLANEOUS | | | |
| L.F. Wheel Velocity | $\dot{X}$ | L.F. Wheel | L.F. Wheel Velocity |
| R.R. Wheel Velocity | $\dot{X}$ | R.R. Wheel | R.R. Wheel Velocity |
| L.R. Wheel Velocity | $\dot{X}$ | L.R. Wheel | L.R. Wheel Velocity |
| Steer Angle | $\theta$ | Front Wheel Steering Linkage | Steer Angle |
| 7 | CRASH RECORDER UNDER FRONT SEAT | | |

* See Accelerometer Layout Diagram Figure 8-12





Figure 8-12 VEHICLE INSTRUMENTATION LOCATIONS

CAR NO. 1 - 1974 CHEVELLE - TEST NO. 2

8-18

ZQ-6057-V-4

ELECTRONIC INSTRUMENTATION TEST ____ No. 2

CAR NO. 2 - PINTO

| TRANSDUCER DESCRIPTION OR ACCELEROMETER LOCATION * | DIRECTION OF PARAMETER BEING MEASURED | LOCATION ON VEHICLE | DESCRIPTION LISTED ON DATA PLOTS |
|---|---|---|---|
| VEHICLE ACCELEROMETER | | | |
| 1 | X,Y,Z | Left Sill Next to Front Seat | L.F. Corner |
| 2 | X,Y,Z | Left Sill Next to Rear Sear | L.R. Corner |
| 3 | Y | Left Front Door | L.F. Door |
| 4 | Y | Right Front Door (Upper) | Upper Right Front Door |
| 5 | Y | Right Front Door (Lower) | Lower Right Front Door |
| 6 | X,Y,Z | Firewall | Firewall |
| 7 | X,Y,Z | Rear Deck Over Rear Axle | Rear Deck |
| VEHICLE GYRO | | | |
| Pitch Angle - 8 | Q | On Centerline of Trunk Comp. | Pitch Angle |
| Roll Angle - 8 | P | On Centerline of Trunk Comp. | Roll Angle |
| Yaw Angle - 8 | R | On Centerline of Trunk Comp. | Yaw Angle |
| Yaw Rate - 8 | R | On Centerline of Trunk Comp. | Yaw Rate |
| MISCELLANEOUS | | | |
| L.F. Wheel Velocity | X | L.F. Wheel | L.F. Wheel Velocity |
| R.R. Wheel Velocity | X | R.R. Wheel | R.R. Wheel Velocity |
| L.R. Wheel Velocity | X | L.R. Wheel | L.R. Wheel Velocity |
| Steer Angle | θ | Front Wheel Steering Linkage | Steer Angle |
| DUMMY | | | |
| L.F. Head | X,Y,Z | L.F. Seat | Dummy (LF) Head |
| L.F. Chest | X,Y,Z | L.F. Seat | Dummy (LF) Chest |
| L.F. Pelvic | Y | L.F. Seat | Dummy (LF) Pelvic |
| L.F. Femurs | R,L ** | L.F. Seat | Dummy (LF) Femurs |
| R.F. Head | X,Y,Z | R.F. Seat | Dummy (RF) Head |
| R.F. Chest | X,Y,Z | R.F. Seat | Dummy (RF) Chest |
| R.F. Pelvic | Y | R.F. Seat | Dummy (R.F.) Pelvic |
| R.F. Femurs | R,L | R.F. Seat | Dummy (RF) Femurs |
| | CRASH RECORDER UNDER FRONT SEAT | | |

* SEE ACCELEROMETER LAYOUT DIAGRAM FIGURE 8-13

** RIGHT & LEFT FEMUR FORCES





Figure 8-13  VEHICLE INSTRUMENTATION LOCATIONS

CAR NO. 2 - 1974 FORD PINTO - TEST NO. 2

8-20

ZQ-6057-V-4

TABLE 8-5

VEHICLE TEST WEIGHTS - TEST NO. 2

BULLET VEHICLE

CAR 1 - 1974 CHEVROLET CHEVELLE

| Left Front | 1250 lbs. | Left Rear | 1060 lbs. |
| Right Front | 1330 lbs. | Right Rear | 1070 lbs. |
| Total Front | 2580 lbs. | Total Rear | 2130 lbs. |

Total Weight = 2580 lbs. + 2130 lbs. = 4710 lbs.

Wheel Base 116 in.

$Cg_{FW}$ = $\dfrac{2130 \text{ lbs.}}{4710 \text{ lbs.}}$ 116 in. = 52.45 in.

TARGET VEHICLE

CAR 2 - 1974 FORD PINTO

| Left Front | 850 lbs. | Left Rear | 860 lbs. |
| Right Front | 780 lbs. | Right Rear | 770 lbs. |
| Total Front | 1630 lbs. | Total Rear | 1630 lbs. |

Total Weight = 1630 lbs. + 1630 lbs. = 3260 lbs.

Wheel Base 93.5 in.

$Cg_{FW}$ = $\dfrac{1630 \text{ lbs.}}{3260 \text{ lbs.}}$ 93.5 in. = 46.75 in.

8-21                    ZQ-6057-V-4



FIGURE - 8-14
CAMERA-STATIONS
FRONT-SIDE OBLIQUE TESTS
TEST NO. 1 & TEST NO. 2

ZQ-6057-V-4

TABLE 8-6

DATA CAMERA LOG

PROJECT - RICSAC

TEST NO. 2
DATE:  November 18, 1977

| CAMERA NO. | LOCATION | TYPE | LENS (mm) | SPEED (fps) |
|---|---|---|---|---|
| 2 | NORTHWEST | PHOTOSONIC | 35 MM | 400 |
| 3 | NORTH | PHOTOSONIC | 50 MM | 550 |
| 4 | NORTHEAST | PHOTOSONIC | 25 MM | 900 |
| 5 | TOWER 45 | PHOTOSONIC | 13 MM | 400 |
| 6 | TOWER CLOSE | PHOTOSONIC | 13 MM | 350 |
| 7 | TOWER WIDE | PHOTOSONIC | 8 MM | 425 |
| 8 | O. B. ROOF DRIVER | STALEX | 8 MM | 1400 |
| 9 | O. B. ROOF PASS. | STALEX | 8 MM | 1500 |
| 10 | O. B. DOOR | STALEX | 8 MM | 1300 |

NOTE:  1.  CAMERAS ARE LISTED ACCORDING TO SPLICING SEQUENCE OF FILM

2.  REAL TIME MOVIE FILM COVERAGE OF PRE- AND POST-CRASH AND
    CRASH EVENT ARE SPLICED AT START AND END OF FILM (24 fps).

3.  FOR CAMERA LOCATIONS AND DISTANCE TO SUBJECT SEE FIGURE

ZQ-6057-V-4



LEFT FRONT WHEEL VELOCITY

RIGHT REAR WHEEL VELOCITY

|← 1 SECOND →|

LEFT REAR WHEEL VELOCITY

RIGHT TURN

STEER ANGLE

LEFT TURN

TIME ZERO

1 SEC

CHEVELLE       11-18-77

Figure 8-15 TEST NO. 2
CAR NO. 1 WHEEL RESPONSES
8-24

CQ-6057-V-4

PITCH UP

PITCH ANGLE

25 DEG.

DRIVERS SIDE DOWN - POS.

ROLL ANGLE

25 DEG.

|← .1 SEC. →|



CLOCKWISE - POS.

YAW ANGLE

90 DEG.

CLOCKWISE - POS.

YAW RATE

300 DEG/SEC.



TIME ZERO

|← .1 SEC. →|   CHEVELLE   11-18-77

Figure 3-16          TEST NO. 2
CAR NO. 1 VEHICLE ATTITUDE
8-25

ZQ-6057-V-4



Figure 8-17         TEST NO. 2
CAR NO. 2   WHEEL RESPONSES
8-26                              IQ-605°-V-4



Figure 8-13 TEST NO. 2 - CAR NO. 2
VEHICLE ATTITUDE
8-27                           CQ-6057-V-4

RICSAC TEST NO. 2

VEHICLE RESPONSES

CAR NO. 1 CHEVELLE

DATA PLOTS

ACCELERATION TIME HISTORIES

VELOCITY TIME HISTORIES

DISPLACEMENT TIME HISTORIES

ACCELERATION VS DISPLACEMENT

FILTER CLASS 60

8-28

ZQ-6057-V-4





8-30                     2Q-605"-V-4



STAGED SMAC CRASH #2





STAGED SMAC CRASH #2









STAGED SMAC CRASH #2

CAR 1

ACCEL. - G'S

FIREWALL - Y COMPONENT          EVENT TIME (SECS.)

CAR 1

VELOCITY - MPH

FIREWALL - Y COMPONENT          EVENT TIME (SECS.)

CAR 1

DISPLACE. - IN.

FIREWALL - Y COMPONENT          EVENT TIME (SECS.)

CAR 1

ACCEL. - G'S

FIREWALL - Y COMPONENT          DISP. - IN.

8-18                    IQ-6057-V-4



8-39                    EQ-6057-V-4

CAR 1                                    STAGE1 SMAC CRASH #2

ACCEL. - G'S

FIREWALL - RESULTANT                     EVENT TIME (SECS.)

ZQ-6057-V-4



S-41          CQ-6057-V-4



CAR 1                                    STAGED SMAC CRASH #2

ACCEL. - G'S

REAR DECK - Y COMP.              EVENT TIME (SECS.)

CAR 1

VELOCITY - MPH

REAR DECK - Y COMP.              EVENT TIME (SECS.)

CAR 1

DISPLACE - IN.

REAR DECK - Y COMP.              EVENT TIME (SECS.)

CAR 1

ACCEL. - G'S

REAR DECK - Y COMP.              DISP. - IN.





CAR 1                                         STAGED SMAC CRASH #2

ACCEL. - G'S

REAR DECK - RESULTANT          EVENT TIME (SECS.)

8-44                      ZQ-6057-V-4



8-45                    IQ-6057-V-4

RICSAC TEST NO. 2

VEHICLE RESPONSES

CAR NO. 2 PINTO

DATA PLOTS

ACCELERATION TIME HISTORIES

VELOCITY TIME HISTORIES

DISPLACEMENT TIME HISTORIES

ACCELERATION VS DISPLACEMENT

FILTER CLASS 60

DATA PROCESSED TO ONLY 150 MILLISECONDS
DATA BEYOND THIS POINT WAS CONTAMINATED

8-46                    ZQ-6057-V-4



8-47                    ZQ-6057-V-4





CAR 2                                    STAGED SMAC CRASH #2

LEFT FRONT CORNER-RESULTANT          [X10⁻²]      EVENT TIME (SECS.)

8-50                    ZQ-6057-V-4



CAR 2                                    STAGED SMAC CRASH #2

LEFT REAR CORNER - X COMP.      (X10⁻²)   EVENT TIME (SECS.)

CAR 2

LEFT REAR CORNER - X COMP.      (X10⁻²)   EVENT TIME (SECS.)

CAR 2

LEFT REAR CORNER - X COMP.      (X10⁻²)   EVENT TIME (SECS.)

CAR 2

LEFT REAR CORNER - X COMP.      DISP. - IN.



8-5?                    ZQ-6057-V-4





CAR 2

STAGED SMAC CRASH #2

8-54                    ZQ-6057-V-4



8-55                          IQ-60S7-V-4



CAR 2                                    STAGED SMAC CRASH #2

FIREWALL - Y COMPONENT          (X10⁻²)    EVENT TIME (SECS.)

CAR 2

FIREWALL - Y COMPONENT          (X10⁻²)    EVENT TIME (SECS.)

CAR 2

FIREWALL - Y COMPONENT          (X10⁻²)    EVENT TIME (SECS.)

CAR 2

FIREWALL - Y COMPONENT                    DISP. - IN.

CO-6057-V-4



8-57                ZQ-6057-V-4



CAR 2                                      STAGED SMAC CRASH #2

8-58                          ZQ-6057-V-4



ZQ-6057-V-4







8-62                              2Q-6057-V-4



8-63                    ZQ-6057-V-4



CQ-6057-V-4



S-65                    ZQ-6057-V-4

RICSAC TEST NO. 2

DUMMY DATA

CAR NO. 2 PINTO


| DATA PLOTS | | FILTER CLASS |
|---|---|---|
| HEAD ACCELERATION | X,Y,X | 1000 |
| HEAD RESULTANT | | |
| HEAD SEVERITY INDEX | | |
| CHEST ACCELERATION | X,Y,Z | 180 |
| CHEST RESULTANT | | |
| CHEST VELOCITY | X,Y,Z | |
| CHEST DISPLACEMENT | X,Y,Z | |
| CHEST SEVERITY INDEX | | |
| PELVIC ACCELERATION | X | 180 |
| PELVIC VELOCITY | X | |
| PELVIC DISPLACEMENT | X | |
| FEMUR LOADS | L & R | 600 |

DATA PROCESSED TO ONLY 150 MILLISECONDS
DATA BEYOND THIS POINT WAS CONTAMINATED

8-66

ZQ-6057-V-4



8-67                                    2Q-6057-V-4



8-68
ZQ-6057-V-4



8-69                    IQ-6057-V-4



8-70                    ZQ-6057-V-4





8-72                    ZQ-6057-V-4



8-73                    ZQ-6057-V-4



8-74

ZQ-6057- V-4



8-75                    ZQ-6057-V-4



ZQ-6057-V-4



8-77                    ZQ-6057-V-4



CAR 2

STAGED SMAC CRASH #2

ACCEL. - G'S

DUMMY (RF) - HEAD-Y COMP.    [X10⁻²]   EVENT TIME (SECS.)

CAR 2

VELOCITY - MPH

DUMMY (RF) - HEAD-Y COMP.    [X10⁻²]   EVENT TIME (SECS.)

CAR 2

DISPLACE. - IN.

DUMMY (RF) - HEAD-Y COMP.    [X10⁻²]   EVENT TIME (SECS.)

CAR 2

ACCEL. - G'S

DUMMY (RF) - HEAD-Y COMP.    DISP. - IN.

8-78                    ZQ-6057-V-4



S-79          ZQ-6057-V-4



CAR 2

STAGE SMAC CRASH #2

DUMMY (RF) - HEAD RESULTANT

ACCEL. - G'S (X10¹)

EVENT TIME (SECS.) (X10⁻²)

8-80

ZQ-6057-V-4



8-81                ZQ-6057-V-4



8-82                    ZQ-6057-V-4



8-83                    ZQ-6057-V-4

CAR 2                                    STAGED SMAC CRASH #2

ACCEL. - G'S
(X10¹)

DUMMY (RF) - CHEST RESULTANT        (X10⁻²)    EVENT TIME (SECS.)

8-84                         2Q-6057-V-4



8-86                    ZQ-6057-V-4

TEST NO. 3


RICSAC STAGED COLLISION


FRONT-TO-REAR

OBLIQUE - OFFSET

TORINO/PINTO


VELOCITY 21.2 MPH


ZQ-6057-V-4

ACCIDENT SCHEMATIC

VEHICLES:
  No. 1 - 1974 FORD TORINO
  No. 2 - 1974 FORD PINTO



LEFT FRONT
VEHICLE #2 PAINT MARK
RIGHT REAR

LEFT FRONT
VEHICLE #1 PAINT MARK
RIGHT REAR

SCALE FT

Figure 9-4    TEST NO. 3 - RICSAC ACCIDENT SCHEMATIC

ZQ-6057-V-4

## CRASH TEST SUMMARY

TEST NO. __3__     PROJECT __Staged Car-to-Car Collision__

DATE __4/18/78__     TIME __13:45__     TEMP. __51°F__

TEST CONDITION __Rear Oblique Offset (26 inch Offset) at 10°__

VEHICLE NO. 1 __1971 Ford Torino__

VEHICLE NO. 2 __1974 Ford Pinto__

|  | VEH. NO. 1 | VEH. NO. 2 |
|---|---|---|
| TEST WEIGHT (lbs) | 4980 | 3140 |
| IMPACT ANGLE (deg)* | 0 | 0 |
| IMPACT VELOCITY (mph)** | 21.23 | 0 |
| MAX. CRUSH (in) | 2.2" | 6.7" |
| MAX. INTRUSION (in) | None | None |

| DUMMIES | VEH. NO. 1 | VEH. NO. 2 |
|---|---|---|
| TYPE | Part 572 | Part 572 |
| LOCATION | Driver (LF) Passenger (RF) | Driver (LF) Passenger (RF) |
| RESTRAINT | 3-Point Restraint System (Uninstrumented) | (Instrumentation) |

NUMBER OF DATA CHANNELS __64__
NUMBER OF HIGH SPEED CAMERAS __9__

_____

*WITH RESPECT TO TOW TRACK CENTERLINE
**SPEED TRAP MEASUREMENT (±0.5% ACCURACY)

| TEAM | YEAR | MONTH | DAY | SEQUENCE |
|------|------|-------|-----|----------|
| ___ | 8 | 0 4 | ⌐ 8 | ___ ___ |

V

TABLE 9-1

TEST NO. 3 - CAR NO. 1
VEHICLE DATA

Vehicle data not collected.  Reason? _____

Vehicle No.  _1_ .                          14-15  No. of VIN Characters  _1_ _1_

16-22  VIN (Left Justify, Omit Production Numbers)  _4_ _H_ _2_ _7_ _Q_ _2_ _3_

23-27  Make/Model (CPIR Code) _Ford / Torino 4 dr._   _1_ _2_ _1_ _0_ _1_

28-32  Mileage (Odometer Reading) 99998 = 99998  mi. or more   _6_ _5_ _9_ _7_ _4_

33-34  Model Year        99999 = Unknown .   _7_ _4_

35-36  BODY STYLE

| Automobiles | | Trucks | | Other | |
|-------------|---|--------|---|-------|---|
| Passenger Car | (01) | Van - Passenger | 05 | School Bus | 11 |
| Stationwagon | 02 | - Cargo | 06 | Other Bus | 12 |
| Convertible | 03 | Multi-Purpose | 07 | Motorcycle | 13 |
| Car, pickup body | 04 | Pickup | 08 | Other Body Style | 98 |
| (e.g., El Camino, | | Straight Truck | 09 | Unknown | 99 |
| Rancheno, etc.) | | Tractor-Trailer | 10 | | |

VEHICLE WEIGHT

37-39  Curb        _4_ , _0_ _0_ _0_

40-42  Occupant and Cargo Only  ___ , _0_ _0_

43  TOWING ANOTHER VEHICLE
Yes                                1
No                                 (2)
Unknown                            9

VEHICLE DAMAGE

| | Object Contacted | | CDC | | | | | | Veh. No. | Impact No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | _0_ _1_ | | _1_ _2_ | _F_ | _Z_ | _E_ | _W_ | _1_ | _2_ | _1_ | (1) = Highest |
| (2) | ___ ___ | | ___ ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | Severity |
| (3) | ___ ___ | | ___ ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | (Estimated ΔV) |
| (4) | ___ ___ | | ___ ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | |

44-54 (1)
55-65 (2)

66  VEHICLE TOWED FROM SCENE
Yes                    (1)
No                     2
Unknown                9

67  SOURCE OF VEHICLE DATA

Inspection at Repair or Tow Facility                (1)
Inspection at Person's Home          2
Inspection at Scene                  3
Not Inspected (Photos or Repair Data)               4
Not Inspected. Reason. _____
_____                    5
Unknown                              9

68  VEHICLE INSPECTION
Not Inspected                        0
Inspected on First Visit             (1)
Actual Number of Locations
  Visited
  (Including Follow-Ups to
  Same Location)                     2
                                     3
                                     4
                                     5
                                     6
                                     7
8 or More                            8
Unknown                              9

69  APPLICABLE VEHICLE     Yes   (1)
                           No    2

NOTE:  COLUMN NUMBERS FROM THE SUMMARY VEHICLE DATA FORM ARE LISTED
ON THE LEFT IN THIS FORM TO SIMPLIFY TRANSFER OF DATA.

2/77
HS Form 367 (Field)                    9-5              ZQ-6057-V-4        1

Figure 9-2
VEHICLE CRUSH SCHEMATIC
TEST NO. 3 - CAR NO. 1



| DAMAGE DESCRIPTION | |
| --- | --- |
| WHEELS LOCKED BY DAMAGE | |
| RF | 2 |
| LF | 2 |
| RR | 2 |
| LR | 2 |

1 Yes, 2 No, 8 NA, 9 Unk.

WHEEL STEER ANGLES*
(For locked front wheels or dis-
placed rear axles only)

| | | | |
| --- | --- | --- | --- |
| RF | ± | N A | |
| LF | ± | N A | |
| RR | ± | N A | Within ± 5° |
| LR | ± | N A | |









Right front bumper
END collapsed 1.5"
& returned to original
extension.

Max crush = 2.25"
located: on right front corner of bumper
contacts street: 7" right of center

| Impact Number | L | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ | D± |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 30" | 2" | 2" | 1.50" | 1.75" | 2" | 2.25" | +22" |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

NOTE:   MEASURE $C_1$ TO $C_6$ FROM:   DRIVER TO PASSENGER SIDE IN FRONT OR REAR
IMPACTS: REAR TO FRONT IN SIDE IMPACTS

2/77

2Q-6057-V-4

2

Figure 9-3
OCCUPANT CONTACT DATA
TEST NO. 3 - CAR NO. 1

Vehicle INTERIOR

Occupant Contacts



Instrument
Panel

Dashpanel

CHALK MARK
FROM
HEAD CONTACT
OF
PASSENGER ON
CEILING

← 4" →

← 12.5" → 2"

12"  (12" measurement is taken
from top of "A" pillar
at windshield)

Sketch controls in appropriate positions, if contacted.  Sketch all occupant
contact points and code on next two pages.  Dash lines indicate center of
instrument panel-windshield area and top of panel for measurement purposes.

V

| TEAM | YEAR | MONTH | DAY | SEQUENCE |
|---|---|---|---|---|
| — | 8 | 0 4 | 1 8 | — — — |

TABLE 9-2

TEST NO. 3 - CAR NO. 2
VEHICLE DATA

Vehicle data not collected. Reason? _____

Vehicle No. __2__                    14-15  No. of VIN Characters  | 1 | 1 |

16-22 VIN (Left Justify, Omit Production Numbers)  | 4 | T | 1 | O | X | 1 | 1 |

23-27 Make/Model (CPIR Code) Ford / Auto      | 1 | 2 | 1 | 1 | 8 |

28-32 Mileage (Odometer Reading) 99998 = 99998 mi. or more   ___ ___ ___ ___ . 
                                 99999 = Unknown              | 7 | 4 |

33-34 Model Year

35-36 BODY STYLE

| Automobiles | | Trucks | | Other | |
|---|---|---|---|---|---|
| Passenger Car | (01) | Van - Passenger | 05 | School Bus | 11 |
| Stationwagon | 02 | - Cargo | 06 | Other Bus | 12 |
| Convertible | 03 | Multi-Purpose | 07 | Motorcycle | 13 |
| Car, pickup body | 04 | Pickup | 08 | Other Body Style | 98 |
| (e.g., El Camino, | | Straight Truck | 09 | Unknown | 99 |
| Ranchero, etc.) | | Tractor-Trailer | 10 | | |

VEHICLE WEIGHT                                    43  TOWING ANOTHER VEHICLE
37-39 Curb          | 2 | 4 | 0 | 0 |                   Yes           1
40-42 Occupant and Cargo Only  ___ , ___ | 0 | 0 |      No           (8)
                                                        Unknown       9

VEHICLE DAMAGE

| | Object Contacted | CDC | | | | | | Veh. No. | Impact No. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 44-54 (1) | 0 3 | 0 6 | B | Z | E | W | 1 | 1 | 1 | (1) = Highest Severity |
| 55-65 (2) | — — | — — | — | — | — | — | — | — | — | (Estimated ΔV) |
| (3) | — — | — — | — | — | — | — | — | — | — | |
| (4) | — — | — — | — | — | — | — | — | — | — | |

66 VEHICLE TOWED FROM SCENE              Yes  (1)
                                         No    2
                                         Unknown 9

67 SOURCE OF VEHICLE DATA            68 VEHICLE INSPECTION
Inspection at Repair or Tow             Not Inspected          0
  Facility              (1)             Inspected on First Visit (1)
Inspection at Person's Home  2          Actual Number of Locations
Inspection at Scene          3            Visited                2
Not Inspected (Photos or                  (Including Follow-Ups to 3
  Repair Data)               4            Same Location)         4
Not Inspected. Reason. _____                                   5
                                                                6
                             5                                  7
Unknown                      9          8 or More              8
                                        Unknown                9

                                     69  APPLICABLE VEHICLE   Yes (1)
                                                              No   2

NOTE:  COLUMN NUMBERS FROM THE SUMMARY VEHICLE DATA FORM ARE LISTED
       ON THE LEFT IN THIS FORM TO SIMPLIFY TRANSFER OF DATA.

2/77
HS Form 367 (Field)              9-8              ZQ-6057-V-4          1

Figure
VEHICLE CRUSH SCHEMATIC

TEST NO. 3 - CAR NO. 2



DAMAGE DESCRIPTION
WHEELS LOCKED BY DAMAGE

| | |
|---|---|
| RF | 2 |
| LF | 2 |
| RR | 2 |
| LR | 2 |

1 Yes, 2 No, 8 NA, 9 Unk.

WHEEL STEER ANGLES*
(For locked front wheels or dis-
placed rear axles only)

| | + | | |
|---|---|---|---|
| RF | - | N | A |
| LF | + | N | A |
| | - | | |
| RR | + | N | A |
| | - | | |
| LR | + | N | A |

Within ± 5°

| Impact Number | L | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ | D± |
|---|---|---|---|---|---|---|---|---|
| 1 | 30" | 6.5" | 6.75" | 5.75" | 5" | 3.75" | 3" | -.5" |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

NOTE:   MEASURE $C_1$ TO $C_6$ FROM:   DRIVER TO PASSENGER SIDE IN FRONT OR REAR
IMPACTS: REAR TO FRONT IN SIDE IMPACTS

9-9                                    IQ-6057-V-4

2



Figure 9-3
OCCUPANT CONTACT DATA
TEST NO. 3 - CAR NO. 2

VEHICLE INTERIOR

Occupant Contacts

Instrument
Panel

Dashpanel

Possible Head contact
of Driver
located 10" rearward of "A" pillar
on roof side rail
10"
5"

Seat Back ANGLES:
Left Front - 57°
Right Front - 60°

Sketch controls in appropriate positions, if contacted.  Sketch all occupant
contact points and code on next two pages.  Dash lines indicate center of
instrument panel windshield area and top of panel for measurement purposes.

2Q-6057-V-4

5






Figure 3-6  TEST NO. 3 — PRE TEST COLLISION CONFIGURATION



Figure 9.7  TEST NO. 3 – POST TEST COLLISION SCENE






Figure 9-8   TEST NO. 3 — PRE AND POST EXTERIOR VIEWS, CAR NO. 1 - TORINO






Figure 9-?.  TEST NO. 3 — PRE AND POST EXTERIOR VIEWS, CAR NO. 2 - PINTO



Figure 3.1 TEST NO. 3 — PRE AND POST INTERIOR VIEWS, CAR NO. 1 - TORINO






Figure 9-11 TEST NO. 3 — PRE AND POST INTERIOR VIEWS, CAR NO. 2 - PINTO

TABLE 9-3

ELECTRONIC INSTRUMENTATION TEST No. 3

BULLETT VEHICLE - CAR 1 - 1974 FORD TORINO

| TRANSDUCER DESCRIPTION OR ACCELEROMETER LOCATION * | DIRECTION OF PARAMETER BEING MEASURED | LOCATION ON VEHICLE | DESCRIPTION LISTED ON DATA PLOTS |
|---|---|---|---|
| VEHICLE ACCELEROMETER | | | |
| 1 | X,Y,Z | Floorpan L.F. Corner | Left Front Corner |
| 2 | X,Y,Z | Floorpan R.R. Corner | Right Rear Corner |
| 3 | X,Y,Z | Firewall | Firewall |
| 4 | X,Y,Z | Rear Deck | Rear Deck |
| 5 | X | Bumper | Bumper |
| | | | |
| VEHICLE ATTITUDE | | | |
| Pitch Angle - 6 | | Gyro Package | Vehicle Pitch Angle |
| Roll Angle - 6 | | Gyro Package | Vehicle Roll Angle |
| Yaw Angle - 6 | | Gyro Package | Vehicle Yaw Angle |
| Yaw Rate Angle - 6 | | Gyro Package | Vehicle Yaw Rate |
| Steer Angle | | Front Wheels | Steer Angle - Front Wheels |
| R.F. Wheel Velocity | | R.F. Wheel Axle | R.F. Wheel Velocity |
| L.F. Wheel Velocity | | L.F. Wheel Axle | L.F. Wheel Velocity |
| R.R. Wheel Velocity | | R.R. Wheel Axle | R.R. Wheel Velocity |
| L.R. Wheel Velocity | | L.R. Wheel Axle | L.R. Wheel Velocity |
| | | | |
| 7 | CRASH RECORDER UNDER FRONT SEAT | | |

* SEE FIGURE  9 -12    VEHICLE INSTRUMENTATION LOCATIONS

9-17                    EQ-6057-V-4



Figure 9-12  VEHICLE INSTRUMENTATION LOCATIONS

CAR NO. 1 - 1974 FORD TORINO - TEST NO. 3

TABLE 9-4

ELECTRONIC INSTRUMENTATION TEST ___No. 3___

TARGET VEHICLE - CAR 2 - 1974 FORD PINTO

| TRANSDUCER DESCRIPTION OR ACCELEROMETER LOCATION * | DIRECTION OF PARAMETER BEING MEASURED | LOCATION ON VEHICLE | DESCRIPTION LISTED ON DATA PLOTS |
|---|---|---|---|
| VEHICLE ACCELEROMETER | | | |
| 1 | X,Y,Z | Floorpan L.F. Corner | L.F. Corner |
| 2 | X,Y,Z | Floorpan L.R. Corner | R.F. Corner |
| 3 | X,Y,Z | Firewall | Firewall |
| 4 | X,Y,Z | Rear Deck | Rear Deck |
| | | | |
| VEHICLE ATTITUDE | | | |
| Pitch Angle - 5 | | Gyro Package | Vehicle Pitch Angle |
| Roll Angle - 5 | | Gyro Package | Vehicle Roll Angle |
| Yaw Angle - 5 | | Gyro Package | Vehicle Yaw Angle |
| Yaw Rate Angle - 5 | | Gyro Package | Vehicle Yaw Rate |
| Steer Angle | | Front Wheels | Steer Angle - Front Wheels |
| R.F. Wheel Velocity | | R.F. Wheel Axle | R.F. Wheel Velocity |
| L.F. Wheel Velocity | | L.F. Wheel Axle | L.F. Wheel Velocity |
| R.R. Wheel Velocity | | R.R. Wheel Axle | R.R. Wheel Velocity |
| L.F. Wheel Velocity | | L.R. Wheel Axle | L.R. Wheel Velocity |
| | | | |
| DUMMY | | | |
| L.F. Head | X,Y,Z | L.F. Seat | Dummy L.F. Head |
| L.F. Chest | X,Y,Z | L.F. Seat | Dummy L.F. Chest |
| L.F. Femurs | R,L** | L.F. Seat | Dummy L.F. Femur |
| L.F. Pelvic | X | L.F. Seat | Dummy L.F. Pelvic |
| R.F. Head | X,Y,Z | R.F. Seat | Dummy R.F. Head |
| R.F. Chest | X,Y,Z | R.F. Seat | Dummy R.F. Chest |
| R.F. Femurs | R,L** | R.F. Seat | Dummy R.F. Femur |
| R.F. Pelvic | X | R.F. Seat | Dummy R.F. Pelvic |
| | | | |
| 6 | CRASH RECORDER UNDER FRONT SEAT | | |

*SEE FIGURE 9-13 VEHICLE INSTRUMENTATION LOCATIONS

**RIGHT AND LEFT FORCES

9-19                           ZQ-6057-V-4



Figure 9-13  VEHICLE INSTRUMENTATION LOCATIONS

CAR NO. 2 - 1974 FORD PINTO - TEST NO. 3

ZQ-6057-V-4

TABLE 9-5

VEHICLE TEST WEIGHTS - TEST NO. 3

BULLET VEHICLE

CAR 1 - 1974 FORD TORINO

| Left Front | 1310 lbs. | | Left Rear | 1170 lbs. |
| Right Front | 1310 lbs. | | Right Rear | 1190 lbs. |
| Total Front | 2620 lbs. | | Total Rear | 2360 lbs. |

Total Weight =    2620 lbs.    +    2360 lbs.  =   4980 lbs.

Wheel Base    117.5 in.

$$Cg_{FW} = \frac{2360 \text{ lbs.}}{4980 \text{ lbs.}} \quad 117.5 \text{ in.} \qquad = 55.68 \text{ in.}$$

TARGET VEHICLE

CAR 2 - 1974 FORD PINTO

| Left Front | 960 lbs. | | Left Rear | 620 lbs. |
| Right Front | 930 lbs. | | Right Rear | 630 lbs. |
| Total Front | 1890 lbs. | | Total Rear | 1250 lbs. |

Total Weight =    1890 lbs.    +    1250 lbs.  =   3140 lbs.

Wheel Base    94 in.

$$Cg_{FW} = \frac{1250 \text{ lbs.}}{3140 \text{ lbs.}} \quad 94 \text{ in.} \qquad = 37.42 \text{ in.}$$



Figure 9-14

STAGED COLLISION SCENE
4 CAMERA LOCATIONS
TESTS 3,____

TABLE 9- 6

DATA CAMERA LOG

PROJECT - RICSAC

Test No. 3
Date:  April 14, 1978

| CAMERA NO. | LOCATION | TYPE | LENS (mm) | SPEED (fps) |
|---|---|---|---|---|
| 1 | SOUTH | PHOTOSONIC | 50 MM | 1000 |
| 2 | WEST | PHOTOSONIC | 35 MM | 800 |
| 3 | NORTHEAST | PHOTOSONIC | 25 MM | 900 |
| 4 | TOWER 45 | PHOTOSONIC | 13 MM | NO PULSE |
| 5 | TOWER WIDE | PHOTOSONIC | 8 MM | 600 |
| 6 | TOWER CLOSE | PHOTOSONIC | 13 MM | 600 |
| 7 | O.B. DRIVER | STALEX | 8 MM | 1400 |
| 8 | O.B. HOOD | STALEX | 8 MM | 1525 |
| 9. | O.B. PASS. | STALEX | 8 MM | 1500 |

NOTE:  1.  CAMERAS ARE LISTED ACCORDING TO SPLICING SEQUENCE OF FILM.

2.  REAL TIME MOVIE FILM COVERAGE OF PRE- AND POST-CRASH AND
CRASH EVENT ARE SPLICED AT START AND END OF FILM (24 fps).

3.  FOR CAMERA LOCATIONS AND DISTANCE TO SUBJECT SEE FIGURE

ZQ-6057-V-4



RIGHT FRONT WHEEL VELOCITY

40 M.P.H.

LEFT FRONT WHEEL VELOCITY

40 M.P.H.

TIME ZERO

1 SECOND

TORING TEST No. 3

RIGHT REAR WHEEL VELOCITY

40 M.P.H.

LEFT REAR WHEEL VELOCITY

40 MPH

LEFT TURN

20 DEG.

STEER ANGLE FRONT WHEELS

RIGHT TURN

CAR NO. 1 WHEEL RESPONSES



Figure    IESi NO. 3
CAR NO. 1 VEHICLE ATTITUDE



RIGHT TURN

STEER ANGLE FRONT WHEELS

10 DEG

40 MPH

RIGHT FRONT WHEEL VELOCITY

40 MPH

RIGHT REAR WHEEL VELOCITY

40 MPH

LEFT FRONT WHEEL VELOCITY

40 MPH

LEFT REAR WHEEL VELOCITY

TIME ZERO

1 SECOND

PINTO TEST No. 3

Figure 9-17   TEST No. 3  - CAR NO. 2 WHEEL RECORDINGS

9-26

ZQ-6057-V-4



Figure 9-18  TEST NO. 3  CAR NO. 2
VEHICLE ATTITUDE

SQ-6057-V-4

RICSAC TEST NO. 3

VEHICLE RESPONSES

CAR NO. 1 1974 FORD TORINO

DATA PLOTS

ACCELERATION TIME HISTORIES

VELOCITY TIME HISTORIES

DISPLACEMENT TIME HISTORIES

ACCELERATION VS DISPLACEMENT

FILTER CLASS 60

9-28                         ZQ-6057-V-4





ZQ-6057-V-4



9-31                    ZQ-6057-V-4



9-32                    ZQ-6057-V-4



9-33                    IQ-6057-V-4



9-34                    ZQ-6057-V-4

CAR 1

STAGED COLLISION TEST #3

X & Y COMP. ONLY

ACCEL. - G'S

RIGHT REAR CORNER-RESULTANT

EVENT TIME (SECS.)

9-35

IQ-6057-V-4



CAR 1                           STAGED COLLISION TEST #3

FIREWALL - X COMPONENT                    EVENT TIME (SECS.)

CAR 1

FIREWALL - X COMPONENT                    EVENT TIME (SECS.)

CAR 1

FIREWALL - X COMPONENT                    EVENT TIME (SECS.)

CAR 1

FIREWALL - X COMPONENT                    DISP. - IN.

9-36                        ZQ-6057-V-4





9-38                                    ZQ-6057-V-4







2Q-6857-V-4



9-42                                ZQ-6057-V-4



CAR 1                                    STAGED COLLISION TEST #3

ACCEL. - G'S

REAR DECK - RESULTANT                    EVENT TIME (SECS.)

9-43                    ZQ-6057-V-4



9-44                    ZQ-6057-V-4

RICSAC TEST NO. 3

VEHICLE RESPONSES

CAR NO. 2 FORD PINTO

DATA PLOTS

ACCELERATION TIME HISTORIES

VELOCITY TIME HISTORIES

DISPLACEMENT TIME HISTORIES

ACCELERATION VS DISPLACEMENT

FILTER CLASS 60

9-45                    ZQ-6057-V-4



9-46                          ZQ-6057-V-4



9-47                    2Q-6057-V-4





9-49

ZQ-6057-V-4



2Q-6057-V-4



CAR 2                                    STAGED COLLISION TEST #3

FIREWALL - Y COMPONENT                    EVENT TIME (SECS.)

CAR 2

FIREWALL - Y COMPONENT                    EVENT TIME (SECS.)

CAR 2

FIREWALL - Y COMPONENT                    EVENT TIME (SECS.)

CAR 2

FIREWALL - Y COMPONENT                    DISP. - IN.

9-51                    IQ-6057-V-4



ZQ-6057-V-4





9-54                    ZQ-6057-V-4



9-55                        ZQ-6057-V-4





CAR 2                    STAGED COLLISION TEST #3

ACCEL. – G'S

REAR DECK – RESULTANT          EVENT TIME (SECS.)

9-57                          ZQ-6057-V-4

TABLE 9-7

## DUMMY INJURY CRITERIA VALUES

### CAR 2 - STRUCK VEHICLE   - TEST NO. 3

1974 FORD PINTO

| | MAXIMUM ACCELERATION ("G") * | | | | | | | | | | | |
| | HEAD | | | | CHEST | | | | PELVIS | | | |
| | X | Y | Z | R | X | Y | Z | R | X | Y | Z | R |
| DUMMY (1) | 10 | -9 | 6 | 12 | 12 | -8.5 | 6.5 | 13 | 12 | | | |
| DUMMY (2) | 17 | -3 | 8 | 18 | 12.5 | -2.3 | 4.5 | 13 | 10 | | | |
| DUMMY (3) | | | | | | | | | | | | |
| DUMMY (4) | | | | | | | | | | | | |

| | MAXIMUM FORCE - FEMUR LOAD (LBS) | | DUMMY LOCATION |
| | RIGHT FEMUR | LEFT FEMUR | |
| DUMMY (1) | 200 | 200 | Left Front Passenger |
| DUMMY (2) | 100 | 100 | Right Front Passenger |
| DUMMY (3) | | | |
| DUMMY (4) | | | |

| | MAXIMUM FORCE - SEAT BELTS LOADS (LBS) | | |
| | SHOULDER STRAP UPPER BELT LOAD | LAP STRAP RIGHT BELT LOAD | LAP STRAP LEFT BELT LOAD |
| DUMMY (1) | | | |
| DUMMY (2) | | | |
| DUMMY (3) | | | |
| DUMMY (4) | | | |

| | HEAD INJURY CRITERIA** | | | | SEVERITY INDEX | |
| | HIC | $t_1$ (SEC) | $t_2$ (SEC) | AVE. ACC. (g) $t_1$ TO $t_2$ | HEAD | CHEST |
| DUMMY (1) | 18.02 | .070 | .237 | 6.5 | 23.9 | 19.8 |
| DUMMY (2) | 32.52 | .100 | .179 | 11.1 | 40.7 | 21.5 |
| DUMMY (3) | | | | | | |
| DUMMY (4) | | | | | | |

*DEFINED AS EXCEEDING 0.003 SEC. DURATION
**AS DEFINED IN FMVSS NO. 208

RICSAC TEST NO. 3

DUMMY DATA

CAR NO. 2 PINTO

| DATA PLOTS | | FILTER CLASS |
|---|---|---|
| HEAD ACCELERATION | X,Y,X | 1000 |
| HEAD RESULTANT | | |
| HEAD SEVERITY INDEX | | |
| CHEST ACCELERATION | X,Y,Z | 180 |
| CHEST RESULTANT | | |
| CHEST VELOCITY | X,Y,Z | |
| CHEST DISPLACEMENT | X,Y,Z | |
| CHEST SEVERITY INDEX | | |
| PELVIC ACCELERATION | X | 180 |
| PELVIC VELOCITY | X | |
| PELVIC DISPLACEMENT | X | |
| FEMUR LOADS | L & R | 600 |

9-59

ZQ-6057-V-4



9-60

ZQ-6057-V-4



ZQ-6057-V-4



9-62                    IQ-6057-V-4

CAR 2                          STAGED COLLISION TEST #3

ACCEL. - G'S

DUMMY (LF) — HEAD RESULTANT              EVENT TIME (SECS.)

CAR 2

SEVERITY INDEX

DUMMY (LF) — HEAD                        EVENT TIME (SECS.)

9-63                    ZQ-6057-V-4



9-64                                      ZQ-6057-V-4



9-65                    CO-6057-V-4



ZQ-6057-V-4



CAR 2                          STAGED COLLISION TEST #3

ACCEL. - G'S

DUMMY (LF) - CHEST RESULTANT        EVENT TIME (SECS.)

SEVERITY INDEX

CAR 2

DUMMY (LF) - CHEST                  EVENT TIME (SECS.)

9-6⁷                    CQ-6057-V-4





CAR 2                              STAGED COLLISION TEST #3

DUMMY (LF) - RIGHT FEMUR                    EVENT TIME (SECS.)

CAR 2

DUMMY (LF) - LEFT FEMUR                      EVENT TIME (SECS.)

CQ-6057-V-4



ZQ-6057-V-4





9-72

ZQ-6057-V-4



CAR 2                              STAGED COLLISION TEST #3

DUMMY (RF) — HEAD RESULTANT         EVENT TIME (SECS.)

CAR 2

DUMMY (RF) — HEAD                   EVENT TIME (SECS.)

9-73                    IQ-6057-V-4





9--75                    2Q-6057-V-4



CAR 2                                        STAGE COLLISION TEST #3

ACCEL. - G'S

DUMMY (RF) - CHEST-Z COMP.         EVENT TIME (SECS.)

CAR 2

VELOCITY - MPH

DUMMY (RF) - CHEST-Z COMP.         EVENT TIME (SECS.)

CAR 2

DISPLACE - IN.

DUMMY (RF) - CHEST-Z COMP.         EVENT TIME (SECS.)

CAR 2

ACCEL. - G'S

DUMMY (RF) - CHEST-Z COMP.         DISP. - IN.

9-76

ZQ-6057-V-4



CAR 2                                    STAGED COLLISION TEST #3

ACCEL. - G'S

DUMMY (RF) - CHEST RESULTANT                     EVENT TIME (SECS.)

CAR 2

SEVERITY INDEX

DUMMY (RF) - CHEST                               EVENT TIME (SECS.)



ZQ-6057-V-4

CAR 2                                    STAGED COLLISION TEST #3

LOAD – LBS
(X10²)

DUMMY (RF) – RIGHT FEMUR                    EVENT TIME (SECS.)

CAR 2

LOAD – LBS
(X10²)

DUMMY (RF) – LEFT FEMUR                     EVENT TIME (SECS.)

9-79                              ZQ-6057-V-4

TEST NO. 4

RICSAC STAGED COLLISION

FRONT-TO-REAR
OBLIQUE - OFFSET

TORINO/PINTO

VELOCITY 38.7 MPH

10-1

ZQ-6057-V-4

10.0     RICSAC STAGED COLLISION - TEST NO. 4

EXPERIMENTAL RESULTS

Test Description

        This staged collision involved a 1974 Ford Torino (V-1) striking the
rear of a stationary 1974 Pinto (V-2) at an oblique 10 degree angle with a
26 inch offset as shown in Figure 10-1. The impact velocity was 38.7 mph.  The
vehicle test weights were 4980 and 3190 pounds for the Torino and Pinto,
respectively.  Each vehicle had two Part 572 test dummies (50 percentile)
seated in the front seat.  The dummies in the Pinto were instrumented according
to FMVSS 208 and were unrestrained.  In the Torino the dummies were uninstrumented
and were restrained with seat belts.

        The Torino was equipped with automatic transmission, power steering
and power brakes.  The Pinto had manual transmission, steering and standard
brakes.  The accident was staged with both transmissions in drive position,
brakes off and the engines not running.  During the collision no steering
control inputs or vehicle braking was applied.  The roadway was dry with skid
resistance value of 87.

        Approximately one car length before impact the vehicle tow cable was
released and the vehicle guide rail was terminated.  At this point in time
and during the collision both vehicles are free bodies with no constraints
except the normal collision forces and reactions encountered in this type of
car-to-car collision.  During the collision event no observed tow cable or
instrumentation cable interference with the moving vehicles was noted.

ACCIDENT SCHEMATIC

VEHICLES:

No. 1 - 1974 FORD TORINO
No. 2 - 1974 FORD PINTO



VEHICLE #2 - TIRE SCUFFS

LEFT REAR LEFT FRONT RIGHT FRONT

#2

#1

VEHICLE #1

LEFT FRONT SCUFF

LEFT REAR SCUFF

#2

VEHICLE #1 - RIGHT FRONT SCUFF

#1



0   10   20

SCALE · FT

Figure 10-1   TEST NO. 4 - RICSAC ACCIDENT SCHEMATIC

10-3                    ZQ-6057-V-4

# CRASH TEST SUMMARY

TEST NO. _____4_____                            PROJECT _Staged Car to Car Collision_

DATE _4-28-78_                    TIME _____14:10_____      TEMP. _65°F_

TEST CONDITION _Rear Oblique Offset (26 inch offset at 10 Deg.)_

VEHICLE NO. 1 _1974 Ford Torino_

VEHICLE NO. 2 _1974 Ford Pinto_

|                          | VEH. NO. 1 | VEH. NO. 2 |
|--------------------------|------------|------------|
| TEST WEIGHT (lbs)        | 4980       | 3190       |
| IMPACT ANGLE (deg)*      | 0          | 10°        |
| IMPACT VELOCITY (mph)**  | 38.71      | 0          |
| MAX. CRUSH (in)          | 18.2"      | 36"        |
| MAX. INTRUSION (in)      |            |            |

| DUMMIES     | VEH. NO. 1                      | VEH. NO. 2                      |
|-------------|---------------------------------|---------------------------------|
| TYPE        | Part 572                        | Part 572                        |
| LOCATION    | Driver (L.F.), Passenger (R.F.) | Driver (L.F.), Passenger (R.F.) |
| RESTRAINT   | 3-Point Restraint               | Unrestrained                    |
|             | (Uninstrumented)                | (Instrumented)                  |

NUMBER OF DATA CHANNELS _____6 4_____
NUMBER OF HIGH SPEED CAMERAS _____1 0_____

---

*WITH RESPECT TO TOW TRACK CENTERLINE
**SPEED TRAP MEASUREMENT (±0.5% ACCURACY)

TABLE 10-1

TEST NO. 4 - CAR NO. 1
VEHICLE DATA

| TEAM | YEAR | MONTH | DAY | SEQUENCE |
|------|------|-------|-----|----------|
| | 8 | 0 4 | 2 8 | |

Vehicle data not collected.  Reason? _____

Vehicle No. __1__          14-15  No. of VIN Characters  1  1

-22  VIN (Left Justify, Omit Production Numbers)   4 H 2 7 Q 2 3

-27  Make/Model (CPIR Code) __Ford/Torino__          1 2 1 0 1

-32  Mileage (Odometer Reading) 99998 = 99998 mi. or more   6 5 9 7 4
                               99999 = Unknown
-34  Model Year                                              7 4

-36  **BODY STYLE**

| Automobiles | | Trucks | | Other | |
|---|---|---|---|---|---|
| Passenger Car | (01) | Van - Passenger | 05 | School Bus | 11 |
| Stationwagon | 02 | - Cargo | 06 | Other Bus | 12 |
| Convertible | 03 | Multi-Purpose | 07 | Motorcycle | 13 |
| Car, pickup body | 04 | Pickup | 08 | Other Body Style | 98 |
| (e.g., El Camino, | | Straight Truck | 09 | Unknown | 99 |
| Ranchero, etc.) | | Tractor-Trailer | 10 | | |

VEHICLE WEIGHT                                    43  TOWING ANOTHER VEHICLE
-39  Curb         0 4 0 0 0                            Yes              1
                                                       No              (2)
-42  Occupant and Cargo Only ___,__ 0 0                Unknown          9

VEHICLE DAMAGE

| | Object Contacted | | CDC | | | | | | Veh. No. | Impact No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| -54 (1) | C 1 | 1 2 | F | Z | E | W | 2 | 2 | 1 | (1) = Highest |
| -65 (2) | ___ | | | | | | | ___ | ___ | Severity |
| (3) | ___ | | | | | | | ___ | ___ | (Estimated ΔV) |
| (4) | ___ | | | | | | | ___ | ___ | |

66  VEHICLE TOWED FROM SCENE                          Yes     (1)
                                                       No       2
                                                       Unknown  9

67  SOURCE OF VEHICLE DATA                 68  VEHICLE INSPECTION
Inspection at Repair or Tow                    Not Inspected              0
  Facility                    (1)              Inspected on First Visit  (1)
Inspection at Person's Home    2               Actual Number of Locations
Inspection at Scene            3                 Visited               ⌐ 2
Not Inspected (Photos or                         (Including Follow-Ups to  3
  Repair Data)                 4                 Same Location)          ⟨ 4
Not Inspected. Reason. _____                                           | 5
                                                                         | 6
                               5                                         ⌐ 7
Unknown                        9               8 or More                 8
                                               Unknown                   9

                                          69  APPLICABLE VEHICLE    Yes  (1)
                                                                    No    2

NOTE:  COLUMN NUMBERS FROM THE SUMMARY VEHICLE DATA FORM ARE LISTED
       ON THE LEFT IN THIS FORM TO SIMPLIFY TRANSFER OF DATA.

77

VEHICLE CRUSH SCHEMATIC
TEST NO. 4 - CAR NO. 1



DAMAGE DESCRIPTION

WHEELS LOCKED BY DAMAGE

RF  1
LF  2
RR  2
LR  2

1 Yes, 2 No, 8 NA, 9 Unk.

WHEEL STEER ANGLES*
(For locked front wheels or
placed rear axles only)

RF  2  1
LF  2  0
RR  0  0        Within ±
LR  0  0

+2" FOR
BUMPER GUARDS

53

135.5

27.5

118.5 MAX crush
28" from ground
level

4.75"

Begin
contact

36.5"

57.5

117.5"

ORIGINAL DIMENSIONS

[58.5]

[118]

[45.5]

| IMPACT # | L | C₁ | C₂ | C₃ | C₄ | C₅ | C₆ | D |
|---|---|---|---|---|---|---|---|---|
| 1 | 41.5 | 6.25 | 7.75" | 9.75" | 12.5" | 14.75" | 18.25" | +16.1 |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

NOTE:   ALL MEASUREMENTS IN I

NOTE:   MEASURE C₁ to C₆ FROM:  DRIVER TO PASSENGER SIDE IN FRONT OR REAR
IMPACTS;  REAR TO FRONT IN SIDE IMPACTS

3/78

10-6

ZQ-6057-V-4

Figure 10-3

OCCUPANT CONTACT DATA
TEST NO. 4 - CAR NO. 1



Sketch controls in appropriate positions, if contacted.  Sketch all occupant
contact points and code on next two pages.  Dash lines indicate center of
instrument panel-windshield area and top of panel for measurement purposes.

ZQ-6057-V-4

TABLE 10-2

TEST NO. 4 - CAR NO. 2
VEHICLE DATA

| TEAM | YEAR | MONTH | DAY | SEQUENCE |
|---|---|---|---|---|
| __ | 8 | 0 4 | 2 8 | __ __ __ |

---

Vehicle data not collected.  Reason? _____

Vehicle No. __2__                          14-15  No. of VIN Characters   1  1

16-22  VIN (Left Justify, Omit Production Numbers)    4  T  1  0  X   1  8

23-27  Make/Model (CPIR Code)  __Ford/Pinto__                     1  2  1   1  8

28-32  Mileage (Odometer Reading) 99998 = 99998 mi. or more     9  9  9   9  9
                                  99999 = Unknown

33-34  Model Year                                                        7  4

35-36  **BODY STYLE**

| Automobiles | | Trucks | | Other | |
|---|---|---|---|---|---|
| Passenger Car | (01) | Van - Passenger | 05 | School Bus | 11 |
| Stationwagon | 02 | - Cargo | 06 | Other Bus | 12 |
| Convertible | 03 | Multi-Purpose | 07 | Motorcycle | 13 |
| Car, pickup body | 04 | Pickup | 08 | Other Body Style | 98 |
| (e.g., El Camino, | | Straight Truck | 09 | Unknown | 99 |
| Rancharo, etc.) | | Tractor-Trailer | 10 | | |

**VEHICLE WEIGHT**                              43  TOWING ANOTHER VEHICLE

37-39  Curb            0  2 , 4  0  0              Yes              1
                                                  No              (0)
40-42  Occupant and Cargo Only  __ __ , __ 0  0    Unknown          9

**VEHICLE DAMAGE**

|  | Object Contacted | | CDC | | | | | | Veh. No. | Impact No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44-54  (1) | 0 | 3 | 0 | 5 | B | Y | E | W | 6 | 1 | 1 | (1) = Highest |
| 55-65  (2) | __ | __ | __ | __ | __ | __ | __ | __ | __ | __ | __ | Severity |
| (3) | __ | __ | __ | __ | __ | __ | __ | __ | __ | __ | __ | (Estimated ΔV) |
| (4) | __ | __ | __ | __ | __ | __ | __ | __ | __ | __ | __ | |

66  VEHICLE TOWED FROM SCENE                         Yes      (1)
                                                     No        2
                                                     Unknown   9

67  **SOURCE OF VEHICLE DATA**                 68  VEHICLE INSPECTION
Inspection at Repair or Tow                        Not Inspected              0
  Facility                       (1)               Inspected on First Visit   (1)
Inspection at Person's Home       2                Actual Number of Locations
Inspection at Scene               3                  Visited
Not Inspected (Photos or                             (Including Follow-Ups to   2
  Repair Data)                    4                  Same Location)             3
Not Inspected. Reason. _____                                                 4
                                                                               5
                                  5                                            6
Unknown                           9                                            7
                                                   8 or More                   8
                                                   Unknown                     9

                                                69  APPLICABLE VEHICLE    Yes  (1)
                                                                          No    2

---

NOTE:  COLUMN NUMBERS FROM THE SUMMARY VEHICLE DATA FORM ARE LISTED
       ON THE LEFT IN THIS FORM TO SIMPLIFY TRANSFER OF DATA.

2/77

10-8

ZQ-6057-V-4

Figure 10-4

## VEHICLE CRUSH SCHEMATIC
### TEST NO. 4 – CAR NO. 2



DAMAGE DESCRIPTION

WHEELS LOCKED BY DAMAGE

RF: 2
LF: 2
RR: 2
LR: 1

1 Yes, 2 No, 8 NA, 9 Unk.

WHEEL STEER ANGLES*
(For locked front wheels or dis-
placed rear axles only)

RF: NA
LF: NA
RR: 0 4
LR: 0 3"      Within ± 5°

contact
Begins

41.75"

+3.5 AT CENTER

[37.5]

[94.8]  ORIGINAL DIMENSIONS  105

[37.5]

Very minor 2nd impact
only Paint damage on bumper
L= 6"  All Cs are 0"
   C₁ is located 26" right
of center

NOTE:   ALL MEASUREMENTS IN INCHES

| | IMPACT # | L | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ | D± |
|---|---|---|---|---|---|---|---|---|---|
| 14-31 | 1 | 41.75" | 36.0" | 31.75" | 29.0" | 24.0" | 19.5" | 14.75" | -9.13 |
| | 2 | — — | — — | — | — | — | — | — | — |
| | 3 | — — | — — | — | — | — | — | — | — |
| | 4 | — — | — — | — | — | — | — | — | — |

NOTE:  MEASURE $C_1$ to $C_6$ FROM:  DRIVER TO PASSENGER SIDE IN FRONT OR REAR
                              IMPACTS:  REAR TO FRONT IN SIDE IMPACTS

3/78

ZQ-6057-V-4

Figure 10-5
OCCUPANT CONTACT DATA
TEST NO. 4  -  CAR NO.2

VEHICLE INTERIOR

Occupant Contacts



Sketch controls in appropriate positions, if contacted.  Sketch all occupant con-
tact points and code on next two pages.  Dash lines indicate center of instrument
panel-windshield area and top of panel for measurement purposes.

Head contact on the right side
of Driver's bucket back rest
by passenger possible rebound
contact.



Figure 10-6   TEST NO. 4 — PRE TEST COLLISION CONFIGURATION





Figure 10-7  TEST NO. 4 — POST TEST COLLISION SCENE






Figure 10-10   TEST NO. 4 — PRE & POST INTERIOR VIEWS, CAR NO. 1 — TORINO









Figure 10-8   TEST NO. 4 — PRE & POST EXTERIOR VIEWS, CAR NO. 1 — TORINO






Figure 10-11   TEST NO. 4 — PRE & POST INTERIOR VIEWS, CAR NO. 2 — PINTO

ELECTRONIC INSTRUMENTATION TEST No. 4

BULLET VEHICLE - CAR 1 - 1974 FORD TORINO

| TRANSDUCER DESCRIPTION OR ACCELEROMETER LOCATION * | DIRECTION OF PARAMETER BEING MEASURED | LOCATION ON VEHICLE | DESCRIPTION LISTED ON DATA PLOTS |
|---|---|---|---|
| VEHICLE ACCELEROMETER | | | |
| 1 | X,Y,Z | Floorpan L.F. Corner | Left Front Corner |
| 2 | X,Y,Z | Floorpan R.R. Corner | Right Rear Corner |
| 3 | X,Y,Z | Firewall | Firewall |
| 4 | X,Y,Z | Rear Deck | Rear Deck |
| 5 | X | Bumper | Bumper |
| VEHICLE ATTITUDE | | | |
| Pitch Angle - 6 | | Gyro Package | Vehicle Pitch Angle |
| Roll Angle - 6 | | Gyro Package | Vehicle Roll Angle |
| Yaw Angle - 6 | | Gyro Package | Vehicle Yaw Angle |
| Yaw Rate Angle - 6 | | Gyro Package | Vehicle Yaw Rate |
| Steer Angle | | Front Wheels | Steer Angle-Front Wheels |
| R.F. Wheel Velocity | | R.F. Wheel Axle | R.F. Wheel Velocity |
| L.F. Wheel Velocity | | L.F. Wheel Axle | L.F. Wheel Velocity |
| R.R. Wheel Velocity | | R.R. Wheel Axle | R.R. Wheel Velocity |
| L.R. Wheel Velocity | | L.R. Wheel Axle | L.R. Wheel Velocity |
| 7 | | CRASH RECORDER UNDER FRONT SEAT | |

*SEE FIGURE 10-12 VEHICLE INSTRUMENTATION LOCATIONS



Figure 10-12 VEHICLE INSTRUMENTATION LOCATIONS*

CAR 1 - 1974 FORD TORINO - TEST NO. 4

ZQ-6057-V-4

ELECTRONIC INSTRUMENTATION TEST __No. 4__

TARGET VEHICLE – CAR 2 – 1974 FORD PINTO

| TRANSDUCER DESCRIPTION OR ACCELEROMETER LOCATION * | DIRECTION OF PARAMETER BEING MEASURED | LOCATION ON VEHICLE | DESCRIPTION LISTED ON DATA PLOTS |
|---|---|---|---|
| VEHICLE ACCELEROMETER | | | |
| 1 | X,Y,Z | Floorpan L.F. Corner | L.F. Corner |
| 2 | X,Y,Z | Floorpan L.R. Corner | R.F. Corner |
| 3 | X,Y,Z | Firewall | Firewall |
| 4 | X,Y,Z | Front Deck | Rear Deck |
| | | | |
| VEHICLE ATTITUDE | | | |
| Pitch Angle - 5 | | Gyro Package | Vehicle Pitch Angle |
| Roll Angle - 5 | | Gyro Package | Vehicle Roll Angle |
| Yaw Angle - 5 | | Gyro Package | Vehicle Yaw Angle |
| Yaw Rate Angle - 5 | | Gyro Package | Vehicle Yaw Rate |
| Steer Angle | | Front Wheels | Steer Angle-Front Wheels |
| R.F. Wheel Velocity | | R.F. Wheel Axle | R.F. Wheel Velocity |
| L.F. Wheel Velocity | | L.F. Wheel Axle | L.F. Wheel Velocity |
| R.R. Wheel Velocity | | R.R. Wheel Axle | R.R. Wheel Velocity |
| L.F. Wheel Velocity | | L.R. Wheel Axle | L.R. Wheel Velocity |
| | | | |
| DUMMY | | | |
| L.F. Head | X,Y,Z | L.F. Seat | Dummy L.F. Head |
| L.F. Chest | X,Y,Z | L.F. Seat | Dummy L.F. Chest |
| L.F. Femurs | R,L** | L.F. Seat | Dummy L.F. Femur |
| L.F. Pelvic | X | L.F. Seat | Dummy L.F. Pelvic |
| R.F. Head | X,Y,Z | R.F. Seat | Dummy R.F. Head |
| R.F. Chest | X,Y,Z | R.F. Seat | Dummy R.F. Chest |
| R.F. Femurs | R,L** | R.F. Seat | Dummy R.F. Femur |
| R.F. Pelvic | X | R.F. Seat | Dummy R.F. Pelvic |
| | | | |
| 6 | CRASH RECORDER UNDER FRONT SEAT | | |

\* SEE FIGURE 10-13 VEHICLE INSTRUMENTATION LOCATIONS

\*\* RIGHT AND LEFT FORCES



Figure 10-13   VEHICLE INSTRUMENTATION LOCATIONS

CAR 2 - 1974 FORD PINTO - TEST NO. 4

10-20

ZQ-6057-V-4

TABLE 10- 5
VEHICLE TEST WEIGHTS - TEST NO. __4__

CAR 1 - __1974 Ford Torino__

| | | | | |
|---|---|---|---|---|
| Left Front | 1310 lbs. | | Left Rear | 1170 lbs. |
| Right Front | 1310 lbs. | | Right Rear | 1190 lbs. |
| Total Front | 2620 lbs. | | Total Rear | 2360 lbs. |

Total Weight = 26.20 lbs.   +   2360 lbs. = 4980 lbs.

Wheel Base   117.5 in.

$Cg_{FW}$  =  $\dfrac{2360 \text{ lbs.}}{4980 \text{ lbs.}}$  117.5 in.   =  55.68 in.

CAR 2 - __1974 Ford Pinto__

| | | | | |
|---|---|---|---|---|
| Left Front | 1040 lbs. | | Left Rear | 600 lbs. |
| Right Front | 950 lbs. | | Right Rear | 600 lbs. |
| Total Front | 1990 lbs. | | Total Rear | 1200 lbs. |

Total Weight = 1990 lbs.   +   1200 lbs. = 3190 lbs.

Wheel Base   95 in.

$Cg_{FW}$  =  $\dfrac{1200 \text{ lbs.}}{3190 \text{ lbs.}}$  95 in.   =  35.73 in.



Figure 10-14

STAGED COLLISION SCENE
& CAMERA LOCATIONS
TESTS 3, 4 & 5

ZQ-6057-V-4

TABLE 10-6

HIGH SPEED CAMERA INFORMATION (TEST __No. 4__ )

| CAMERA NO. | LOCATION | TYPE | LENS (mm) | SPEED (fps) |
|---|---|---|---|---|
| 1 | NORTH EAST | PHOTOSONIC | 25 MM | 900 |
| 2 | SOUTH | PHOTOSONIC | 50 MM | 1000 |
| 3 | SOUTH WEST | PHOTOSONIC | 50 MM | 625 |
| 4 | WEST | PHOTOSONIC | 35 MM | 800 |
| 5 | TOWER 45 | PHOTOSONIC | 13 MM | 800 |
| 6 | TOWER WIDE | PHOTOSONIC | 8 MM | 600 |
| 7 | TOWER CLOSE | PHOTOSONIC | 13 MM | 600 |
| 8 | O.B. DRIVER | STALEX | 8 MM | 900 |
| 9 | O.B. HOOD | STALEX | 8 MM | NO PULSE |
| 10 | O.B. PASS. | STALEX | 8 MM | 1050 |

NOTE:  CAMERAS ARE NUMBERED ACCORDING TO SPLICING SEQUENCE OF FILM.

(24 fps) REAL TIME MOVIE FILM COVERAGE OF PRE-CRASH, POST-CRASH AND CRASH EVENT SPLICED AT START AND END OF FILM.



Figure 10-15 TEST NO. 4
CAR NO. 1 WHEEL RESPONSES

10-24                    ZQ-6057-V-4



Figure 10-16   TEST NO. 4
CAR NO. 1 VEHICLE ATTITUDE

10-25                    ZQ-6057-V-4



Figure 10-17  TEST NO. 4
CAR NO. 2 WHEEL RESPONSES
10-76                                    2Q-6057-V-4



Figure 10-18 TEST NO. 4 - CAR NO. 2
VEHICLE ATTITUDE

10-27                      ZQ-6057-V-4

RICSAC TEST NO. 4

VEHICLE RESPONSES

CAR NO. 1 TORINO

DATA PLOTS

ACCELERATION TIME HISTORIES

VELOCITY TIME HISTORIES

DISPLACEMENT TIME HISTORIES

ACCELERATION VS DISPLACEMENT

FILTER CLASS 60

10-28                    ZQ-6057-V-4



10-29                    ZQ-6057-V-4



10-30                                        ZQ-6057-V-4



10-31                ZQ-6057-V-4





10-33                    ZQ-6057-V-4



ZQ-6057-V-4



10-35                    2Q-6057-V-4



CAR 1

STAGED COLLISION TEST #4

ACCEL. - G'S

EVENT TIME (SECS.)

RIGHT REAR CORNER-RESULTANT

10-36

ZQ-6057-V-4



10-37                    2Q-6057-V-4



10-38                          2Q-6057-V-4



10-39                    ZQ-6057-V-4



10-41                    ZQ-6057-V-4



10-42                              ZQ-6057-V-4





CAR 1

STAGED COLLISION TEST #4

ACCEL. — G'S

20

10

0

-0.05   0.00   0.05   0.10   0.15   0.20   0.25   0.30

REAR DECK — RESULTANT

EVENT TIME (SECS.)

10-41

ZQ-6057-V-4



10-45                    ZQ-6057-V-4

RICSAC TEST NO. 4

VEHICLE RESPONSES

VEHICLE NO. 2 PINTO

DATA PLOTS

ACCELERATION TIME HISTORIES

VELOCITY TIME HISTORIES

DISPLACEMENT TIME HISTORIES

ACCELERATION VS DISPLACEMENT

FILTER CLASS 60

10-46                    ZQ-6057-V-4



10-47                    ZQ-6057-V-4



10-48                    ZQ-6057-V-4



10-49                    ZQ-6057-V-4





2Q-6057-V-4



10-52                ZQ-6057-V-4



CAR 2

STAGED COLLISION TEST #4

ACCEL. - G'S

LEFT REAR CORNER-RESULTANT

EVENT TIME (SECS.)

10-54

ZQ-6057-V-4



10-55                    ZQ-6057-V-4



10-56                          20-6057 V-4





CAR 2                                    STAGED COLLISION TEST #4

ACCEL. - G'S

FIREWALL - RESULTANT                EVENT TIME (SECS.)

10 58                          ZQ-6057-V-4



10-59                    ZQ-6057-V-4



10-60                    ZQ-6057-V-4



10-61                    ZQ-6057-V-4



10-6.'                    ZQ-6057-V-4

Table

DUMMY INJURY CRITERIA VALUES

CAR 2 - STRUCK VEHICLE

| | MAXIMUM ACCELERATION ("G") * | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HEAD | | | | CHEST | | | | PELVIS | | | |
| | X | Y | Z | R | X | Y | Z | R | X | Y | Z | R |
| DUMMY (1) | 45 | 20 | 31 | 50 | 55 | 5 | 9 | 56 | 22 | | | |
| DUMMY (2) | 22 | 7 | 16 | 24 | 11 | 6.5 | 6.5 | 14 | 12 | | | |
| DUMMY (3) | | | | | | | | | | | | |
| DUMMY (4) | | | | | | | | | | | | |

| | MAXIMUM FORCE-FEMUR LOAD (LBS) | |
|---|---|---|
| | RIGHT FEMUR | LEFT FEMUR |
| DUMMY (1) | -150 | -350 |
| DUMMY (2) | 118 | 80 |
| DUMMY (3) | | |
| DUMMY (4) | | |

| | MAXIMUM FORCE-SEAT BELTS LOADS (LBS) | | |
|---|---|---|---|
| | SHOULDER STRAP UPPER BELT LOAD | LAP STRAP RIGHT BELT LOAD | LAP STRAP LEFT BELT LOAD |
| DUMMY (1) | | | |
| DUMMY (2) | | | |
| DUMMY (3) | | | |
| DUMMY (4) | | | |

| | HEAD INJURY CRITERIA** | | | | SEVERITY INDEX | |
|---|---|---|---|---|---|---|
| | HIC | $t_1$ (SEC) | $t_2$ (SEC) | AVE. ACC. (g) $t_1$ TO $t_2$ | HEAD | CHEST |
| DUMMY (1) | 204.7 | .095 | .114 | 40.6 | 266 | 200 |
| DUMMY (2) | 119.2 | .118 | .198 | 18.6 | 144 | 43 |
| DUMMY (3) | | | | | | |
| DUMMY (4) | | | | | | |

*DEFINED AS EXCEEDING 0.003  SEC. DURATION

**AS DEFINED IN FMVSS NO. 208

RiCSAC TEST NO. 4

DUMMY DATA

CAR NO. 2 PINTO

| DATA PLOTS | | FILTER CLASS |
|---|---|---|
| HEAD ACCELERATION | X,Y,X | 1000 |
| HEAD RESULTANT | | |
| HEAD SEVERITY INDEX | | |
| CHEST ACCELERATION | X,Y,Z | 180 |
| CHEST RESULTANT | | |
| CHEST VELOCITY | X,Y,Z | |
| CHEST DISPLACEMENT | X,Y,Z | |
| CHEST SEVERITY INDEX | | |
| PELVIC ACCELERATION | X | 180 |
| PELVIC VELOCITY | X | |
| PELVIC DISPLACEMENT | X | |
| FEMUR LOADS | L & R | 600 |

10-64                    ZQ-6057-V-4







10-65                    ZQ-6057-V-4



10-66                    ZQ-6057-V-4



ZQ-6057-V-4







CAR 2                                    STAGED COLLISION TEST #4

ACCEL. – G'S

DUMMY(LF) – CHEST RESULTANT          EVENT TIME (SECS.)

CAR 2

SEVERITY INDEX (X10¹)

DUMMY(LF) – CHEST                    EVENT TIME (SECS.)

ZQ-6057-V-4



10-71                          2Q-6057-V-4



CAR 2                    STAGED COLLISION TEST #4

LOAD - LBS (X10¹)

DUMMY (LF) - RIGHT FEMUR          EVENT TIME (SECS.)

CAR 2

LOAD - LBS (X10²)

DUMMY (LF) - LEFT FEMUR           EVENT TIME (SECS.)

10-72                    ZQ-6057-V.4







10-73                    ZQ-6057-V-4



10-74                    ZQ-6057-V-4



CAR 2                              STAGED COLLISION TEST #4

DUMMY (RF) - CHEST-X COMP.        EVENT TIME (SECS.)

CAR 2

DUMMY (RF) - CHEST-X COMP.        EVENT TIME (SECS.)

CAR 2

DUMMY (RF) - CHEST-X COMP.        EVENT TIME (SECS.)

CAR 2

DUMMY (RF) - CHEST-X COMP.        DISP. - IN.

10-75                    ZQ-6057-V-4



CAR 2                          STAGED COLLISION TEST #4

DUMMY (RF) - CHEST-Y COMP.

CAR 2

DUMMY (RF) - CHEST-Y COMP.

CAR 2

DUMMY (RF) - CHEST-Y COMP.

CAR 2

DUMMY (RF) - CHEST-Y COMP.

10 76                    20-6057-V-4



CAR 2                    STAGED COLLISION TEST #4

DUMMY (RF) - CHEST-Z COMP.              EVENT TIME (SECS.)

CAR 2

DUMMY (RF) - CHEST-Z COMP.              EVENT TIME (SECS.)

CAR 2

DUMMY (RF) - CHEST-Z COMP.              EVENT TIME (SECS.)

CAR 2

DUMMY (RF) - CHEST-Z COMP.      DISP. - IN.

10:77                    2Q-6057-V-4



10-78                    ZQ-6057-V-4



CAR 2          STAGED COLLISION TEST #4

LOAD - LBS (X10⁴)

DUMMY (RF) — RIGHT FEMUR     EVENT TIME (SECS.)

CAR 2

LOAD - LBS (X10⁴)

DUMMY (RF) — LEFT FEMUR     EVENT TIME (SECS.)

10-80         ZQ-6057-V-4

TEST NO. 5

RICSAC STAGED COLLISION

FRONT-TO-REAR
OBLIQUE - OFFSET

TORINO/HONDA

VELOCITY 39.7 MPH

11-1                    ZQ-6057-V-4

11.0    RICSAC STAGED COLLISION - TEST NO. 5

EXPERIMENTAL RESULTS

Test Description

This staged collision involved a 1974 Ford Torino (V-1) striking the rear of a stationary 1975 Honda Civic (V-2) at an oblique 10 degree angle with a 26 inch offset as shown in Figure 11-1. The impact velocity was 39.7 mph. The vehicle test weights were 4600 and 2530 pounds for the Torino and Honda, respectively. Each vehicle had two Part 572 test dummies (50th percentile) seated in the front seat. The dummies in the Honda were instrumented according to FMVSS 208 and were unrestrained. In the Torino the dummies were uninstrumented and were restrained with seat belts.

The Torino was equipped with automatic transmission, power steering and power brakes. The Honda had manual transmission, steering and power brakes. The accident was staged with both transmissions in drive position, brakes off and the engines not running. During the collision no steering control inputs or vehicle braking was applied. The roadway was dry with skid resistance value of 87.

Approximately one car length before impact the vehicle tow cable was released and the vehicle guide rail was terminated. At this point in time and during the collision both vehicles are free bodies with no constraints except the normal collision forces and reactions encountered in this type of car-to-car collision. During the collision event no observed tow cable or instrumentation cable interference with the moving vehicles was noted.

ZQ-6057-V-4

ACCIDENT SCHEMATIC

VEHICLES:

    No. 1 - 1974 FORD TORINO
    No. 2 - 1975 HONDA CIVIC CVCC







Figure 11-1    TEST NO. 5 - RICSAC ACCIDENT SCHEMATIC

11-3                    ZQ-6057-V-4

# CRASH TEST SUMMARY

TEST NO. ___5___          PROJECT Staged Car to Car Collision

DATE __5-10-78__          TIME __12:15__          TEMP. _48°F_

TEST CONDITION __Rear Oblique Offset (26 inch offset at 10 Deg.)__

VEHICLE NO. 1 __1974 Ford Torino__

VEHICLE NO. 2 __1975 Honda__

|  | VEH. NO. 1 | VEH. NO. 2 |
|---|---|---|
| TEST WEIGHT (lbs) | 4600 | 2530 |
| IMPACT ANGLE (deg) * | 0 | 10° |
| IMPACT VELOCITY (mph) ** | 39,76 | 0 |
| MAX. CRUSH (in) | 2.9" | 36.5" |
| MAX. INTRUSION (in) | — | — |

| DUMMIES | VEH. NO. 1 | VEH. NO. 2 |
|---|---|---|
| TYPE | Part 572 | Part 572 |
| LOCATION | Driver (LF), Passenger (RF) | Driver (LF), Passenger (RF) |
| RESTRAINT | 3-Point Restraint | Unrestrained |
|  | (uninstrumented) | (Instrumented) |

NUMBER OF DATA CHANNELS _____6 4_____
NUMBER OF HIGH SPEED CAMERAS _____1 0_____

\* WITH RESPECT TO TOW TRACK CENTERLINE
\*\* SPEED TRAP MEASUREMENT (±0.5% ACCURACY)

TABLE 11-1

TEST NO. 5 - CAR NO. 1
VEHICLE DATA

| TEAM | YEAR | MONTH | DAY | SEQUENCE |
|------|------|-------|-----|----------|
| 1 | 8 | 0 5 | 1 0 | _ _ _ |

---

Vehicle data not collected.  Reason? ____

Vehicle No. __1__                    14-15  No. of VIN Characters  1  1

-22  VIN (Left Justify, Omit Production Numbers)   4  H  2  7  H  2  3  8327

-27  Make/Model (CPIR Code)  Ford - Torino 4 Door    1  2  1  0  1
                                                      9  2  1  1  1
-32  Mileage (Odometer Reading) 99998 = 99998  mi. or more   _ _ _ _ _ ,
                                  99999 = Unknown

-34  Model Year                                              7  4

-36  **BODY STYLE**

| Automobiles | | Trucks | | Other | |
|---|---|---|---|---|---|
| Passenger Car | (01) | Van - Passenger | 05 | School Bus | 11 |
| Stationwagon | 02 | - Cargo | 06 | Other Bus | 12 |
| Convertible | 03 | Multi-Purpose | 07 | Motorcycle | 13 |
| Car, pickup body | 04 | Pickup | 08 | Other Body Style | 98 |
| (e.g., El Camino, | | Straight Truck | 09 | Unknown | 99 |
| Ranchero, etc.) | | Tractor-Trailer | 10 | | |

| VEHICLE WEIGHT | | 43  TOWING ANOTHER VEHICLE | |
|---|---|---|---|
| -39  Curb              4  0 ,  0  0 | | Yes | 1 |
| -42  Occupant and Cargo Only  _ _ , 0  0 | | No | (2) |
| | | Unknown | 9 |

VEHICLE DAMAGE

| | Object Contacted | CDC | | | | | | Veh. No. | Impact No. | |
|---|---|---|---|---|---|---|---|---|---|---|
| -54  (1) | 0  1 | 1  2 | F | Z | E | W | 1 | 2 | 1 | (1) = Highest |
| -65  (2) | _ _ | _ _ | _ | _ | _ | _ | _ | _ | _ | Severity |
| (3) | _ _ | _ _ | _ | _ | _ | _ | _ | _ | _ | (Estimated ΔV) |
| (4) | _ _ | _ _ | _ | _ | _ | _ | _ | _ | _ | |

| 66  VEHICLE TOWED FROM SCENE | | |
|---|---|---|
| | Yes | (1) |
| | No | 2 |
| | Unknown | 9 |

| 67  SOURCE OF VEHICLE DATA | | 68  VEHICLE INSPECTION | |
|---|---|---|---|
| Inspection at Repair or Tow Facility | (1) | Not Inspected | 0 |
| Inspection at Person's Home | 2 | Inspected on First Visit | (1) |
| Inspection at Scene | 3 | Actual Number of Locations Visited | |
| Not Inspected (Photos or Repair Data) | 4 | (Including Follow-Ups to Same Location) | 2 |
| Not Inspected. Reason. _____ | | | 3 |
| | | | 4 |
| _____ | 5 | | 5 |
| Unknown | 9 | | 6 |
| | | | 7 |
| | | 8 or More | 8 |
| | | Unknown | 9 |

| | 69  APPLICABLE VEHICLE | Yes | (1) |
|---|---|---|---|
| | | No | 2 |

---

NOTE:  COLUMN NUMBERS FROM THE SUMMARY VEHICLE DATA FORM ARE LISTED
ON THE LEFT IN THIS FORM TO SIMPLIFY TRANSFER OF DATA.

Figure 11-2
VEHICLE CRUSH SCHEMATIC
TEST NO. 5 - CAR NO. 1



| DAMAGE DESCRIPTION | | WHEEL STEER ANGLES* |
|---|---|---|
| WHEELS LOCKED BY DAMAGE | | (For locked front wheels or displaced rear axles only) |

DAMAGE DESCRIPTION
WHEELS LOCKED BY DAMAGE

RF  2
LF  2
RR  2
LR  2

1 Yes, 2 No, 8 NA, 9 Unk.

WHEEL STEER ANGLES*
(For locked front wheels or displaced rear axles only)

RF $^+_-$  N A
LF $^+_-$  N A
RR $^+_-$  N A        Within $^+_-$ 5°
LR $^+_-$  N A



42.75

1.7

38.5

51.75  [51.8]

118.1  [118]  ORIGINAL DIMENSIONS

40.5  [45.8]

1.5
33.5

3½" Max crush on front cowl
Located 9.5"
Right of center
and 37½" from
ground level

| Impact Number | L | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ | D+ $-$ |
|---|---|---|---|---|---|---|---|---|
| 1 | 33.5 | 1.4 | 1.4 | 2 | 2.1 | 2.25 | 2.9 | 20.25 |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

NOTE:  MEASURE $C_1$ TO $C_6$ FROM:  DRIVER TO PASSENGER SIDE IN FRONT OR REAR
IMPACTS: REAR TO FRONT IN SIDE IMPACTS

2/77

11-6

ZQ-6057-V-4

Figure 11-3
OCCUPANT CONTACT DATA
TEST NO. 5 - CAR NO. 1

VEHICLE INTERIOR

Occupant Contacts



Sketch controls in appropriate positions, if contacted.  Sketch all occupant
contact points and code on next two pages.  Dash lines indicate center of
instrument panel-windshield area and top of panel for measurement purposes.

2Q-6057-V-4

TABLE 11-2

TEST NO. 5 - CAR NO. 2

VEHICLE DATA

| TEAM | YEAR | MONTH | DAY | SEQUENCE |
|------|------|-------|-----|----------|
| 1 | 8 | 0 5 | 1 0 | _ _ _ |

---

| | Vehicle data not collected. Reason? _____ |
|---|---|
| | Vehicle No. ___2___   14-15  No. of VIN Characters  1  0 |
| 16-22 | VIN (Left Justify, Omit Production Numbers)  SG-A  1  0  1  6  3  8  1 |
| 23-27 | Make/Model (CPIR Code) _Honda Civic CVCC_   8  8  1  0  9 |
| 28-32 | Mileage (Odometer Reading) 99998 = 99998 mi. or more   ___ ___,___ ___ ___ |
| 33-34 | Model Year  99999 = Unknown   7  5 |

| 35-36 | BODY STYLE |
|---|---|

| Automobiles | | Trucks | | Other | |
|---|---|---|---|---|---|
| Passenger Car | ⓪① | Van - Passenger | 05 | School Bus | 11 |
| Stationwagon | 02 | - Cargo | 06 | Other Bus | 12 |
| Convertible | 03 | Multi-Purpose | 07 | Motorcycle | 13 |
| Car, pickup body | 04 | Pickup | 08 | Other Body Style | 98 |
| (e.g., El Camino, | | Straight Truck | 09 | Unknown | 99 |
| Ranchero, etc.) | | Tractor-Trailer | 10 | | |

| | VEHICLE WEIGHT | | 43 | TOWING ANOTHER VEHICLE | |
|---|---|---|---|---|---|
| 37-39 | Curb | 1 , 7  0  0 | | Yes | 1 |
| 40-42 | Occupant and Cargo Only | ___ ___,  0  0 | | No | ② |
| | | | | Unknown | 9 |

| | VEHICLE DAMAGE | | | | | | | | Veh. No. | Impact No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Object Contacted | | CDC | | | | | | | | |
| 44-54 | (1) | 0  3 | 0  5 | B | D | E | W | 8 | 1 | 1 | (1) = Highest |
| 55-65 | (2) | ___ ___ | ___ ___ | _ | _ | _ | _ | _ | _ | _ | Severity |
| | (3) | ___ ___ | ___ ___ | _ | _ | _ | _ | _ | _ | _ | (Estimated ΔV) |
| | (4) | ___ ___ | ___ ___ | _ | _ | _ | _ | _ | _ | _ | |

| 66 | VEHICLE TOWED FROM SCENE | Yes | ① |
|---|---|---|---|
| | | No | 2 |
| | | Unknown | 9 |

| 67 | SOURCE OF VEHICLE DATA | | 68 | VEHICLE INSPECTION | |
|---|---|---|---|---|---|
| | Inspection at Repair or Tow Facility | ① | | Not Inspected | 0 |
| | Inspection at Person's Home | 2 | | Inspected on First Visit | ① |
| | Inspection at Scene | 3 | | Actual Number of Locations Visited | |
| | Not Inspected (Photos or Repair Data) | 4 | | (Including Follow-Ups to Same Location) | 2 |
| | | | | | 3 |
| | Not Inspected. Reason. _____ | | | | 4 |
| | | 5 | | | 5 |
| | | | | | 6 |
| | Unknown | 9 | | | 7 |
| | | | | 8 or More | 8 |
| | | | | Unknown | 9 |

| 69 | APPLICABLE VEHICLE | Yes | ① |
|---|---|---|---|
| | | No | 2 |

---

NOTE:  COLUMN NUMBERS FROM THE SUMMARY VEHICLE DATA FORM ARE LISTED
ON THE LEFT IN THIS FORM TO SIMPLIFY TRANSFER OF DATA.

Figure 11- 4
VEHICLE CRUSH SCHEMATIC
TEST NO. 5 - CAR NO. 2



GE DESCRIPTION
EELS LOCKED BY DAMAGE

RF __2__
LF __2__
RR __1__
LR __1__

Yes, 2 No, 8 NA, 9 Unk.

Contact begins 24.9"
Right of center of an
Undamaged bumper

WHEEL STEER ANGLES*
(For locked front wheels or displaced rear axles only)

RF * __N A__
LF * __N A__
RR * __2 5__    Within ± 5°
LR * __0 4__

36.5"
Max crush
located
At c2
which is
10.5" right
of the left
Bumper corner

ORIGINAL DIMENSIONS

| Impact Number | L | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ | D+ |
|---|---|---|---|---|---|---|---|---|
| 1 | 53 | 36 | 36.5 | 31.5 | 23 | 13.25 | 6 | -1.6 |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

NOTE: MEASURE $C_1$ TO $C_6$ FROM: DRIVER TO PASSENGER SIDE IN FRONT OR REAR
IMPACTS: REAR TO FRONT IN SIDE IMPACTS

11-9                    ZQ-6057-V-4

Figure 11-5

OCCUPANT CONTACT DATA
TEST NO. 5 - CAR NO. 2

VEHICLE INTERIOR

Occupant Contacts



Sketch controls in appropriate positions, if contacted.  Sketch all occupant
contact points and code on next two pages.  Dash lines indicate center of
instrument panel-windshield area and top of panel for measurement purposes.

2/77

See Reverse Side
for Seat Contact information

11-10

ZQ-6057-V-4









Figure 11-6 TEST NO. 5 — PRE TEST COLLISION CONFIGURATION



Figure 11-7 TEST NO. 5 — POST TEST COLLISION SCENE

ZQ-6057-V-4






Figure 11-8 TEST NO. 5 — PRE AND POST EXTERIOR VIEWS, CAR NO. 1 - TORINO






Figure 11-9 TEST NO. 5 — PRE AND POST EXTERIOR REAR VIEWS, CAR NO. 2 - HONDA



Figure 11-10 TEST NO. 5 — PRE AND POST EXTERIOR SIDE VIEWS, CAR NO. 2 - HONDA






Figure 11-11 TEST NO. 5 — PRE AND POST INTERIOR VIEWS, CAR NO. 1 - TORINO

EQ-6057-V-4






Figure 11-12 TEST NO. 5 — PRE AND POST INTERIOR VIEWS, CAR NO. 2 - HONDA

TABLE 11-3

ELECTRONIC INSTRUMENTATION TEST No. 5

BULLET VEHICLE – CAR 1 – 1974 FORD TORINO

| TRANSDUCER DESCRIPTION OR ACCELEROMETER LOCATION * | DIRECTION OF PARAMETER BEING MEASURED | LOCATION ON VEHICLE | DESCRIPTION LISTED ON DATA PLOTS |
|---|---|---|---|
| VEHICLE ACCELEROMETER | | | |
| 1 | X,Y,Z | Floorpan L.F. Corner | Left Front Corner |
| 2 | X,Y,Z | Floorpan R.R. Corner | Right Rear Corner |
| 3 | X,Y,Z | Firewall | Firewall |
| 4 | X,Y,Z | Rear Deck | Rear Deck |
| 5 | X | Bumper | Bumper |
| VEHICLE ATTITUDE | | | |
| Pitch Angle – 6 | | Gyro Package | Vehicle Pitch Angle |
| Roll Angle – 6 | | Gyro Package | Vehicle Roll Angle |
| Yaw Angle – 6 | | Gyro Package | Vehicle Yaw Angle |
| Yaw Rate Angle – 6 | | Gyro Package | Vehicle Yaw Rate |
| Steer Angle | | Front Wheels | Steer Angle – Front Wheels |
| R.F. Wheel Velocity | | R.F. Wheel Axle | R.F. Wheel Velocity |
| L.F. Wheel Velocity | | L.F. Wheel Axle | L.F. Wheel Velocity |
| R.R. Wheel Velocity | | R.R. Wheel Axle | R.R. Wheel Velocity |
| L.R. Wheel Velocity | | L.R. Wheel Axle | L.R. Wheel Velocity |
| 7 | CRASH RECORDER UNDER FRONT SEAT | | |

*SEE FIGURE *11-13* VEHICLE INSTRUMENTATION LOCATIONS

11-18

ZQ-6057-V-4



Figure 11-13  VEHICLE INSTRUMENTATION LOCATIONS

CAR 1 - 1974 FORD TORINO - TEST NO. 5

ZQ-6057-V-4

TABLE 11-4

ELECTRONIC INSTRUMENTATION TEST ___No. 5___
TARGET VEHICLE - CAR 2 - 1975 HONDA

| TRANSDUCER DESCRIPTION OR ACCELEROMETER LOCATION * | DIRECTION OF PARAMETER BEING MEASURED | LOCATION ON VEHICLE | DESCRIPTION LISTED ON DATA PLOTS |
|---|---|---|---|
| VEHICLE ACCELEROMETER | | | |
| 1 | X,Y,Z | Floorpan L.F. Corner | L.F. Corner |
| 2 | X,Y,Z | Floorpan L.R. Corner | R.F. Corner |
| 3 | X,Y,Z | Firewall | Firewall |
| 4 | X,Y,Z | Rear Deck | Rear Deck |
| | | | |
| VEHICLE ATTITUDE | | | |
| Pitch Angle - 5 | | Gyro Package | Vehicle Pitch Angle |
| Roll Angle - 5 | | Gyro Package | Vehicle Roll Angle |
| Yaw Angle - 5 | | Gyro Package | Vehicle Yaw Angle |
| Yaw Rate Angle - 5 | | Gyro Package | Vehicle Yaw Rate |
| Steer Angle | | Front Wheels | Steer Angle - Front Wheels |
| R.F. Wheel Velocity | | R.F. Wheel Axle | R.F. Wheel Velocity |
| L.F. Wheel Velocity | | L.F. Wheel Axle | L.F. Wheel Velocity |
| R.R. Wheel Velocity | | R.R. Wheel Axle | R.R. Wheel Velocity |
| L.F. Wheel Velocity | | L.R. Wheel Axle | L.R. Wheel Velocity |
| | | | |
| DUMMY | | | |
| L.F. Head | X,Y,Z | L.F. Seat | Dummy L.F. Head |
| L.F. Chest | X,Y,Z | L.F. Seat | Dummy L.F. Chest |
| L.F. Femurs | R,L** | L.F. Seat | Dummy L.F. Femur |
| L.F. Pelvic | X | L.F. Seat | Dummy L.F. Pelvic |
| R.F. Head | X,Y,Z | R.F. Seat | Dummy R.F. Head |
| R.F. Chest | X,Y,Z | R.F. Seat | Dummy R.F. Chest |
| R.F. Femurs | R,L** | R.F. Seat | Dummy R.F. Femur |
| R.F. Pelvic | X | R.F. Seat | Dummy R.F. Pelvic |
| 6 | CRASH RECORDER UNDER FRONT SEAT | | |

*SEE FIGURE 11-14  VEHICLE INSTRUMENTATION LOCATIONS

11-20

ZQ-6057-V-4



Figure 11-14  VEHICLE INSTRUMENTATION LOCATIONS

CAR NO. 2 - 1975 HONDA - TEST NO. 5

11-21                    ZQ-6057-V-4

TABLE 11-5

VEHICLE TEST WEIGHTS - TEST NO. 5

CAR 2 -  Target - 1975 Honda

| | | | |
|---|---|---|---|
| Left Front | 730 lbs. | Left Rear | 550 lbs. |
| Right Front | 720 lbs. | Right Rear | 530 lbs. |
| Total Front | 1450 lbs. | Total Rear | 1080 lbs. |

Total Weight = 1450 lbs.  +  1080 lbs.  = 2530 lbs.

Wheel Base    87 in.

$$Cg_{FW} = \frac{1080 \text{ lbs.}}{2530 \text{ lbs.}} \quad 87 \text{ in.} \qquad = 37.1 \text{ in.}$$

CAR 1 -  Bullet - 1974 Torino

| | | | |
|---|---|---|---|
| Left Front | 1265 lbs. | Left Rear | 1065 lbs. |
| Right Front | 1165 lbs. | Right Rear | 1105 lbs. |
| Total Front | 2430 lbs. | Total Rear | 2170 lbs. |

Total Weight = 2430 lbs.  +  2170 lbs.  = 4600 lbs.

Wheel Base    118.5 in.

$$Cg_{FW} = \frac{2170 \text{ lbs.}}{4600 \text{ lbs.}} \quad 118.5 \text{ in.} \qquad = 55.9 \text{ in.}$$

ZQ-6057-V-4



Figure 11-15
STAGED COLLISION SCENE
CAMERA LOCATIONS
TESTS 3, 4, 5

ZQ-6057-V-4

TABLE 11-6

HIGH SPEED CAMERA INFORMATION (TEST __NO. 5_____ )

| CAMERA NO. | LOCATION | TYPE | LENS (mm) | SPEED (fps) |
|---|---|---|---|---|
| 1 | NORTHEAST | PHOTOSONIC | 25 MM | 660 |
| 2 | SOUTH | PHOTOSONIC | 50 MM | 750 |
| 3 | SOUTHWEST | PHOTOSONIC | 50 MM | 725 |
| 4 | WEST | PHOTOSONIC | 35 MM | 730 |
| 5 | TOWER 45 | PHOTOSONIC | 13 MM | 710 |
| 6 | TOWER CLOSE | PHOTOSONIC | 13 MM | 500 |
| 7 | TOWER WIDE | PHOTOSONIC | 8 MM | 500 |
| 8 | O. B. DRIVER | STALEX | 8 MM | 700 |
| 9 | O. B. HOOD | STALEX | 8 MM | 800 |
| 10 | O. B. PASS | STALEX | 8 MM | 1000 |

NOTE:  CAMERAS ARE NUMBERED ACCORDING TO SPLICING SEQUENCE OF FILM.

(24 fps) REAL TIME MOVIE FILM COVERAGE OF PRE-CRASH, POST-CRASH AND CRASH EVENT SPLICED AT START AND END OF FILM.

ZQ-6057-V-4



Figure 11-16 TEST NO. 5
CAR NO. 1 WHEEL RESPONSES
11-25                    ZQ-6057-V-4



Figure 11-17 TEST NO. 5
CAR NO. 1 VEHICLE ATTITUDE
11-26                     ZQ-6057-V-4



Figure 11-18 TEST NO. 5
CAR NO. 2 WHEEL RESPONSES
11-27

2Q-6057-V-4



Figure 11-19 TEST NO. 5 - CAR NO. 2
VEHICLE ATTITUDE
11-28                    ZQ-6057-V-4

RICSAC TEST NO. 5

VEHICLE RESPONSES

CAR NO. 1 TORINO

DATA PLOTS

ACCELERATION TIME HISTORIES

VELOCITY TIME HISTORIES

DISPLACEMENT TIME HISTORIES

ACCELERATION VS DISPLACEMENT

FILTER CLASS 60

11-29                    2Q-6057-V-4



11-30                      7Q-6057-V-4



CAR 1                    STAGED COLLISION TEST #5

ACCEL. - G'S

-0.05    0.00    0.05    0.10    0.15    0.20    0.25    0.30
LEFT FRONT CORNER - Y COMP.          EVENT TIME (SECS.)

CAR 1

VELOCITY - MPH

-0.05    0.00    0.05    0.10    0.15    0.20    0.25    0.30
LEFT FRONT CORNER - Y COMP.          EVENT TIME (SECS.)

CAR 1

DISPLACE - IN.

-0.05    0.00    0.05    0.10    0.15    0.20    0.25    0.30
LEFT FRONT CORNER - Y COMP.          EVENT TIME (SECS.)

CAR 1

ACCEL. - G'S

-12    -8    -4    0    4
LEFT FRONT CORNER - Y COMP.          DISP. - IN.

11-31                    2Q-6057-V-4





11-33                    ZQ-6057-V-4



11-54                          ZQ-6057-V-4



11-35                    ZQ-6057-V-4



ZQ-6057-V-4



11-37                    ZQ-6057-V-4



11-58                    2Q-6057-V-4



CAR 1                                    STAGED COLLISION TEST #6

FIREWALL - Y COMPONENT              EVENT TIME (SECS.)

CAR 1

FIREWALL - Y COMPONENT              EVENT TIME (SECS.)

CAR 1

FIREWALL - Y COMPONENT              EVENT TIME (SECS.)

CAR 1

FIREWALL - Y COMPONENT              DISP. - IN.

11-39                    ZQ-6057-V-4



11-40                              ZQ-6057-V-4



CAR 1                         STAGED COLLISION TEST #5

FIREWALL - RESULTANT                    EVENT TIME (SECS.)

11-41                    IQ-6057-V-4



11-42                        ZQ-6057-V-4



11-43                    ZQ-6057-V-4



11-46                    3Q-6057-V-4

RICSAC TEST NO. 5

VEHICLE RESPONSES

VEHICLE NO. 2 HONDA

DATA PLOTS

ACCELERATION TIME HISTORIES

VELOCITY TIME HISTORIES

DISPLACEMENT TIME HISTORIES

ACCELERATION VS DISPLACEMENT

FILTER CLASS 60

11-47                    ZQ-6057-V-4



11-48                           ZQ-6057-V-4





ZQ-6057-V-4



CAR 2                    STAGED COLLISION TEST #5

ACCEL. — G'S

LEFT FRONT CORNER-RESULTANT          EVENT TIME (SECS.)



11-52                    ZQ-6057-V-4



11-53                    ZQ-6057-V-4



11-54                    ZQ-6057-V-4



CAR 2                                    STAGED COLLISION TEST #5

ACCEL. - G'S (X10¹)

LEFT REAR CORNER-RESULTANT          EVENT TIME (SECS.)

11-55                        ZQ-6057-V-4



ZQ-6057-V-4



11-57          ZQ-6057-V-4



ZQ-6057-V-4



ZQ-6057-V-4



11-60                                    ZQ-6057-V-4



11-61                    ZQ-6057-V-4



11-62                    ZQ-6057-V-4



CAR 2                                    STAGED COLLISION TEST #5

ACCEL. - G'S

REAR DECK - RESULTANT                    EVENT TIME (SECS.)

11-63                          ZQ-6057-V-4

Table 7

DUMMY INJURY CRITERIA VALUES

CAR 2 - STRUCK VEHICLE

| | MAXIMUM ACCELERATION ("G") * | | | | | | | | | | | |
| | HEAD | | | | CHEST | | | | PELVIS | | | |
| | X | Y | Z | R | X | Y | Z | R | X | Y | Z | R |
| DUMMY (1) | 100 | -20 | 50 | 105 **** | 50 | -20 | 26 | 60 | 50 | -- | -- | -- |
| DUMMY (2) | 29 | *** | 20 | 35 | 17 | 17 | 9 | 19 | 45 | | | |
| DUMMY (3) | | | | | | | | | | | | |
| DUMMY (4) | | | | | | | | | | | | |

| | MAXIMUM FORCE-FEMUR LOAD (LBS) | |
| | RIGHT FEMUR | LEFT FEMUR |
| DUMMY (1) | -120 | -120 |
| DUMMY (2) | 100 | 100 |
| DUMMY (3) | | |
| DUMMY (4) | | |

| | MAXIMUM FORCE-SEAT BELTS LOADS (LBS) | | |
| | SHOULDER STRAP UPPER BELT LOAD | LAP STRAP RIGHT BELT LOAD | LAP STRAP LEFT BELT LOAD |
| DUMMY (1) | | | |
| DUMMY (2) | | | |
| DUMMY (3) | | | |
| DUMMY (4) | | | |

| | HEAD INJURY CRITERIA** | | | | SEVERITY INDEX | |
| | HIC | $t_1$ (SEC) | $t_2$ (SEC) | AVE. ACC. (g) $t_1$ TO $t_2$ | HEAD | CHEST |
| DUMMY (1) | 899.5 | .110 | .129 | 73.8 | 1167 | 340 |
| DUMMY (2) | 67.8 | .116 | .177 | 16.6 | 107 | 66 |
| DUMMY (3) | | | | | | |
| DUMMY (4) | | | | | | |

*DEFINED AS EXCEEDING 0.003 SEC. DURATION
**AS DEFINED IN FMVSS NO. 208
***DATA LOST DUE TO CUT WIRE
****RESULTANT OF X AND Z ONLY

RICSAC TEST NO. 5

DUMMY DATA

CAR NO. 2 HONDA


DATA PLOTS                    FILTER CLASS


HEAD ACCELERATION      X,Y,X          1000

HEAD RESULTANT

HEAD SEVERITY INDEX

CHEST ACCELERATION     X,Y,Z           180

CHEST RESULTANT

CHEST VELOCITY         X,Y,Z

CHEST DISPLACEMENT     X,Y,Z

CHEST SEVERITY INDEX

PELVIC ACCELERATION    X               180

PELVIC VELOCITY        X

PELVIC DISPLACEMENT    X

FEMUR LOADS            L & R           600


ZQ-6057-V-4







11-68                    2Q-6057-V-4



11-69                    ZQ-6057-V-4



ZQ-6057-V-4



11-71                          ZQ-6057-V-4



11-72                    ZQ-6057-V-4





STAGED COLLISION TEST #5

11-74                    ZQ-6057-V-4





11-77                    ZQ-6057-V-4



11-76                    ZQ-6057-V-4



11-78                ZQ-6057-V-4



11-79                              ZQ-6057-V-4



11-80                    ZQ-6057-V-4





CAR 2                                    STAGED COLLISION TEST #5

DUMMY (RF) - CHEST RESULTANT                 EVENT TIME (SECS.)

CAR 2

DUMMY (RF) - CHEST                           EVENT TIME (SECS.)

11-82                    ZQ-6057-V-4



11-83                    ZQ-6057-V-4



*U.S. GOVERNMENT PRINTING OFFICE : 1979 O-652-545/171