The Honorable Theresa L. Fricke

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRICK S. DRAGOS, | No. 2:19-cv-01338-JCC-TLF |
| Plaintiff(s), | ORDER ON DEFENDANT'S MOTION TO CONTINUE DISCOVERY CUTOFF AND ALTERNATIVE DISPUTE RESOLUTION DEADLINES |
| v. | |
| MICHAEL G. CORNEA, ET AL., | |
| Defendant(s). | |

**THIS MATTER** came on for consideration on Defendant Michael Cornea's Motion to Continue Discovery Cutoff and Alternative Dispute Resolution Deadlines. The Court considered the following:

1. Defendant Michael Cornea's Motion to Continue Discovery Cutoff and Alternative Dispute Resolution Deadlines;

2. Declaration of Eric Chavez in Support of Defendant Cornea's Motion to Continue Discovery Cutoff and Alternative Dispute Resolution Deadlines with exhibits attached;

ORDER ON MOTION TO CONTINUE– 1

GLP ATTORNEYS, P.S., INC.
ATTORNEYS AT LAW
2601 FOURTH AVENUE, FLOOR 6
SEATTLE, WA 98121
(206) 448-1992
FACSIMILE (206) 448-4640

3. Plaintiff's Response to Defendant's Motion to Continue Discovery Cutoff and Alternative Dispute Resolution Deadlines;

4. _____

5. _____

6. _____

7. _____

It is hereby **ORDERED ADJUDGED AND DECREED** that Defendant's Motion to Continue Discovery Cutoff is **GRANTED IN PART AND DENIED IN PART**. The court finds good cause to, and does hereby, continue the alternative dispute resolution deadline to July 8, 2021. The request to continue the discovery cutoff is denied as moot.

DONE IN CHAMBERS this  14th  day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE THERESA L. FRICKE

Presented by:

GLP ATTORNEYS, P.S., INC.

_____
James Gooding, WSBA No. 23833
Adrienne Harris, WSBA #28784
Anne Vankirk, WSBA #47321
GLP Attorneys, P.S., Inc.
2601 4th Ave, Floor 6
Seattle, WA 98121-1287
Phone: (206) 448-1992
Fax: (206) 448-4640
Email: jgooding@glpattorneys.com
Attorney for Plaintiff

ORDER ON MOTION TO CONTINUE– 2

GLP ATTORNEYS, P.S., INC.
ATTORNEYS AT LAW
2601 FOURTH AVENUE, FLOOR 6
SEATTLE, WA 98121
(206) 448-1992
FACSIMILE (206) 448-4640

Approved as to form and notice of presentation waived:

_____
Eric S. Chavez, WSBA #41676
Mix Sanders Thompson, PLLC
1420 Fifth Avenue, 22nd Floor
Seattle, WA 98101
Phone: (206) 521-5989
Fax: (888) 521-5980
Email: eric@mixsanders.com
*Attorney for Defendant*

ORDER ON MOTION TO CONTINUE– 3

**GLP ATTORNEYS, P.S., INC.**
**ATTORNEYS AT LAW**
**2601 FOURTH AVENUE, FLOOR 6**
**SEATTLE, WA 98121**
**(206) 448-1992**
**FACSIMILE (206) 448-4640**