THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRICK S. DRAGOS, | CASE NO. C19-1338-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL G. CORNEA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial (Dkt. No. 92). Trial is presently scheduled to begin on August 30, 2021. (Dkt. No. 62.) The parties request a continuance to October 25, 2021 to enable their experts to testify at trial. (Dkt. No. 92 at 2.) The parties also indicate that they now expect trial to last eight days. (*Id.*) Having thoroughly considered the motion and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that trial in this matter is CONTINUED to October 25, 2021 at 9:30 a.m. The Court further ORDERS that the proposed pretrial order is due on October 11, 2021. Trial briefs, proposed voir dire, and jury instructions are due on October 15, 2021. No other case management deadlines are modified.

//

DATED this 10th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
