THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK S. DRAGOS, | CASE NO. C19-1338-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL G. CORNEA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

A jury trial is set in the above-captioned matter for October 25, 2021 at 9:30 a.m. before this Court. The parties have submitted motions in limine (Dkt. Nos. 83, 85, 86) and responses (Dkt. Nos. 89, 91). The parties are ADVISED that the Court may provide oral rulings on the motions in limine the first morning of trial. The parties are REMINDED that the pretrial order is due October 11, 2021. (*See* Dkt. No. 95.) Trial briefs, proposed voir dire, and jury instructions are due October 15, 2021. (*Id.*)

The parties are DIRECTED to jointly submit two sets of course-of-trial and end-of-trial jury instructions: one numbered sequentially, with citations, indicating whether the instruction is agreed or disputed, and another set without numbering, citations, or indication whether the instruction is agreed or disputed. The parties should refer to the instructions in Local Civil Rule

51 for further details about how to prepare and format the jury instructions. All standard jury instructions should be included.

A clean copy of proposed instructions and verdict forms should also be submitted in word format to the following e-mail address: CoughenourOrders@wawd.uscourts.gov.

DATED this 27th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
