The Honorable John C. Coughenour

# UNITED STATE DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

PATRICK S. DRAGOS,

         Plaintiff(s),

v.

MICHAEL G. CORNEA, ET AL.,

         Defendant(s).

No. 2:19−cv−01338−JCC−TLF

**PRETRIAL ORDER**

**[proposed]**

**(Clerk's Action Required)**

## I. JURISIDICTION

This Court has jurisdiction pursuant to 28 U.S.C. §1332. Venue is proper pursuant to 28 U.S.C.§ 1391(b) (2) because Plaintiff's claim arose in the city of Seattle, County of King, Washington.

## II. CLAIMS AND DEFENSES

Plaintiff will pursue the following claims:

1. Defendant Michael Cornea, individually and on behalf of his marital community, was negligent when he caused a rear-end collision between his car and Plaintiff Patrick Dragos's car.

2. Plaintiff claims the subject collision caused him personal injuries and damages.

PRETRIAL ORDER – 1
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

The Defendant will pursue the following affirmative defenses:

1.  Plaintiff's injuries and damages, if any, were caused by prior and/or subsequent incidents and/or third-parties over which defendant had no control or right of control, including but not limited to Coquese Renfroe. Defendant requests apportionment of Plaintiff's damages pursuant to RCW 4.22.070 *et seq.*

2.  Defendant will also present evidence to support its denial that the subject accident proximately caused Plaintiff's injuries and damages as claimed.

Plaintiff objects and contends that Defendant's first affirmative defense is not proper under the law.

### III.   ADMITTED FACTS

1.  Plaintiff, Patrick Dragos is a citizen of the United States, currently residing in Auburn, Washington. During all times relevant to this lawsuit, Mr. Dragos resided in King County, Washington.

2.  Defendant Michael Cornea is a citizen of the United States, currently residing in the State of Alaska as of September 2021. At all times relevant to this lawsuit, prior to moving to Alaska, Mr. Cornea resided in Portland, County of Cumberland, Maine.

3.  On October 8, 2016, Defendant Michael Cornea rear-ended Plaintiff Patrick Dragos at a red light at Jackson Street and Fourth Avenue, in Seattle.

4.  Defendant Michael Cornea admits liability for the subject accident, but disputes that the subject accident proximately caused the injuries and damages alleged.

### IV.   ISSUES OF LAW

1.  Whether Plaintiff's claimed injuries and damages were proximately caused by the October 8, 2016 rear-end motor vehicle collision?

PRETRIAL ORDER – 2
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

2. Whether Plaintiff's claimed injuries and damages were proximately caused or contributed to by a subsequent collision involving non-party Coquese Renfroe?

Plaintiff objects and contends that the second issue is not proper under the law.

## V.   EXPERT WITNESSES

(a) Each party shall be limited to 4 expert witness(es) on the issues of damages.

(b) The name(s) and addresses of the expert witness(es) to be used by each party at the trial and the issue upon which each will testify are:

(1) On behalf of Plaintiff:

    a.  Frank Marinkovich, MD          Will testify
        Eastside Family Health Center
        11415 Slater Ave NE
        Kirkland, WA 98033
        425-899-2525

Dr. Marinkovich will be called as an expert to provide relevant and material testimony regarding history, mechanism of injury, diagnosis, prognosis, causation of injuries, past and future medical treatment, reasonableness and necessity of Plaintiff's medical bills and health care costs, medical disability causing past and future wage loss, the effect the injuries have had on his day-to-day life, observations regarding Plaintiff's pain suffering, and discomfort and such other testimony as deemed relevant by the trial judge and trier of fact. This expert will further provide testimony as to the permanent impairment that Plaintiff has sustained as a result of his injuries.

This expert will base his testimony on his treatment of Plaintiff, his assessment of the evidence, interrogatory responses, deposition testimony, inspection of the evidence, and any other documentation this expert feels is pertinent to his evaluation, as well as his training, knowledge, and experience in this field.

    b.  Jason Wilcox, MD          Will testify
        Orthopedic Physician Associates

PRETRIAL ORDER – 3
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

        601 Broadway, 6th Floor
        Seattle, WA 98122
        206-309-4762

Dr. Wilcox will be called as an expert to provide relevant and material testimony regarding history, mechanism of injury, diagnosis, prognosis, causation of injuries, past and future medical treatment, reasonableness and necessity of Plaintiff's medical bills and past and future health care costs, medical disability causing past and future wage loss, the effect the injuries have had on Patrick Dragos's day-to-day life, observations regarding Plaintiff's pain suffering, and discomfort, and such other testimony as deemed relevant by the trial judge and trier of fact.

This expert will base his testimony on his treatment of Plaintiff, including the right hip arthroscopic labral repair, his assessment of the evidence, as well as his training, knowledge, and experience in this field.

   c.  Carla Haney, PT                                    Will testify
      Northwest Return to Work
      19221 36th Ave. W., Suite 101
      Lynnwood, WA 98036
      425-774-9564

Ms. Haney is a licensed physical therapist with Bachelor of Science degrees in psychology and physical therapy from the University of Puget Sound. She has been involved with functional capacity evaluations for more than 20 years. She has several years of experience in both outpatient orthopedic and industrial rehabilitation. She will be called as an expert to provide relevant and material testimony regarding Plaintiff's ability to perform work activities, Plaintiff's physical capacity level, individual job analyses, and the need for specific work restrictions and/or treatment recommendations.

This expert will base her testimony on her examination of Plaintiff, assessment of the evidence, as well as her training, knowledge and experience in this field.

PRETRIAL ORDER – 4
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

| | | |
|---|---|---|
| d. | John Berg, M.Ed.<br>Vocational Consulting, Inc.<br>3515 SW Alaska Street<br>Seattle, WA 98126<br>(206) 933-8870 | Will testify |

John Berg, M.Ed., is a vocational counselor who will provide testimony of Plaintiff's past and future economic damages, including past wage loss, loss of future earnings capacity, loss of fringe benefits, future costs of professional services, future cost of medication and loss of home services, taking into consideration the Plaintiff's injuries, age, health, life expectancy, occupation, education, training, and habits. Mr. Berg will also take into account Plaintiff's medical records and any future vocational testing. Mr. Berg, a vocational counselor, may also testify to the extent of Plaintiff's future long term vocational employment opportunities.

(2) On behalf of defendant:

| | | |
|---|---|---|
| a. | James Harris, M.D.<br>c/o AMG, Inc.<br>700 NW Gilman Blvd #147<br>Issaquah, WA 98027 | Will Testify |

Dr. Harris has reviewed the medical records of Plaintiff Patrick Dragos and performed an independent medical examination on January 2, 2020. He will opine regarding plaintiff's medical history, mechanism of injury, diagnosis, prognosis, causation of injuries, past and future medical treatment, and reasonableness and necessity of plaintiff's medical treatment and expenses.

| | | |
|---|---|---|
| b. | William E. Partin, CPA, ABV, MAFF, CFE<br>Mueller & Partin, PS, Inc.<br>Washington Federal Center<br>400 108th Avenue N.E., Ste. 615<br>Bellevue, WA 98004 | Will Testify |

PRETRIAL ORDER – 5
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

Defendant has retained William E. Partin, a forensic economist and business valuation expert, to review documentation in this case and offer opinions and testimony regarding plaintiff's claims for lost compensation and the value of same.

  c. Jason Wilcox, M.D.     (possible defense witness only)
    Orthopedic Physician Associates
    601 Broadway, 6th Floor
    Seattle, WA 98122
    206-309-4762

To the extent, Dr. Wilcox is not called to testify by Plaintiff, Defendant will call Dr. Wilcox to provide relevant and material testimony regarding plaintiff's medical history, mechanism of injury, diagnosis, prognosis, causation of injuries, and past and future medical treatment.

  d. William B. Skilling, MA, CRC, CDMS, CLCP  Will Testify
    4311 55th Ave NE
    Seattle, WA 98105

Defendants retained William B. Skilling, a life care planning and vocational rehabilitation expert, to review documentation of this case and offer opinions and testimony regarding Plaintiff's allegations pertaining to life care and vocational requirements arising out of the October 8, 2026, motor vehicle collision.

Plaintiff submits that Dr. Wilcox was not disclosed as a defense expert witness and is not now properly called as an expert witness by the defense.

### VI. OTHER WITNESSES

(a) On behalf of Plaintiff:

1. Patrick S. Dragos        Will testify
  17925 SE 346th St
  Auburn WA  98092
  425-736-6890

PRETRIAL ORDER – 6
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

Plaintiff Dragos will testify to the events and circumstances of the motor vehicle collision and his injuries, physical and emotional, pain and suffering, limitations, disability and the effect on his day-to-day life, and damages, which are the subject of this lawsuit.

2. Tiana Dragos                                                Will testify
   17925 SE 346th St
   Auburn WA  98092
   (206)-271-8343

Tiana Dragos is Plaintiff's wife and will testify as to how his physical and emotional injuries have affected his day-to-day life, and the scope of her testimony will be based on her personal knowledge of P

3. Marcus Williams                                             Will testify
   19202 SE 242nd Pl
   Covington, WA 98042
   425-761-1292

Marcus Williams is Plaintiff's friend and former co-worker and will testify as to how Plaintiff's physical and emotional injuries have affected his day-to-day life, and the scope of his testimony will be based on his personal knowledge of Plaintiff both before and after the injury occurred.

4. Kyle Bova                                                   Will testify
   229 Toleak Ave
   Ocean Shores, WA 98569
   702-306-6919

Kyle Bova is Plaintiff's friend and former co-worker and will testify as to how Plaintiff's physical and emotional injuries have affected his day-to-day life, and the scope of his testimony will be based on his personal knowledge of Plaintiff both before and after the injury occurred.

5. Mike McMertry                                               Will testify
   4255 S. 160th St.
   Tukwila, WA 98188
   206-617-5778

PRETRIAL ORDER – 7
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

1    Mike McMertry is Plaintiff's friend and former co-worker and will testify as to how
2    Plaintiff's physical and emotional injuries have affected his day-to-day life, and the scope of his
3    testimony will be based on his personal knowledge of Plaintiff both before and after the injury
4    occurred.

5    (b) On behalf of defendant:

7    1.  Defendant Michael Cornea                          (possible witness only)
        c/o Mix Sanders Thompson, PLLC
8       1420 Fifth Ave, Suite 2200
        Seattle, WA 98101

10   Mr. Cornea may testify concerning the facts and circumstances surrounding the subject
11   accident.

## VII.   EXHIBITS

Plaintiff's Exhibits:

| Exh. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | Patrick Dragos's Medical Records – Proliance Orthopedics Associates | Stipulated | Stipulated | | |
| 2 | Patrick Dragos's Medical Records – Pettet Chiropractic | Stipulated | Disputed | 801-802; F | |
| 3 | Patrick's Dragos's Medical Records- Orthopedic Physicians Associates Records | Stipulated | Disputed | 801-802; F | |
| 4 | Patrick Dragos's Medical Records | Stipulated | Disputed | F | |

PRETRIAL ORDER – 8
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

|   | # | Description | | | |
|---|---|---|---|---|---|
| 1 |   | – Seattle Surgery Center |   |   |   |   |
| 2 | 5 | Patrick Dragos's Medical Records – Balance Chiropractic Center – DC | Stipulated | Disputed | 801-802; F |   |
| 3 | 6 | Patrick Dragos's Medical Records – Balance Chiropractic – LMT | Stipulated | Disputed | F |   |
| 4 | 7 | Patrick Dragos's Medical Records - Auburn Sports Physical Therapy | Stipulated | Disputed | F |   |
| 5 | 8 | Patrick Dragos's Medical Records - Frank Marinkovich, M.D. | Stipulated | Disputed | F |   |
| 6 | 9 | Patrick Dragos's Medical Records – Pacific Medical Inc. | Stipulated | Disputed | 801-802; F |   |
| 7 | 10 | Patrick Dragos's Medical Bills – Proliance Orthopedic Associates | Stipulated | Disputed | F |   |
| 8 | 11 | Patrick Dragos's Chiropractic | Stipulated | Disputed | F |   |
| 9 | 12 | Patrick Dragos's Medical Bills – Orthopedic Physicians Associates | Stipulated | Disputed | F |   |
| 10 | 13 | Patrick Dragos's Surgery Center Medical Bills – Seattle | Stipulated | Disputed | F |   |
| 11 | 14 | Patrick Dragos's Medical Markowitz & Associates - Bills | Stipulated | Disputed | F |   |
| 12 | 15 | Patrick Dragos's Medical Bills - | Stipulated | Disputed | F |   |

PRETRIAL ORDER – 9
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

| | | | | | |
|---|---|---|---|---|---|
| | | Balance Chiropractic Center | | | |
| | 16 | Patrick Dragos's Medical Bills Balance Chiropractic – Massage Therapy | Stipulated | Disputed | F; D |
| | 17 | Patrick Dragos's Medical Bills - Auburn Sports Physical Therapy | Stipulated | Disputed | F |
| | 18 | Frank Marinkovich, M.D. -Medical Bills | Stipulated | Disputed | F |
| | 19 | Patrick Dragos's Medical Bills - Cabrini Tower Pharmacy | Stipulated | Disputed | F |
| | 20 | Patrick Dragos's Medical Bills - Pacific Medical, Inc. | Stipulated | Disputed | F |
| | 21 | Patrick Dragos's Tax Return Schedules | Stipulated | Stipulated | |
| | 22 | Patrick Dragos's Social Security Administration Itemized Statement of Earnings | Stipulated | Stipulated | |
| | 23 | Photos of Patrick on ironworker job sites prior to the collision | Disputed | Disputed | F |
| | 24 | Photos of Patrick with his family | Disputed | Disputed | F |
| | 25 | Timeline of Patrick Dragos's medical treatment | Disputed | Disputed | 403; 801-802; F |

Defendant's Exhibits:

PRETRIAL ORDER – 10
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

| Exhibit No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| A-1 | Photos of property damage to Dragos vehicle | Stipulated | Disputed | 401, 402, 403 F | |
| A-2 | Estimate of repair for Dragos | Stipulated | Disputed | 401, 402, 403, 802 F | |
| A-3 | Photos of property damage to Cornea vehicle | Stipulated | Disputed | 401, 402, 403 F | |
| A-4 | Estimate of repair for Cornea vehicle | Stipulated | Disputed | 401, 402, 403, 802 F | |
| A-5 | Photos of property damage to Dragos vehicle from Nov. 13, 2019 Accident | Stipulated | Disputed | 401, 402, 403 F | |
| A-6 | Estimate of repair for property damage to Dragos vehicle from Nov. 13, 2019 Accident | Stipulated | Disputed | 401, 402, 403, 802 F | |
| A-7 | Patrick Dragos Medical Records – Seattle Surgery Center | Stipulated | Stipulated | | |
| A-8 | Patrick Dragos Medical Records – | Stipulated | Stipulated | | |

PRETRIAL ORDER – 11
No. 2:19–cv–01338–JCC–TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

|  | | | | | |
|---|---|---|---|---|---|
|  | Eastside Family Health Center | | | | |
| A-9 | Patrick Dragos Medical Records – OPA Ortho | Stipulated | Stipulated | | |
| A-10 | Select MRI Films from OPA Ortho | Stipulated | Stipulated | | |
| A-11 | Patrick Dragos Medical Records – Balance Chiropractic Center | Stipulated | Stipulated | | |
| A-12 | Patrick Dragos Medical Records – Petett Chiropractic | Stipulated | Disputed | 401, 402, 403 F MIL | |
| A-13 | Patrick Dragos Medical Records – Auburn Sports Physical Therapy | Stipulated | Stipulated | | |
| A-14 | Patrick Dragos Medical Records – Proliance Orthopedic Associates | Stipulated | Stipulated | | |
| A-15 | Patrick Dragos Medical Records – Valley Orthopedic Associates | Stipulated | Disputed | 401, 402, 403 F MIL | |

PRETRIAL ORDER – 12
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

| | | | | | |
|---|---|---|---|---|---|
| A-16 | Certificate of Formation for Dragos Construction, LLC | Stipulated | Stipulated | | |
| A-17 | Blast Defectors – Records RE Dragos Construction LLC | Stipulated | Stipulated | | |
| A-18 | Patrick Dragos SSA Statement of Earnings | Stipulated | Stipulated | | |
| A-19 | Patrick and Tiana Dragos Tax Returns | Stipulated | Disputed | 401, 402, 403 Privacy LCR 16 | |
| A-20 | Dragos MRI film -Exhibit from Dr. Wilcox Dep | Stipulated | Disputed | F | |
| A-21 | Summaries of Dragos Economic Loss | Stipulated | Disputed | 802 | |

The Parties' Objection Codes:

| | |
|---|---|
| F | Lack of Foundation |
| D | Duplicative |
| MIL | Subject of Motion in Limine |
| | |
| | |

### VIII.  ACTION BY THE COURT

(a) This case is scheduled for trial before a jury on October 26, 2021, at 9:30 a.m.

(b) Trial briefs shall be submitted to the court on or before October 15, 2021.

(c) Jury instructions requested by either party shall be submitted to the court on or before October 15, 2021. Suggested questions of either party to be asked of the jury by the court on voir dire shall be submitted to the court on or before October 15, 2021.

PRETRIAL ORDER – 13
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

(d) Plaintiff's Motion in Limine to exclude the expert testimony of Defendant's proffered expert Bradley Probst was granted (Dkt. No. 96).

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 12th day of October, 2021.

_____
Honorable John C. Coughenour
United States District Judge

_____
James F. Gooding, WSBA #23833
Adrienne E. Harris, WSBA #28784
Anne Vankirk, WSBA #47321
GLP Attorneys, P.S., Inc.
2601 4th Ave, Floor 6
Seattle, WA 98121-1287
Phone: (206) 448-1992
Fax: (206) 448-4640
Email: jgooding@glpattorneys.com
*Attorneys for Plaintiff*

_____
Eric S. Chavez, WSBA #41676
Kim A. West, WSBA#48204
Mix Sanders Thompson, PLLC
1420 Fifth Avenue, 22nd Floor
Seattle, WA 98101
Phone:  (206) 521-5989
Fax:  (888) 521-5980
Email:  eric@mixsanders.com
Email: kim@mixsanders.com
*Attorneys for Defendant*

PRETRIAL ORDER – 14
No. 2:19−cv−01338−JCC−TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

**CERTIFICATE OF SERVICE**

I, Kaci, certify that on October 11, 2021, I caused to be served a true and correct copy of the foregoing PRETRIAL ORDER with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James F. Gooding
Adrienne E. Harris
Anne Vankirk
GLP Attorneys, P.S., Inc.
2601 4th Ave Fl 6
Seattle, WA 98121-1287
*Attorney for Plaintiff*
☐Legal Messenger
☐U.S. Mail
☐Hand Delivered
☒CM/ECF Electronic Notification
☐E-mail to jgooding@glpattorneys.com
aharris@glpattorneys.com
avankirk@glpattorneys.com
mlathrop@glpattorneys.com
shenry@glpattorneys.com

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

                                        s/Kaci Clariza
                                        Kaci Clariza
                                        MIX SANDERS THOMPSON, PLLC
                                        1420 Fifth Avenue, Ste. 2200
                                        Seattle, WA 98101
                                        Tel:     206-521-5989
                                        Fax:    888-521-5980
                                        Email: kaci@mixsanders.com
                                        Legal Assistant for Eric S. Chavez

PRETRIAL ORDER – 16
No. 2:19-cv-01338-JCC-TLF

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980