THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK S. DRAGOS, | CASE NO. C19-1338-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL G. CORNEA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's objection to Defendant's first affirmative defense in the parties' proposed pretrial order (Dkt. No. 100 at 2.) According to the pretrial order, Defendant intends to argue that "Plaintiff's injuries and damages, if any, were caused by prior and/or subsequent incidents and/or third parties over which Defendant had no control or right of control, including Coquese Renfroe. Defendant requests apportionment of Plaintiff's damages pursuant to RCW 4.22.070 *et seq.*" (*Id.*)

The Court hereby ORDERS the parties to file letter briefs no more than three pages in length on the issue by Monday, October 18, 2021.

//

//

MINUTE ORDER
C19-1338-JCC
PAGE - 1

DATED this 12th day of October 2021.

                                            Ravi Subramanian
                                            Clerk of Court

                                            s/Sandra Rawski
                                            Deputy Clerk