THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK S. DRAGOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL G. CORNEA, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C19-1338-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　The Court directs Courthouse Security to allow the litigants and jury in the above-captioned case to bring food and drink into the courthouse for the duration of the trial, which begins October 26, 2021.

　　　DATED this 20th day of October 2021.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C19-1338-JCC
PAGE - 1