THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK S. DRAGOS, | CASE NO. C19-1338-JCC |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL G. CORNEA, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Defendant's motion to permit expert witness William Partin to testify remotely (Dkt. No. 98). Having thoroughly considered Defendant's motion and the relevant record, the Court hereby DENIES the motion (Dkt. No. 98) for the reasons explained below.

Defendant requests that expert witness William Partin be permitted to testify via live videoconference in lieu of in-court testimony. (Dkt. No. 98; *see also* Dkt. No. 102 at 6.) Trial in this matter is set for October 26, 2021. (Dkt. No. 101.) Mr. Partin's business is based in Bellevue, Washington, he is scheduled to be out of town during trial. (Dkt. Nos. 98 at 1, 99 at 1.)

Unless otherwise permitted by the court, counsel shall examine witnesses and address the court or jury from the lectern. *See* W.D. Wash. Local Civ. R. 43(h)(2). A court may permit a witness to testify by contemporaneous transmission from a different location "for good cause in compelling circumstances and with appropriate safeguards." Fed. R. Civ. P. 43(a). The Court

1  disagrees with Defendant that good cause in compelling circumstances exists to forego in-person
2  testimony.
3        For the foregoing reasons, Defendant's motion to permit expert witness William Partin to
4  testify remotely (Dkt. No. 98) is DENIED.
5        DATED this 20th day of October 2021.

*(signature)*

John C. Coughenour
UNITED STATES DISTRICT JUDGE