THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK S. DRAGOS, | CASE NO. C19-1338-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL G. CORNEA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' exhibit lists in the pretrial order (Dkt. No. 102 at 8–13.)

The Court hereby ORDERS the parties to submit a revised final pretrial exhibit list by **2:00 PM on Monday, October 25, 2021** that removes duplicative exhibits. The parties are to refrain from introducing new exhibits and shall not amend previously made arguments or objections in this document. Any remaining issues regarding exhibits will be resolved in open court on October 26, 2021.

//

//

//

DATED this 25th day of October 2021.

                Ravi Subramanian
                Clerk of Court

                s/Sandra Rawski
                Deputy Clerk

MINUTE ORDER
C19-1338-JCC
PAGE - 2