THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK S. DRAGOS, | CASE NO. C19-1338-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL G. CORNEA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously advised parties that it may provide oral rulings on their motions *in limine* the first morning of trial. (Dkt. No. 97.) Having reviewed Plaintiff's motions *in limine* (Dkt. No. 86), Defendants' motions *in limine* (Dkt. No. 83), the declaration of Eric S. Chavez filed by Defendants in connection to their motions (Dkt. No 84), and the parties' stipulated motions *in limine* (Dkt. No. 85), the Court now hereby ADVISES the parties that it shall DEFER ruling on all motions *in limine* with the exception of the following list, which it may provide oral ruling on the first morning of trial:

1. Stipulated Motion #12 (Dkt. No. 85 at 3–4).
2. Stipulated Motion #11 (Dkt. No. 85 at 3).
3. Stipulated Motion #18 (Dkt. No. 85 at 5).

MINUTE ORDER
C19-1338-JCC
PAGE - 1

4. Defendant's Motion #6 (Dkt. No. 83 at 4–5).

5. Defendant's Motion #8 (Dkt. No. 83 at 5–7).

6. Defendant's Motion #9 (Dkt. No. 83 at 7–8).

7. Plaintiff's Motion #13 (Dkt. No. 86 at 8–13).

Any remaining issues raised in parties' motions *in limine* will be resolved in open court during the course of trial.

DATED this 25th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk