THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK S. DRAGOS, | CASE NO. C19-1338-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL G. CORNEA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court ORDERS that the jury be committed to the custody of a duly sworn bailiff and that the Clerk pay for the meals of the jurors at the expense of the United States Courts.

DATED this 1st day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-1338-JCC
PAGE - 1